

# 2013 Summary Plan Description
# for Pensioners
## Updated for 2014 SMM

**Care**

Medical **dental** Vision HSM Prevention Immunization **Medicare** Annual physical **Preventive screening** Hospital services prescriptions **Physician services** Outpatient Surgical expenses **Medicare Complementary** Mental health and substance abuse care Hospice Care **Primary care physician** Health rewards **Network provider** Annual deductible

**Exhibit "B"**

# BENEFITS FOR PENSIONERS
# IMPORTANT TELEPHONE NUMBERS AND WEBSITES

This directory lists places you can go to get more information.

| GENERAL BENEFITS | | |
|---|---|---|
| Shell Benefits Service Center | 1-800-307-4355 (1-800-30-SHELL) 1-800-847-0348 (TDD)[1] | www.netbenefits.com |

| CARE | | |
|---|---|---|
| UnitedHealthcare Customer Care | 1-800-752-8982 | www.myuhc.com |
| UnitedHealthcare Senior Support *(for Medicare related inquiries)* | 1-800-752-8982 | www.myuhc.com |
| NurseLine | 1-855-677-3411 | www.myuhc.com |
| Teladoc | 1-800-835-2362 | Teladoc.com |
| CVS Caremark | 1-866-221-4207 | www.caremark.com |
| SilverScript | 1-855-702-1189 | Shell.silverscript.com |
| ValueOptions® | 1-800-543-8114 | www.valueoptions.com |
| CIGNA Dental PPO | 1-800-244-6224 | www.cigna.com |
| CIGNA Dental Care | (1-800-CIGNA24) | |
| Vision Service Plan | 1-800-877-7195 | www.vsp.com |

| OTHER BENEFITS FOR PENSIONERS | | |
|---|---|---|
| MetLife **(Retiree Life and Group Auto and Home Insurance)** | 1-800-438-6388 (1-800-GETMET8) | www.metlife.com |
| John Hancock (Long-Term Care Insurance) | 1-888-343-1600 | |
| Pensioner Relations (Shell Alumni Support and Information) | 1-877-401-5456 | www.shell.us/alumni |

For further contact information regarding HSM or other health care options, please refer to your medical identification card.

[1] From overseas, dial your country's AT&T access numbers first. (Access numbers are available by calling **1-800-331-1140** or online at **www.att.com/traveler**)

**A B O U T   T H I S   B O O K**

# A B O U T   T H I S   B O O K

This modified book is designed to serve as a single source of information about the Shell benefit programs available to *pensioners.* The 2014 Summary of Material Modifications (SMM) changes have been incorporated. It also meets our legal obligation to provide you with a summary plan description (SPD) on each of the programs described in this book. Please note that information on the Shell Pension Plan and Shell Provident Fund is provided in the separate "Wealth" SPD.

To help you locate information, this SPD is divided into the following sections:

➢ **Care**, which summarizes Shell's health care programs, including medical, dental, and vision care for *pensioners*; and

➢ **Other Benefits for *Pensioners***, which offers information about additional insurance programs that may be available to you.

The book also contains general *Plan* Information, a comprehensive Glossary, and an Index to help you find the specific information you need quickly.

Italicized terms throughout this book are defined in the Glossary section. The information in this SPD reflects terms and provisions in effect as of January 1, 2014, except as otherwise noted.

While Shell intends to continue to offer *pensioners* a competitive benefits package, the Company reserves the right, in its sole discretion, to modify, change, revise, amend, or terminate any of the programs or plans described in this book at any time, for any reason, and without prior notice.

If any provision contained in this SPD booklet conflicts with, contradicts, or causes to be unclear any provision in the official *Plan* document, the provision in the official *Plan* document will control unless otherwise specifically provided. However, with regard to any insured benefits described in this SPD booklet, documents provided by the insurance provider describing the insured benefits will control unless any provision contained in the document is contrary to applicable law.

# C O N T E N T S

# CARE

## 1.0 MEDICAL BENEFIT PROGRAM

1.1 An Overview ........................... 4
  a. Options for Non-*Medicare*
    Eligible Participants ................ 4
  b. Options for *Medicare*-Eligible
    Participants .......................... 4
1.2 Participation .......................... 5
  a. Eligibility ............................ 5
  b. Enrollment ......................... 6
  c. Levels of Coverage ............... 6
  d. Cost .................................. 7
  e. Changing Coverage91.3 Benefits for
    Non-*Medicare*
    Participants ......................... 10
  a. Be Well at Shell – Prevention ... 10
  b. How the HSM Options Work ..... 10
  c. How the HSM Options Compare 12
  d. Schedule of Benefits131.4 Covered
Expenses ................................ 16
  a. Preventive Care ................... 17
  b. Diagnosis and Treatment ........ 18
  c. Inpatient *Hospital* Care ........ 18
  d. Outpatient *Hospital* and
    Ambulatory Care .................. 18
  e. Maternity Care .................... 19
  f. Convalescent and Home
    Health Care ......................... 20
  g. Hospice Care ...................... 20
  h. Accidental/Surgical Expenses for
    Dental, Vision, & Hearing Care .. 19
  i. Other Expenses
1.7 Features that Apply to All
    HSM Options ........................ 22
  a. Prescription Drug Benefits ....... 22
  b. Mental Health and Substance
    Abuse Care ......................... 23
  c. Centers of Excellence (COE)
    Program ............................. 24
  d. Health Rewards Program ........ 25
  e. Personal Health Support ......... 26
  f. Transplant Resource Service
    (TRS) Program ..................... 27
1.8 Expenses Not Covered .............. 29
1.9 Other Important Information ........ 31
  a. Applying for Benefits ............. 31
1.10 Benefits for *Medicare*-Eligible
    Participants ......................... 31
  a. Different Types of *Medicare* .... 32
  b. Medicare Complementary
    Benefits ............................. 32
  c. Medicare Complementary
    Coordination ........................ 33
  d. Schedule of Benefits ............. 34

  e. Private Duty Nursing Care ....... 35
  f. How Medicare Complementary
    Benefits Are Paid .................. 36
  g. Applying for Benefits ............. 36
  h. Medicare Supplemental Options 37
  i. Medicare Advantage Options .... 37
1.11 Other Important Information ....... 37
  a. Coordination of Benefits ......... 37
  b. Right of Recovery ................. 38
  c. Subrogation ........................ 39
  d. Events Affecting Coverage ...... 40
  e. Qualified Medical Child Support
    Orders (QMSCOs) ................. 40

## 2.0 DENTAL BENEFIT PROGRAM

2.1 An Overview ......................... 41
2.2 Participation ........................ 41
  a. Eligibility ........................... 42
  b. Enrollment ......................... 42
  c. Levels of Coverage ............... 43
  d. Cost ................................. 43
  e. Changing Coverage .............. 43
2.3 How the Dental Benefit Program
    Options Work ....................... 44
  a. Cigna Dental *PPO* Option ...... 44
  b. Cigna Dental Care Option ....... 45
2.4 How the Dental Benefit Program
    Options Compare .................. 45
  a. Paying Your Share ................ 45
  b. Schedule of Benefits ............. 46
2.5 Covered Expenses .................. 47
  a. Diagnostic and Preventive
    Service .............................. 47
  b. Basic Services .................... 48
  c. Major Services .................... 49
  d. Orthodontic Services ............. 49
  e. Treatment in Progress ........... 50
2.6 Expenses Not Covered ............. 50
2.7 Other Important Information ....... 52
  a. Applying for Benefits ............. 52
  b. Coordination of Benefits ......... 53
  c. Right of Recovery ................. 54
  d. Subrogation ........................ 54
  e. Events Affecting Coverage ...... 54

## 3.0 VISION BENEFIT PROGRAM

3.1 Participation ........................ 56
  a. Eligibility ........................... 56
  b. Enrollment ......................... 57
  c. Levels of Coverage ............... 57
  d. Cost ................................. 58
  e. Changing Coverage .............. 58
3.2 How the Vision Benefit Program
    Works ............................... 59

## C O N T E N T S

a. Using a VSP Preferred and
Affiliated Providers –
The Choice is Yours                    59
b. Paying Your Share                    59
3.3 Covered Expenses                    60
a. Schedule of Benefits                 61
3.4 Expenses Not Covered                61
3.5 Other Important Information          62
a. Applying for Benefits                62
b. Coordination of Benefits             62
c. Events Affecting Coverage            63

**4.0 CONTINUATION OF COVERAGE (COBRA)**
4.1 Participation                       64
a. Eligibility                          64
b. Cost of COBRA Continuation
Coverage                               65
c. Enrollment                           65
d. Period of Coverage                   65
e. When Continuation Coverage
End                                    65
f. Special Rule for Bankruptcy          66
**5.0 RIGHT TO SUBROGATION**            67

# OTHER BENEFITS FOR PENSIONERS

**6.0 INSURANCE PROGRAMS**              70
6.1 Group Automobile and Home
Insurance Plan                         70
a. Participation                        70
b. Enrollment                           70
c. Cost                                 70
d. Types of Coverage                    71
e. Exclusions and Limitations           71
6.2 Retiree Life Insurance              71
a. Cost to You for *Retiree*
Life Insurance                         71
b. *Retiree* Life Insurance
Benefit Amount                         71
6.3 Long-Term Care Insurance
Program                                72
a. Changing Coverage                    72
b. How the Program Works                72
c. Expenses Not Covered                 76
d. Applying for Benefits                77
e. Coordination of Benefits             78

# 7.0 GENERAL PLAN INFORMATION
7.1 Plan Information                     80
a. Plan Administrator                    80
b. Funding                               80
c. Inspection of Documents              81
d. The Future of the *Plan*             82
7.2 Claims and Appeals                   82
a. Health Care Benefits Claims
Procedure                              83
b. Detailed Description of
Claims Process                         86
c. All Other Care and Protection
Plans or Programs                      94
7.3 The Health Insurance Portability
and Accountability Act (HIPAA)  96
7.4 Your Rights and Privileges under
the Employee Retirement Income
Security Act of 1974 (*ERISA*)  96
a. Receive Information About
Your *Plan* and Benefits               96
b. Continue Group Health
Plan Coverage                          97
c. Prudent Actions by Plan
Fiduciaries                            97
d. Enforce Your Rights                  97
e. Assistance with Your Questions 98
f. *ERISA* Plan Information             98

# 8.0 GLOSSARY                         101

# INDEX                                111

# C A R E

**When it comes to selecting health care coverage,** we all have different needs, and those needs change depending upon your health, family status, and stage of life. Because Shell appreciates that your health care needs are unique, we offer you flexibility in choosing the programs that are right for you and your family.

The Shell Care programs are designed to support your efforts to maintain good health and to encourage you to take charge of your health improvement opportunities.

CARE–MEDICAL

# 1.0 MEDICAL BENEFIT PROGRAM

**W**ith the Shell Medical options, you and your dependents have access to comprehensive coverage, including routine exams and wellness care, treatment of ongoing conditions, complex surgeries, or specialized treatment for a life-threatening illness or injury.

## 1.1 An Overview

### a. Options for Non-*Medicare* Eligible Participants

The Company offers you the choice of these coverage options:

➢ Hospital Surgical Medical (HSM) options, which include the HSM, the Enhanced HSM, the HSM for Other Locations, and the Enhanced HSM for Other Locations. The HSM options provide benefit coverage for medical care you receive from any licensed health care provider anywhere in the world. The HSM and Enhanced HSM options also include a designated network of doctors and other health care professionals. Each time you or your family needs medical care, you can choose to use a network provider and receive a higher level of benefit reimbursement.

> HMOs offer standard benefit plan designs which, in addition to different benefits and cost structures, may not duplicate the participation and enrollment provisions outlined in this book. Because each HMO provides its own summary plan description, information on the HMO options can be obtained by contacting each HMO directly. Contact information for your HMO is located on your membership I.D. card. In addition, the Shell Benefits Service Center can provide you with the telephone number for each HMO.

➢ Health Maintenance Organization (HMO) options. An HMO delivers health care through an exclusive network of doctors and other health care professionals, *hospitals*, health care centers, labs, and pharmacies. In most cases, your care must be provided through the HMO providers in order to receive benefit reimbursement. When you enroll in an HMO, you select a primary care physician (PCP) to coordinate all of your health care needs.

### b. Options for *Medicare*-Eligible Participants

If you or your dependents are eligible for *Medicare*, the Company offers you the choice of these coverage options:

- ➢ Medicare Complementary option, which generally determines benefits in coordination with *Medicare's* payments. The Medicare Complementary option also includes prescription drug benefits.

- ➢ Medicare Supplemental options (where available). These options supplement *Medicare's* traditional reimbursement for covered health care services.

- ➢ Medicare Advantage options (where available). Generally, Medicare Advantage options work much like an HMO option and require you to use an exclusive network of health care providers in order to receive benefits. For details, see "Benefits for Medicare-Eligible Participants," page 31.

## 1.2 Participation

### a. Eligibility

You are eligible to enroll in the Medical Benefit Program if you retired from the *Co*mpany after having met *retiree coverage eligibility*. If you enroll in the Medical Benefit Program, you can also enroll your *eligible dependent(s)*.

---

**ELIGIBLE DEPENDENT(S) INCLUDE:**
- ➢ Your spouse;
- ➢ Your *domestic partner*;
- ➢ Your child(ren) through the end of the year in which they turn 26*;
- ➢ Your unmarried child(ren) age 26 or over who are physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching their 26th birthday, and who remain disabled and permanently dependent upon you for financial support;
- ➢ The unmarried child(ren) of your spouse or *domestic partner*** who are under age 25, whose medical expenses are eligible for deduction on your federal tax return and who are not employed full-time; and
- ➢ The unmarried child(ren) of your spouse or *domestic partner*** age 25 or over who were physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching their 25th birthday, and who remain disabled and permanently dependent upon you for financial support.

For these purposes, the term child or children means a biological child, step-child, adopted child, or foster child.
*Note that some HMOs extend coverage only through the end of the month in which the child turns age 26. Therefore, if you select an HMO option, you will need to check with that health plan option to verify its eligibility policy.

**The child(ren) of your spouse or *domestic partner* also must live with you in a regular, parent-child relationship. Age limits for dependent child(ren) may vary among HMO options.

*Domestic partner* coverage is available only if you retired on or after January 1, 1998.

---

**C A R E – M E D I C A L**

## b. Enrollment

If you retire having met the *retiree coverage eligibility* requirements under the Shell Pension Plan, you can continue coverage under the Medical Benefit Program for yourself and your *eligible dependent(s)* by paying the required contributions.

> Contact the Shell Benefits Service Center at 1-800-30-SHELL to enroll or to ask questions about your eligibility.

If you were not enrolled prior to retirement, you can elect coverage during any *group annual enrollment period* or within 31 days after a *qualified status change*. If you wish to change coverage, you can change your coverage during any *group annual enrollment period* or within 31 days after a *qualified status change.* Coverage for dependents enrolled when you enroll begins the same day your coverage begins. If you are enrolled for coverage for yourself only and later acquire an *eligible dependent(s),* you may enroll him/her within 31 days of the event or during a *group annual enrollment period.*

If you are not enrolled for coverage for yourself or your *eligible dependent(s)* at the time of your death, your *eligible dependent(s)* may enroll for coverage by contacting the Shell Benefits Service Center within 60 days of the date of your death. If your *eligible dependent(s)* do not contact the Shell Benefits Service Center within this timeframe or choose not to enroll, they will not be permitted to enroll for coverage at a later date.

## c. Levels of Coverage

In most cases, the Medical Benefit Program options allow you to choose from these levels of coverage:

➢ Participant only;

➢ Participant plus child(ren);

➢ Participant plus spouse/*domestic partner*; or

➢ Family.

If both you and your spouse or *domestic partner* are eligible to enroll in the Medical Benefit Program as *pensioners*, or if you are eligible as a *pensioner* and your spouse or *domestic partner* is an *eligible employee* and you both wish to be covered:

➢ Each of you may enroll for *Participant only coverage*; or

➢ One of you may enroll for *Participant plus spouse/domestic partner coverage* or *Family coverage.*

*Domestic partner* coverage is available only if you retired having met *retiree coverage eligibility* on or after January 1, 1998.

## d. Cost

You and the Company share the cost of medical coverage. Your contributions are made on an after-tax basis through a deduction from your pension payment, or in some cases, by direct payment through coupon or Automatic Bank Withdrawal (ABW).

The Company's share of the premium cost for your medical coverage is determined depending upon when you were hired by the Company.

**If you were hired prior to January 1, 2006, and retired having met *retiree coverage eligibility*,** then the Company's contributions are based on your full years of *accredited service* at the time you retired. The contribution schedule that follows applies to all Company medical options and establishes the percentage of the Company's full contribution toward the cost of your medical coverage.

The maximum dollar value of the Company's contribution for Non-*Medicare* eligible *pensioners* enrolled in the same medical options as active *employees* is based upon 80% of the premiums established for the HSM option. For *pensioners* enrolled in a *Medicare* option sponsored by the Company, the dollar value of the maximum Company Subsidy is based upon 80% of the premiums established for the *Medicare* Complementary option.

| Full Years of *Accredited Service* at Retirement with *Retiree Coverage Eligibility* (No Prorating for Partial Years) | Company Premium Contribution (% of Company Contribution) |
|---|---|
| 30 and over | 100% |
| 29 | 95% |
| 28 | 90% |
| 27 | 85% |
| 26 | 80% |
| 25 | 75% |
| 24-10 | 70% |
| Less than 10 | No Company contribution |

If you are a *pensioner* of the Coral/Shell Trading Group and you retired prior to January 1, 2002, you are not eligible for the Company contribution unless you are a "Tejas Grandfathered Shell Employee" as described in the Shell Pension Plan. The "Coral/Shell Trading Group" for these purposes includes Coral Energy Services, LLC, Coral Overseas Services Corporation, Coral Energy Resources Services Company, Shell US Gas & Power LLC, Shell Trading North America Company, Shell Trading Gas and Power Company, Shell Trading GP Overseas Services Company, and other affiliates of such entities in such business group.

The following individuals receive the maximum Company contribution and are exempt from the above schedule:

➤   All individuals who retired on or before February 1, 1994;

➢ All individuals who retired after February 1, 1994, and who were eligible to retire with *retiree coverage eligibility* on or before February 1, 1994. "Eligible to retire" means having achieved age 65, regardless of service, or having achieved at least age 50, and *accredited service* plus age total 80 or more; and

➢ All individuals who retired after February 1, 1994, with eligibility for a disability pension under the Shell Pension Plan, regardless of service.

**If you were hired on or after January 1, 2006, and retired having met *retiree coverage eligibility,*** then you may be eligible for a Retiree Medical Supplemental Account. The Company's contribution toward the cost of your medical coverage is determined at the time of your retirement, based on the number of credits you have earned.

### Calculation of Account Credits

The Retiree Medical Supplemental Account is established upon retirement and the number of credits available in your Account is determined at the time of retirement. The credit balance is calculated by multiplying the following factors:

➢ Completed years and months of *accredited service* between the ages of 40 and 60, divided by 20;

➢ The annual premium for the participant plus spouse/*domestic partner* tier of the HSM medical coverage option at the time of retirement;

➢ The historical five-year average rate of premium increase to the HSM option, based on the year of your retirement plus the four previous years, expressed as a percentage;

➢ Numeric value of 5; and

➢ 80% (.80).

If you retired on a qualified disability pension under the Shell Pension Plan prior to age 60, you receive the maximum Company subsidy available for active *employees* toward *retiree* medical premiums for yourself and your enrolled dependents until you reach age 60. At age 60, your Retiree Medical Supplemental Account will be established and credits will be calculated as if you worked for the Company until age 60.

### Using the Credits

The credits can be used to cover *retiree* medical premiums, up to a dollar amount equal to 80% of the total premium for any medical option under the Medical Benefit Program. Each credit is equivalent to one U.S. dollar. The Retiree Medical Supplemental Account is a non-interest bearing account and cannot be passed to an estate or *beneficiary(ies)*. However, your surviving spouse and any *eligible dependent(s)* enrolled at the time of your death, or within 60 days following your death, may continue to access the Account to pay for coverage under the Medical Benefit Program. Once you use all of the credits in your

Retiree Medical Supplemental Account, you will be responsible for paying the entire cost of your *retiree* medical coverage.

Factors such as the premium rate for the medical option in which you are enrolled, the number of credits you have in your Retiree Medical Supplemental Account, and the size of the credit withdrawals you elect will determine how long the credits in your account will last. Each year during the *group annual enrollment period*, you can select how many credits you want to use for the coming year towards your *retiree* medical coverage in 10% increments from 0% to 80%.

### *Examples*

*Example 1*
The total premium for your *retiree* medical coverage is $500 per month and you elect to use credits from your Retiree Medical Supplemental Account to pay 80% of the premium. $400 worth of credits are withdrawn from your account on a monthly basis to cover 80% of the monthly cost. You are responsible for paying the remaining $100 each month.

*Example 2*
Instead of using your credits to pay 80% of the cost of your *retiree* medical coverage, you choose to use fewer credits per year and pay only 50% of your premiums from your Retiree Medical Supplemental Account. The total cost of your medical premium is $500 per month so $250 worth of credits (50% of the total premium) is withdrawn from your account on a monthly basis, and you are responsible for paying the remaining $250 each month.

## e. Changing Coverage

You may only change your coverage each year during the *group annual enrollment period,* or if you experience a *qualified status change*. For more information on *qualified status changes*, see the "Glossary," on page 108.

If you have a *qualified status change*, you may change your coverage only if:

➢ You submit your request to change your coverage within 31 days after the *qualified status change*. However, if your *qualified status change* pertains to the loss of coverage under Medicaid or SCHIP, *or* gaining of eligibility for a premium assistance subsidy under Medicaid or SCHIP, you must submit your request to change your coverage within 60 days from the day that your Medicaid or SCHIP coverage is terminated or the eligibility determination is made; and

➢ Except for with respect to *qualified status changes* that are considered special enrollment rights, the change in coverage must be consistent with the *qualified status change* event

**C A R E – M E D I C A L**

The change becomes effective on the date of your *qualified status change*.

# 1.3 Benefits for Non-*Medicare* Eligible Participants

## a. Be Well at Shell - *Prevention*

The **Be Well at Shell** – *Prevention* program encourages adult participants in the Shell Medical Benefit Program to complete their annual preventive care exam to learn about and take action on any underlying health risks. With physician referral, individuals can participate in targeted wellness coaching programs and earn discounts towards their Shell medical premiums. The **Be Well at Shell** – *Prevention* program is a voluntary, confidential program available to employees and non-*Medicare pensioners* enrolled in one of the HSM or HMO options under the Shell Medical Benefit Program. There is no additional cost to participate in the program.

The **Be Well at Shell** – *Prevention* Program Guide contains detailed information about who is eligible, participation requirements, and a timeline for earning the premium discounts. You can access the current Guide by logging onto http://www.netbenefits.com; click on Health & Insurance > Reference Library. If you have more questions about the **Be Well at Shell** – *Prevention* program, call the program administrator, OptumHealth, at 1-877-440-0367 for assistance.

## b. How the HSM Options Work

### *A Word About the HSM Network*

The HSM options provide you benefit coverage for medical care you receive from any licensed health care provider anywhere in the world. HSM participants also have access to a network of designated providers who have agreed to a discounted reimbursement for their services. These providers have entered into a contract with UnitedHealthcare to provide care at lower, contractually agreed upon costs. This arrangement allows the HSM options to offer a higher level of benefits when you choose to receive your care from a UnitedHealthcare network provider. The UnitedHealthcare network is sometimes referred to as the "Choice Plus *Point-of-Service (POS)*" network.

Most HSM participants have access to the UnitedHealthcare provider network. You can choose to use a network provider each time you need care in order to receive a higher benefit. If you decide not to use the network, the program will pay a reduced benefit and you will be responsible for a greater share of the cost.

In some rural areas of the country, UnitedHealthcare does not offer the "Choice Plus *Point-of-Service (POS)*" network or UnitedHealthcare Premium Network Specialists. If you live outside of a network area, you will have access to the HSM Other Location options. You may receive care from any qualified doctor or

**C A R E – M E D I C A L**

health care provider. The HSM Other Location options will pay benefits for covered services as if you used a network provider.

### *Using the Network — The Choice is Yours*

With the HSM or Enhanced HSM options, each time you need medical care, you have a choice:

➢ You can use the network. The phrase "use the network" generally means receiving care from a physician or provider who has contracted with UnitedHealthcare. When you seek care from a UnitedHealthcare provider, you

> If you have questions, call UnitedHealthcare's Customer Service Center at 1-800-752-8982. You can call Monday through Thursday from 8:00 A.M. to 7:00 P.M., Central time, and Friday from 9:00 A.M. to 7:00 P.M., Central time. Or, visit their website at www.myuhc.com.

  – Receive a higher level of benefits. For example, you pay only a *copayment* for each covered office visit or emergency room treatment. Once your share of covered expenses reaches the network out-of-pocket limit for the year, the HSM options pay 100% of most covered expenses for the rest of that year,

  – Receive 100% coverage for preventive care office visits and screenings, and

  – Do not have to file a claim form or call UnitedHealthcare's Personal Health Support Department to certify a *hospital* admission. The network provider takes care of those requirements for you.

➢ You can choose not to use the network. Not using the network means you can see any qualified provider you wish. However, except in the case of emergency care, any care you receive does not qualify for network benefits. You will

  – Pay a higher share of the cost,

  – May be required to file your claim for reimbursement, and

  – If you need to be hospitalized, be required to call UnitedHealthcare's Personal Health Support Department to provide notification of your *hospital* admission, or your benefit reimbursement will be reduced by a $250 *non-notification penalty*. (See "Personal Health Support," page 26, for more information.)

## c. How the HSM Options Compare

### *Paying Your Share*

Although the HSM options pay the majority of covered expenses, you share in the cost of covered services through *deductibles*, *copayments*, and *coinsurance*. These cost-sharing features vary among the options and can have a big impact on your out-of-pocket expenses.

11

*Annual Deductible*

The *deductible* is the amount you pay out-of-pocket for most covered services each year before benefits are payable. Your *deductible* is based upon the HSM option you select, the number of people you cover, and whether you use network providers. Combined expenses for all family members are used to satisfy the family *deductible*; however, no one person can contribute more than the individual *deductible amount* toward the family *deductible*.

*Copayments*

*Copayments* are fixed charges that represent your portion of covered medical expenses.

*Coinsurance*

*Coinsurance* is your percentage of a covered expense. Your *coinsurance* depends upon which HSM option you select and whether you use the network.

*Out-of-Pocket Maximum*

The HSM options protect you from catastrophic medical costs by limiting the amount you must pay out of your own pocket each year for the combination of *deductibles*, *copayments*, and *coinsurance*. Once your share of covered expenses reaches the out-of-pocket limit, the HSM options pay 100% of most covered expenses for the rest of the calendar year. Your *out-of-pocket maximum* is based upon the number of people you cover and whether you use network providers.

The following do not count toward the annual *out-of-pocket maximum*:

➢ Charges that exceed the eligible expenses as determined by UnitedHealthcare;
➢ Charges that exceed program limits;
➢ Prescription drug *copayments*; and
➢ Charges for non-covered services.

12

*Your Primary Care Physician*

The HSM options do not require you to designate a primary care physician (PCP);  you can see any doctor you choose. Your share of any covered expense is based upon the type of provider you use. Generally, you pay a lower *copayment* for care received from network PCPs.
PCPs include:

➢      Family Practice providers;

➢      General Practice providers;

➢      Internists;

➢      Pediatricians; and

➢      OB/GYN providers.

All other licensed, qualified providers are considered specialists under the HSM options.

## d. Schedule of Benefits

Below is an overview and comparison of the benefits available under the HSM options. Please note, HSM Network and Enhanced HSM Network benefits apply to the HSM Other Location options, subject to covered expense limits as described starting on page 16.

The overview is broken into three sections:
➢  HSM medical benefits administered by UnitedHealthcare;
➢      HSM prescription drug benefits administered by CVS Caremark; and
➢      HSM mental health/substance abuse benefits administered by ValueOptions.

### HSM Medical Benefits Administered by UnitedHealthcare

| | HSM | | Enhanced HSM | |
|---|---|---|---|---|
| | Using the Network | Not Using the Network | Using the Network | Not Using the Network |
| Annual *Deductible* (calendar year) | $325/person $650/family | $1,000/person $300/family | $150/person $300/family | $750/person |
| *Out-of-Pocket Maximum* (calendar year) | $3,500/person $7,000/family (excludes prescription drug *copayments*) | $6,000/person $12,000/family (excludes prescription drug *copayments*) | $3,500/person $7,000/family (excludes prescription drug *copayments*) | $6,000/person $12,000/family (excludes prescription drug *copayments*) |
| Prescription Drug *Out-of-Pocket Maximum* (calendar year) | $6,350/person $12,700/family | | $6,350/person $12,700/family | |
| Your Expenses | You pay some *copayments* and 20% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* after the annual *deductible* | You pay some *copayments* and 10% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* after the annual *deductible* |
| Maximum Lifetime Benefit | Unlimited | | Unlimited | |

**C A R E – M E D I C A L**

## Medical Surgical & Diagnostic Services

| | HSM | | Enhanced HSM | |
|---|---|---|---|---|
| | Using the Network | Not Using the Network | Using the Network | Not Using the Network |
| Preventive Care | You pay $0 | You pay 30% after the annual *deductible* | You pay $0 | You pay 30% after the annual *deductible* |
| Physician Services Office Visits: | | | | |
| – PCP | You pay a $30 *copayment*/visit | You pay 30% after the annual *deductible* | You pay a $30 *copayment*/visit | You pay 30% after the annual *deductible* |
| – Specialists | You pay a $50 *copayment*/visit | You pay 30% after the annual *deductible* | You pay a $40 *copayment*/visit | You pay 30% after the annual *deductible* |
| | UnitedHealthcare Premium Network Specialist Office Visit Copay $40 | You pay 30% after the annual *deductible* | UnitedHealthcare Premium Network Specialist Office Visit Copay $30 | You pay 30% after the annual *deductible* |
| Diagnostic X-rays and laboratory tests (in doctor's office or network laboratory) | You pay $0 (when office visit copayment is satisfied) | You pay 30% after the annual *deductible* | You pay $0 (when office visit copayment is satisfied) | You pay 30% after the annual *deductible* |
| Inpatient *Hospital* Services | You pay a $300 *copayment*/admission, then 20% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* after the annual *deductible*; if you do not notify UnitedHealthcare's Personal Health Support Department, you pay an additional $250 *non-notification penalty* | You pay a $150 *copayment*/admission, then 10% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* after the annual *deductible*; if you do not notify UnitedHealthcare's Personal Health Support Department, you pay an additional $250 *non-notification penalty* |
| Outpatient Hospital Services | You pay 20% coinsurance after the annual deductible | You pay 30% coinsurance after the annual deductible | You pay 10% coinsurance after the annual *deductible* | You pay 30% coinsurance after the annual deductible |
| Emergency Care[1] | You pay a $200 *copayment*/visit (*copayment* waived if you are admitted) | | | |
| Ambulance Services | You pay $0 for emergency ambulance services | | | |
| Urgent Care Clinic (after hours) | You pay a $30 *copayment*/visit | You pay 30% *coinsurance* after the annual *deductible* | You pay a $30 *copayment*/visit | You pay 30% *coinsurance* after the annual *deductible* |
| Urgent Care Teladoc | You pay a $10 *copayment*/use | | You pay a $10 *copayment*/use | |
| Diabetic Supplies (except insulin & syringes) | You pay 20% *coinsurance* | | You pay 10% *coinsurance* | |

---

[1]   Emergency care is treatment required because permanent disability or endangerment to life or limb is likely to result if the condition goes untreated.

**C A R E – M E D I C A L**

| | HSM | | Enhanced HSM | |
|---|---|---|---|---|
| | Using the Network | Not Using the Network | Using the Network | Not Using the Network |
| Hospice Care | You pay $0 for covered expenses | You pay 30% *coinsurance* after the annual *deductible* | You pay $0 for covered expenses | You pay 30% *coinsurance* after the annual *deductible* |
| Other Covered Services | You pay 20% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* after the annual *deductible* | You pay 10% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* after the annual *deductible* |

## HSM Prescription Drug Benefits Administered by CVS Caremark

| | HSM | | Enhanced HSM | |
|---|---|---|---|---|
| | Using the Network | Not Using the Network | Using the Network | Not Using the Network |
| Prescription Drugs (for short-term and immediate prescriptions up to a 34-day supply) (includes diabetic supplies when obtained through retail/ mail order pharmacy) | At CVS Caremark Participating Pharmacies,[1] You pay: — A $5 *copayment* for generic drugs — A $40 *copayment* for formulary brand-name drugs — A $60 *copayment* for non-formulary brand-name drugs | At any other pharmacy, You pay 30% *coinsurance* after the annual *deductible*. You must pay for the prescription in full and then file a claim with UnitedHealthcare for reimbursement | At CVS Caremark Participating Pharmacies,[1] You pay: — A $5 *copayment* for generic drugs — A $40 *copayment* for formulary brand-name drugs — A $60 *copayment* for non-formulary brand-name drugs | At any other pharmacy, You pay 30% *coinsurance* after the annual *deductible*. You must pay for the prescription in full and then file a claim with UnitedHealthcare for reimbursement |
| Prescription Drugs (for long-term, maintenance medications up to a 90-day supply) (includes diabetic supplies when obtained through retail/ mail order pharmacy) | Using the CVS Caremark Mail Order Pharmacy[2], You pay: — A $10 *copayment* for generic drugs — A $75 *copayment* for formulary brand-name drugs — A $95 *copayment* for non-formulary brand-name drugs | At any other pharmacy, You pay 30% *coinsurance* after the annual *deductible*. You must pay for the prescription in full and then file a claim with UnitedHealthcare for reimbursement | Using the CVS Caremark Mail Order Pharmacy[2], You pay: — A $10 *copayment* for generic drugs — A $75 *copayment* for formulary brand-name drugs — A $95 *copayment* for non-formulary brand-name drugs | At any other pharmacy, You pay 30% *coinsurance* after the annual *deductible*. You must pay for the prescription in full and then file a claim with UnitedHealthcare for reimbursement |

[1] Using your CVS Caremark Card.
[2] Certain maintenance medications may be eligible for a 90 day supply at your local CVS Pharmacy. Contact CVS Caremark at 1-866-221-4207 for more information.

**C A R E – M E D I C A L**

## HSM Mental Health Benefits/Substance Abuse Benefits Administered by ValueOptions

| Mental Health/ Substance Abuse Care | HSM | | Enhanced HSM | |
| --- | --- | --- | --- | --- |
| | Using the Network | Not Using the Network | Using the Network | Not Using the Network |
| – Office Visit | You pay a $30 *copayment*/visit | You pay 30% *coinsurance* after the annual *deductible* | You pay a $30 *copayment*/visit | You pay 30% *coinsurance* after the annual *deductible* |
| – Inpatient coverage | You pay $300 *copayment*/admission then 20% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* after the annual *deductible* | You pay $150 *copayment*/admission then 10% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* |
| – Facility based visits and all other coverage | You pay 20% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* after the annual *deductible* | You pay 10% *coinsurance* after the annual *deductible* | You pay 30% *coinsurance* |

## 1.4 Covered Expenses

Covered expenses under the HSM options fall into the following categories:

➢ Preventive Care;

➢ Diagnosis and Treatment;

➢ Inpatient *Hospital* Care;

➢ Outpatient *Hospital* and Ambulatory Care;

➢ Maternity Care;

➢ Convalescent and Home Health Care;

➢ Hospice Care;

➢ Accidental/Surgical Expenses for Dental, Vision, and Hearing Care; and

➢ Other Expenses.

> **HSM CENTERS OF EXCELLENCE (COE):**
> The Centers of Excellence program provides HSM participants with access to nationally renowned medical care when they are diagnosed with heart or cancer conditions. For additional information about the COE program, see page 24 of this SPD.

When you use network providers, covered expenses, as outlined above, are based upon negotiated fees between the provider and UnitedHealthcare.

Covered expenses when not using the UnitedHealthcare network, or under the HSM Other Location options, are based upon UnitedHealthcare's determination of the amount eligible for reimbursement. You are responsible for any excess charges. This excess amount is not a covered expense and does not apply to the annual *deductible* or *out-of-pocket maximum*.

> **TRANSPLANT RESOURCE SERVICES (TRS):**
> The TRS program offers HSM participants access to "best of class" institutions, which can result in shorter stays, fewer complications, and lowers the chance that re-transplantation services will be needed. The TRS program typically covers all transplant-related charges, including evaluation, transplant, and 90 days of follow-up care. You can find more information at www.urnweb.com, or on page 27.

In the case of Mental Health and Substance Abuse Care, covered expenses are based upon negotiated fees between the provider and ValueOptions or amounts as may be determined by ValueOptions as eligible for reimbursement. (See "Mental Health and Substance Abuse Care," page 23, for more information.)

### a. Preventive Care

If you use a network provider or if you are enrolled in a HSM Other Location option, the HSM options cover preventive care, including:

➢ An annual physical examination;

➢ Pap smear — one lab fee per year for each female *pensioner* or covered family member;

➢ An annual mammogram beginning at age 35;

➢ Routine infant care — medically appropriate checkups for child(ren) under two years of age;

➢ An immunization program covering childhood diseases for child(ren) through age 12;

➢ Immunization for Hepatitis B through age 18 or where medically appropriate for participants with high-risk medical conditions;

➢ Human Papillomavirus (HPV) vaccine for females between the ages of 9 and 26;

➢ Zoster (shingles) vaccine for persons age 60 and older;

➢ Immunization for Lyme disease; and

➢ Influenza shots for participants over age 50 or where medically appropriate for participants with high-risk medical conditions.

➢ Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force;

➢ Immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention;

➢ With respect to infants, children, and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration; and

➢ Breast Pumps;

  o Preventive care benefits defined under the Health Resources and Services Administration (HRSA) requirement include the cost of renting one breast pump per pregnancy in conjunction with childbirth. Benefits for breast pumps also include the cost of purchasing one breast pump per pregnancy in conjunction with childbirth;

**C A R E – M E D I C A L**

- o Benefits are only available if breast pumps are obtained from a DME provider, *hospital* or physician.

## b. Diagnosis and Treatment

The HSM options cover diagnosis and treatment of illness or injury, including:

➢ Office visits;

➢ Telephonic consultations through Teladoc;

➢ Diagnostic X-rays;

➢ Laboratory tests; and

➢ Drugs and medicines prescribed for the treatment of an illness or injury.

> Teladoc provides 24/7 access to U.S board-certified doctors and nurses by phone or online video. Teladoc can diagnose, recommend treatments, and prescribe medication for conditions including sinus problems, allergies, pediatric care, and non-emergency medical assistance. Call 1-800-835-2362 or go to Teladoc.com for more information.

## c. Inpatient Hospital Care

The HSM options cover the following inpatient *hospital* services:

➢ A *hospital*'s charges for a semiprivate room (private room when medically necessary) and board for each day of *hospital* confinement. Room and board includes charges for a room, meals, and general duty nursing;

> A *hospital* is an accredited facility engaged primarily in providing medical care and treatment to ill and injured persons at the patient's expense. To qualify for coverage under the HSM options, a *hospital* must meet certain criteria. (See the "Glossary," page 106, for more information.)

➢ Necessary services and supplies furnished by the *hospital* for use during the *hospital* stay;

➢ Private duty nursing care when medically necessary and recommended by a physician;

➢ Intensive care;

➢ Emergency transportation by ambulance, air ambulance, or regularly-scheduled airline to the nearest *hospital* qualified to provide treatment;

➢ Physician visits during a *hospital* stay; and

➢ Surgery by a qualified surgeon.

## d. Outpatient Hospital and Ambulatory Care

The HSM options cover medically necessary outpatient services for:

➢ Surgery, including physician and surgeon charges, anesthesia, surgical supplies, and related medical care and treatment performed in a *hospital* or *ambulatory surgical center*;

> An *ambulatory surgical center* is a specialized facility equipped to handle surgical procedures that require *hospital* facilities but do not require an extended *hospital* stay. To qualify for coverage under the HSM options, an *ambulatory surgical center* must meet certain criteria. (See the "Glossary," page 102, for more information.)

18

> Emergency medical care and treatment  started within 72 hours after an accident;

> Diagnostic X-rays and laboratory tests    resulting from illness or injury; and

> Other medically necessary services, supplies, and therapeutic treatments.

### e. Maternity Care

You are covered for maternity benefits if you are a female *pensioner* enrolled in an HSM option, or the covered female spouse or *domestic partner* of a *pensioner*. A female dependent other than a spouse or *domestic partner* is not covered for normal pregnancy and delivery expenses but is covered for *complications of pregnancy*.

The HSM options cover:

> The charges of an obstetrician and an anesthesiologist for prenatal care and *hospital* delivery;

> The charges for an approved birth center; and

> The charges for *hospital*, surgical, or other medical services and supplies as described under "Inpatient *Hospital* Care," page 18. This includes benefits for any *hospital* stay in connection with childbirth for the mother or newborn of at least
> – 48 hours after a vaginal delivery, or
> – 96 hours after a Cesarean section.

A birth center is a specialized facility for delivering newborns following a normal, uncomplicated pregnancy. To qualify for coverage under the HSM options, a birth center must be operated under the full-time supervision of a licensed doctor (M.D.) or registered nurse (where permitted by state law) and meet several other standards. To ensure that the birth center you are considering meets these standards, call UnitedHealthcare's Customer Service Center at 1-800-752-8982.

Notification of these *hospital* stays is not required.

There is no *deductible* or admission *copayment* for newborn infant coverage for the first continuous period of the baby's *hospital* stay, unless the stay lasts beyond the mother's discharge. Remember that coverage for newborns begins at birth, but only if you contact the Shell Benefits Service Center within 31 days after the date of the birth.

NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT OF 1996
Group health plans and health insurance issuers generally may not, under federal law, restrict benefits for any *hospital* length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a Cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours, as applicable). In any case, plans and issuers may not, under federal law, require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

---
### C A R E – M E D I C A L
---

### f. Convalescent and Home Health Care

The HSM options cover convalescent care in a *Medicare*-approved skilled nursing facility, including charges for room and board, services, and supplies. For benefits to be paid:

➢    All services must be authorized by a physician.

Benefits for care received through such a facility are paid for a maximum of 120 days.

The HSM options also cover services for convalescent care received at home through a *Medicare*-approved home health agency. For benefits to be paid:

> *Custodial care* is not covered under the HSM options, except in conjunction with hospice care.

➢    All services must be authorized by a physician; and

➢    Provided by or supervised by a registered nurse in your home, or provided by either a home health aide or licensed practical nurse and supervised by a registered nurse.

Benefits for care received at home are paid for a maximum of 30 visits in a calendar year.

### g. Hospice Care

The HSM options cover inpatient room and board charges, supplies, and services provided to a terminally ill patient at a hospice facility or in the patient's home.

For a patient to qualify as terminally ill, the patient's physician must certify that the patient has a life expectancy of six months or less. Hospice services include:

➢    Nursing care by or under the supervision of a registered graduate nurse in an inpatient hospice;

➢    Nursing care provided at the patient's home by or under the supervision of a registered graduate nurse furnished by a home health care agency;

> A hospice is an agency that provides counseling and incidental medical services for the terminally ill. Room and board may also be provided. To qualify as a covered expense under the HSM options, a hospice must meet certain requirements. To ensure that the hospice you are considering meets these requirements, call UnitedHealthcare's Customer Service Center at 1-800-752-8982.

➢    Home health aide services, consisting primarily of caring for the patient, which are provided by a home health care agency; and

➢    Counseling services for the patient and the patient's immediate family prior to the patient's death; counseling must be provided by a psychiatrist, a psychologist, or a member of a state-licensed social service organization.

**C A R E – M E D I C A L**

### h. Accidental/Surgical Expenses for Dental, Vision, and Hearing Care

The HSM options cover certain dental, vision, and hearing expenses, including:

➢ Oral surgery for treatment of fractures and dislocations of the jaw, other cutting procedures in the oral cavity, and administration of anesthesia (care of teeth and gums and surgical repair following removal of teeth are not covered);

➢ Dental care and treatment, including orthodontic care or prosthetic devices, resulting from accidental injury to natural teeth. Treatment must be received within 72 hours and be completed within 12 months of the accidental injury;

➢ Eye glasses and contact lenses, or their fittings, that are required as a result of cataract surgery or due to an accidental injury; and

➢ Hearing aids, or their fittings, that are required as a result of surgery to the ear or due to an accidental injury.

### i. Other Expenses

The HSM options cover other expenses, including various kinds of medically necessary services, supplies, and equipment provided or authorized by a physician, such as:

➢ Medical care and treatment provided on an outpatient basis;

➢ Services of a trained nurse when recommended by a physician and medically necessary under generally accepted medical standards;

➢ Second surgical opinions. If the second opinion disagrees with the first, the HSM options cover the expense of a third surgical opinion;

➢ Services of a qualified physiotherapist;

➢ Services of a speech therapist for child(ren) through age six and under certain specific circumstances (laryngectomy, stroke, brain damage due to accidental injury, or surgery that requires rehabilitation involving speech therapy);

➢ Covered drugs and medicines prescribed for the treatment of a physical illness or injury;

➢ Bandages and surgical dressings, supplies, and appliances;

➢ Blood and allergy serum;

➢ Rental of an oxygen tent, wheelchair, special hospital bed, or similar equipment, up to the purchase price;

➢ Braces, crutches, and prostheses (such as artificial limbs or eyes);

➢ Radiation therapy and chemotherapy;

➢ Bariatric surgery and complications arising there from, for adults 18 or older, subject to pre-authorization and approval by UnitedHealthcare;

**C A R E – M E D I C A L**

> Panniculectomy and abdominoplasty following significant and sustained weight loss, for adults 18 and older, and subject to pre-authorization and approval by UnitedHealthcare; and

> Treatment of Gender Identity Disorder, in adults 18 or older, and subject to pre-authorization and approval by UnitedHealthcare. The treatment plan must conform to the World Professional Association for Transgender Health(WPATH) standards, version 6.

## 1.7 Features that Apply to All HSM Options

### a. Prescription Drug Benefits

The HSM options provide prescription drug coverage through CVS Caremark. You can fill your prescriptions at any pharmacy in the CVS Caremark network, which includes all major pharmacy chains, most independent pharmacies, and the CVS Caremark mail-order pharmacy. (For further details about your benefits for prescription drugs, see "Schedule of Benefits," starting on page 15.)

> *Copayments* for prescription drugs do not count toward the annual deductible or *out-of-pocket maximum* under the HSM options.

#### Prescription Drug Card Purchases

A CVS Caremark prescription drug card is issued to all you when you enroll in an HSM option. When you need a prescription filled, present your drug card at a participating pharmacy. Your *copayment* is based upon whether you purchase a generic drug, a formulary brand-name drug, or a non-formulary brand-name drug (for up to a 34-day supply).

> Generic drugs are equivalent versions of brand-name drugs and typically are sold at a substantial discount from the branded price. Formulary brand-name drugs are carefully selected medications that can assist in maintaining quality care while helping to control costs. Non-formulary brand-name drugs generally have either a generic equivalent or a formulary brand-name alternative available.

#### Mail-Order Prescriptions

The HSM options offer you a money-saving alternative to having your prescription filled at a local pharmacy. You can fill long-term maintenance prescriptions, like high blood pressure or cholesterol medications, through CVS Caremark's mail-order pharmacy. With CVS Caremark, you can mail-order up to a 90-day supply of maintenance medications prescribed by your doctor. Your *copayment* is based upon the type of drug you order, for example a generic or brand-name prescription.

> Certain long term and maintenance medications may be available for a 90 day supply at your local CVS Pharmacy.  Please contact CVS Caremark for more information at 1-866-221-4207.

If approved by you and your doctor, CVS Caremark will dispense generic drugs instead of brand-name drugs to help reduce your *copayment* expense.

**C A R E – M E D I C A L**

*Covered Prescription Drug Expenses*

Most medications approved by the Federal Drug Administration (FDA) are covered under the HSM options if indicated and prescribed for an illness or injury. Some medications are subject to FDA dispensing guidelines, quantity limits, or pre-authorization. Drugs used for cosmetic purposes or to aid in weight loss or certain items for smoking cessation including gums, inhalers, patches, and sprays are generally not covered under the HSM options.

### b. Mental Health and Substance Abuse Care

The HSM options provide coverage for mental health and substance abuse care through the ValueOptions program. ValueOptions has a national network of mental health care professionals (including psychiatrists, psychologists, and other qualified licensed therapists), who provide inpatient and outpatient care, as well as day treatment and residential care. For further details about your benefits for mental health and substance abuse care, see "Schedule of Benefits," starting on page 16 or call ValueOptions at 1-800-543-8114. Your benefits for behavioral health treatment will be the same as benefits currently available for medical/surgical care under the HSM and Enhanced HSM options. *Copayments* and *coinsurance* will apply uniformly to both medical/surgical and behavioral health services. *Deductibles* and *out-of-pocket maximums* will be shared between ValueOptions and UnitedHealthcare.

There are a number of advantages to using the ValueOptions network:

➢ ValueOptions providers are carefully selected, credentialed, and knowledgeable about ValueOptions procedures, as well as the HSM options; and

➢ ValueOptions providers agree to charge participants in the HSM options negotiated fees. As a result, if your care is arranged and provided through ValueOptions

 – The level of benefits available to you is higher than the level you receive if your provider is not part of the ValueOptions network,

 – You are not responsible for any fees above negotiated fees, and

 – You do not have to file a claim and wait for reimbursement.

> ValueOptions can help you get the care you need, or understand your mental health and substance abuse benefits. If you have any questions or need claim forms, call VO Customer Service at 1-800-543-8114.

*Using the ValueOptions Network — The Choice is Yours*

If you or your covered dependent(s) requires mental health or substance abuse care, you have a choice:

➢ You can use the network by calling the ValueOptions toll-free Clinical Referral Line at any time, day or night. Your call is answered by a licensed Clinical Care Manager who will provide referral assistance. Care that is

certified by ValueOptions is covered at the network benefit level. Network benefits are also payable for emergency admissions if certified within 72 hours of the admission.

➢    You can choose not to use the ValueOptions network. If you choose to receive mental health or substance abuse care without making arrangements through ValueOptions, your provider must be a qualified and licensed provider of mental health and substance abuse care in order for benefits to be considered. All treatment must also be considered medically necessary and appropriate. You are responsible for a greater share of the cost when you do not use a ValueOptions network provider. (See the "Schedule of Benefits," starting on page 16, for details.) In addition, you must file a claim for reimbursement. Claims should be sent to the address on the claim form.

### c. Centers of Excellence (COE) Program

The HSM options offer non-*Medicare pensioners* and/or any of your non-*Medicare* eligible enrolled dependents access to world-class providers, as well as enhanced patient services through the COE program. The program provides participants in the HSM options with access to nationally renowned medical care when they are diagnosed with heart or cancer conditions. The COE has contracts with several nationally recognized medical institutions in the Texas Medical Center to provide a special package of services for these medical conditions:

➢    Cardiovascular Care Providers, Inc./Texas Heart Institute (St. Luke's Episcopal Hospital) for adult cardiovascular care;

➢    M.D. Anderson Physician Network (M.D. Anderson Cancer Center) for adult oncology care; and

➢    Baylor MedCare (Texas Children's Hospital) for pediatric cardiovascular and oncology care.

*Description of COE Services*

**To obtain coverage under the COE program, you must be enrolled in an HSM option and you must register with each of the COE providers before your first visit.** Participation in the COE program is completely voluntary and is available to you and your covered dependents if you require medical care and treatment for cardiac or cancer-related illness. Under the COE program, covered physician and/or *hospital* services, including personalized assistance such as call center support, appointment scheduling, valet parking (first visit only), and expedited *hospital* admission, are covered at 100%. No *deductibles*, *copayments*, or *coinsurance* apply. You are eligible to enroll in the program, regardless of where you live, but travel and lodging expenses you incur while receiving care from a COE provider are not considered covered expenses under the HSM COE program.

**C A R E – M E D I C A L**

You can enroll or obtain additional information for each COE provider by calling the appropriate telephone number listed below:

**Adult Cardiac Care (18 and over)   1-800-457-9269 or www.cvcpdocs.com**
*Cardiovascular Care Providers, Inc./Texas Heart Institute*
*(St. Luke's Episcopal Hospital)*

**Adult Oncology Care (18 and over)**                     **1-800-354-2647**
*M.D. Anderson Cancer Manager Program*
*(M.D. Anderson Cancer Center)*

**Pediatric Cardiac and Oncology Care (under 18)**       **1-877-647-4355**
*Baylor MedCare*
*(Texas Children's Hospital)*

Remember, in order to participate in the Center of Excellence program, HSM participants must enroll by registering with the COE provider prior to your first COE visit. If you do not enroll first, covered expenses and payable benefits will be determined under the HSM options without regard to the COE program.

### d. Health Rewards Program

While good health is its own reward, we know that it is easier to take care of ourselves when we have a little help and encouragement. For this reason, the HSM options include a Health Rewards Program that recognizes and rewards you for taking steps to assess, improve, and maintain your health. Participation in the program is completely voluntary and confidential.

If you are a participant in one of the HSM options as a non-*Medicare* eligible *pensioner* (whose enrolled dependent(s) is also pre-*Medicare*), you are eligible to participate in the Health Rewards Program.

By participating in designated health promotion and improvement programs, you can earn valuable health rewards credits. Your credits can be exchanged for health care reimbursement dollars for out-of-pocket health care expenses for you and your enrolled dependent(s). If you do not use all of your credits in one year, they can be carried forward for use in future years as long as you remain enrolled in an HSM option.

The Health Rewards Program Guide is updated each year with new programs and health-improvement opportunities. The Guide contains detailed information about the Health Rewards Program, including the maximum number of credits that can be earned, how to earn credits, how to redeem credits, what out-of-pocket expenses are eligible, and what happens if you cancel your enrollment, or are no longer eligible for coverage, in the HSM options. You can access the current year's Health Rewards Program Guide at www.netbenefits.com > "Health & Insurance" tab > Health Management Center.

**C A R E – M E D I C A L**

### e. Personal Health Support

UnitedHealthcare provides a program called Personal Health Support designed to encourage personalized, efficient care for you and your covered dependents. UnitedHealthcare reviews the medical necessity of hospital admissions and lengths of stay using nationally accepted medical standards. This Personal Health Support program is designed to help avoid unnecessary hospital admissions and inappropriate lengths of stay. It also maximizes the use of cost-effective alternative treatment settings, when appropriate.

The primary features of UnitedHealthcare's Personal Health Support are:
➢ Pre-admission review of non-emergency admissions and post-admission review of emergency admissions to help ensure that suitable care is provided in the most appropriate setting.
➢ Concurrent monitoring of inpatient care, which is conducted throughout a patient's hospital stay. The goals of concurrent monitoring are to:
  – Evaluate the continuing need for hospital-level care;
  – Identify any inappropriate delay in necessary hospital care;
  – Initiate discharge planning as soon as appropriate after admission;
  – Identify opportunities to initiate case management intervention; and
  – Generate data to identify current patient care practices and associated activities.
➢ Surgical necessity review, which provides an evaluation of medical necessity and the appropriateness of all proposed surgeries.
➢ Post-release patient follow-up.

If you require hospitalization or surgery and you use the network, your network doctor will provide notification for you through UnitedHealthcare's Personal Health Support Department. If you do not use the network, you are responsible for this notification. If you do not notify UnitedHealthcare's Personal Health Support Department, you must pay an additional $250 *non-notification penalty.*

Personal Health Support Nurses center their efforts on prevention, education, and closing any gaps in your care. The goal of the program is to ensure you receive the most appropriate and cost-effective services available. A Personal Health Support Nurse is notified when you or your provider calls the toll-free number on your ID card regarding an upcoming treatment or service.

If you are living with a chronic condition or dealing with complex health care needs, UnitedHealthcare may assign to you a primary nurse, referred to as a Personal Health Support Nurse to guide you through your treatment. This assigned nurse will answer questions, explain options, identify your needs, and may refer you to specialized care programs. The Personal Health Support Nurse will provide you with their telephone number so you can call them with questions about your conditions, or your overall health and well-being.

**C A R E – M E D I C A L**

Personal Health Support Nurses will provide a variety of different services to help you and your covered family members receive appropriate medical care. Program components are subject to change without notice. As of the publication of this SPD, the Personal Health Support program includes:

➢ **Admission counseling** — For upcoming inpatient *hospital* admissions for certain conditions, a Treatment Decision Support Nurse may call you to help answer your questions and to make sure you have the information and support you need for a successful recovery.

➢ **Inpatient care management** — If you are hospitalized, a nurse will work with your physician to make sure you are getting the care you need and that your physician's treatment plan is being carried out effectively.

➢ **Readmission Management** — This program serves as a bridge between the *hospital* and your home if you are at high risk of being readmitted. After leaving the *hospital*, if you have a certain chronic or complex condition, you may receive a phone call from a Personal Health Support Nurse to confirm that medications, needed equipment, or follow-up services are in place. The Personal Health Support Nurse will also share important health care information, reiterate and reinforce discharge instructions, and support a safe transition home.

➢ **Risk Management** — Designed for participants with certain chronic or complex conditions, this program addresses such health care needs as access to medical specialists, medication information, and coordination of equipment and supplies. Participants may receive a phone call from a Personal Health Support Nurse to discuss and share important health care information related to the participant's specific chronic or complex condition.

If you do not receive a call from a Personal Health Support Nurse but feel you could benefit from any of these programs, please call the toll-free number on your ID card.

### *f. Transplant Resource Services (TRS) Program*

The HSM options provide special services for HSM participants who require qualified organ transplants. Through UnitedHealthcare's United Resource Network, the TRS program provides 100% coverage for transplant services at recognized medical centers nationwide.

Qualified organ transplants include the following:

➢        Liver transplant;

➢        Heart transplant;

➢        Lung transplant;

➢        Heart/lung transplant;

➢        Kidney transplant;

➢        Pancreas transplant;

- ➢ Kidney/pancreas transplant;
- ➢ Liver/kidney transplant;
- ➢ Liver/intestinal transplant;
- ➢ Intestinal transplant; and
- ➢ Certain bone marrow (either from you or from a compatible donor) and peripheral stem cell transplants, with or without high-dose chemotherapy.

Covered health services and supplies from a UnitedHealthcare Designated Transplant Facility for qualified procedures include:
- ➢ Evaluation;
- ➢ *Hospital* and physician fees;
- ➢ Organ acquisition and procurement;
- ➢ Transplant procedures;
- ➢ Follow-up care for a period of up to one year after the transplant; and
- ➢ Search for bone marrow/stem cell from a donor who is not biologically related to the patient. If a separate charge is made for a bone marrow/stem cell search, a maximum benefit of $25,000 is payable for all charges made in connection with the search.

If a Designated Transplant Facility is used, the TRS program provides for reimbursement of travel and lodging expenses as follows:
- ➢ Transportation of the patient and one companion who is traveling on the same day(s) to and/or from the site of the qualified procedure for the purposes of the evaluation, the transplant procedure, and the necessary post-discharge follow-up;
- ➢ Reasonable and customary charges for lodging for the patient (while not confined) and one companion; and
- ➢ If the patient is a covered dependent minor child, the transportation expenses of two companions are covered and lodging expenses are reimbursed at a $100 per-diem rate.

There is a combined overall lifetime maximum of $10,000 per participant for all transportation and lodging expenses incurred by the participant and companion(s) and reimbursed under the program in connection with all qualified procedures. For more information, please call UnitedHealthcare at 1-800-752-8982.

The TRS program is voluntary. If you choose not to use the program for transplant services, covered expenses will be determined and payable under the HSM options without regard to the TRS program.

# 1.8 Expenses Not Covered

The following expenses are excluded under the HSM options:

➢ Any confinement, care, treatment, service, or supply that is not medically necessary based upon generally accepted standards of medical practice;

➢ Any medical expenses incurred before coverage becomes effective;

➢ Any *hospital* stay, surgery, treatment, service, or supply for which benefits are payable through a government agency (except a program for civilian employees of a government and Veterans Administration *hospital* charges for non-service related disabilities);

➢ Any *hospital* stay, surgery, treatment, service, or supply for which no charge would have been made had you not had this coverage, or for any charges that you are not legally required to pay;

➢ Experimental or investigational treatments or procedures;

➢ Any confinement, care, or treatment that is not recommended and approved by a qualified physician acting within the scope of his or her license;

➢ Artificial insemination, including in vitro fertilization and gamete intra-fallopian transfer expenses;

➢ Normal pregnancy and delivery for your dependent(s) who is not your female spouse or *domestic partner*;

➢ Cosmetic surgery or any treatment or *hospital* confinement related to cosmetic surgery, except as the result of illness or bodily injury;

➢ Dental treatment, orthodontic care, or prosthetic dental devices, except cutting procedures in the mouth or as the result of accidental damage to natural teeth, as described on page 21;

➢ Eye examinations for the purpose of improving refraction;

➢ Eyeglasses and contact lenses, or the cost of fitting eyeglasses or contact lenses, except as the result of cataract surgery or accidental injury to the eye requiring a prescription change;

➢ Radial keratotomy, LASIK, or other surgical procedures for the purpose of improving refraction;

➢ Hearing aids, except as required because of accidental injury or surgery to the ear or any parts of the ear;

➢ Services of a social worker, other than ValueOptions-coordinated care or a licensed social worker who is an advanced clinical practitioner, or certain hospice care services;

➢ Services for educational purposes or to enhance one's personal or professional growth, development, or training;

➢ Injuries or diseases resulting from war or any act of war, declared or undeclared, or any international armed conflict;

**C A R E – M E D I C A L**

➢ Occupational injuries or illnesses. Benefits covering these expenses normally are payable under workers' compensation or similar laws;

➢ Speech therapy after age six, except as the result of laryngectomy, stroke, brain damage due to accidental injury, or surgery that requires rehabilitation involving speech therapy;

> Certain other expenses not specifically listed may not be covered under the HSM options. If you are not sure if your treatment is a covered expense, you should call UnitedHealthcare's Customer Service Center at 1-800-752-8982 for a benefit determination before incurring any expenses.

➢ Education, training, and room and board expenses while confined to an institution providing schooling or training, a home for the aged, or a nursing home;

➢ Treatment, evaluation, or any services provided strictly for learning disabilities;

➢ *Custodial care*, except in conjunction with hospice care;

➢ Services provided by a person who is a member of your immediate family or who lives in your home;

➢ Any charges incurred by your dependent(s) who is also covered as an *employee* or *pensioner* or as a dependent of another *employee* or *pensioner* under the Medical Benefit Program;

➢ Services provided for the treatment of weight loss, unless certified to be medically necessary by UnitedHealthcare;

➢ Nutritional supplements; and

➢ Treatment provided over the telephone except as provided by Teladoc.

In addition, the following hospice charges are not covered expenses:

➢ Services of a social worker, other than a licensed clinical social worker who is an advanced clinical practitioner, unless obtained through ValueOptions. (For information about ValueOptions, see "Mental Health and Substance Abuse Care," page 23.);

➢ Hospice care services provided by volunteers or by individuals who do not regularly charge for their services;

➢ Hospice care services provided by a licensed pastoral counselor for a member of his or her congregation (services performed in the course of duties for which he or she is called as a pastor or minister);

➢ Any legal or financial services;

➢ Services provided by any person living with you or who is a member of your immediate family; and

➢ Any services or supplies not provided or billed through the hospice program and approved by the attending physician.

**C A R E – M E D I C A L**

## 1.9 Other Important Information

### a. Applying for Benefits

*When Using the Network*

Generally, you do not have to file a claim for benefits when using the network because your participating provider files the claim for you.

*When Not Using the Network*

If your provider does not agree to file your claim, you will need to obtain a claim form from UnitedHealthcare or, in the case of Mental Health and Substance Abuse Care, from ValueOptions. You may also use your provider's itemized service statement to submit your charges. Be sure to include the HSM plan information located on your medical identification card and indicate whether you want payment made to you or directly to your provider.

Instructions on the claim form explain how to complete it. Any missing, inconsistent, or incorrect information delays the processing of your claim. Mail the completed form to the address that appears on the form. You should file your claim as soon as possible after receiving treatment. Benefits are not paid on claims filed later than the end of the calendar year following the one in which expenses were incurred. Therefore, you must file all claims by the end of the following calendar year to receive benefits.

If you have any questions about how or where to file your claim, refer to the HSM contact information located inside the front cover of this summary plan description, "About This Book." If your claim for benefits is denied, you may file an appeal. (See "Health Care Benefits Claims Procedure," page 83, for details.)

## 1.10 Benefits for *Medicare*-Eligible Participants

Once a *pensioner* or his or her *eligible dependent(s)* qualifies for *Medicare* benefits, either due to a disability or because that person reaches age 65, *Medicare* becomes his or her primary medical plan. The Medical Benefit Program offers coverage options that provide secondary or complementary benefits to *Medicare*-eligible participants. If you or your *eligible dependent(s)* qualify for *Medicare* based on End Stage Renal Disease prior to or simultaneously with age or disability-based *Medicare* entitlement, the Medical Benefit Program pays primary to *Medicare* for up to 30 months.

When you or your *eligible dependent(s)* qualifies for *Medicare* due to age, you will receive information from the Shell Benefits Service Center regarding your available options and the applicable premium cost. If you or your *eligible dependent(s)* qualify for *Medicare* due to disability prior to reaching age 65, you must contact the Shell Benefits Service Center to advise of your *Medicare*

---

**C A R E – M E D I C A L**

---

entitlement and to receive appropriate coverage and cost information about your options under the Medical Benefit Program.


## a. Different Types of *Medicare*

*Medicare* Part A – Medicare Part A is hospital insurance. It helps cover inpatient care in hospitals, as well as skilled nursing facility, hospice, and home health care. Medicare Part A enrollment is automatic.

*Medicare* Part B - Medicare Part B is medical insurance. It helps cover doctor and other health care providers' services, outpatient care, durable medical equipment, home health care, and some preventive services. You must enroll in Medicare Part B.

*Medicare* Part D – Medicare Part D adds prescription drug coverage to Medicare Part A and B.


## b. Medicare Complementary Benefits

### Enrolling in *Medicare*

You should enroll yourself and any member of your family eligible for hospital and physician coverage through *Medicare* Parts A and B as soon as that person qualifies for *Medicare* benefits. Be sure to apply at least three months before the date the person becomes *Medicare*-eligible and wants to receive *Medicare* benefits. You can contact *Medicare* directly at 1-800-MEDICARE (1-800-633-4227) or visit the website at www.medicare.gov for more information about the enrollment process and *Medicare's* benefits.

For your prescription coverage, Shell sponsors a group *Medicare* Part D prescription drug benefit through SilverScript. SilverScript is a CVS Caremark company. You must contact the Shell Benefits Service Center at 1-800-30-SHELL to provide your Health Insurance Claim Number (HICN), which is your *Medicare* number, as soon as you receive it from *Medicare.* Once you have provided your HICN to the Shell Benefits Service Center you will be automatically enrolled in *Medicare* Part D.

## c. Medicare Complementary Coordination

The Medicare Complementary option coordinates with *Medicare* Part A and Part B to reimburse you for 80% of your covered medical expenses. Before benefits are payable under the Medicare Complementary option, you must first satisfy a $350 annual *deductible*. The *deductible* applies to each enrolled person and is in addition to *Medicare's* Part A and Part B deductibles. Since *Medicare* generally reimburses at 80% of covered expenses, you are responsible for the remaining 20% not paid by *Medicare*.

Once your out-of-pocket covered medical expenses have reached $3,000 during the calendar year, the Medicare Complementary option will reimburse most of your covered medical expenses, excluding prescription drugs, incurred for the remainder of the year at 100%. Like the annual *deductible*, the out-of-pocket limit applies to each enrolled person but is limited to $6,000 per family per calendar year.

Your prescription drug benefits will be provided by SilverScript Insurance Company (SilverScript), an approved *Medicare* Part D plan. You will receive a separate prescription drug ID card from SilverScript to present to your pharmacy when you order or refill your medication.

The Medicare Complementary option is administered by UnitedHealthcare and SilverScript and includes these important features:

➢ You may seek care from any licensed, qualified health care provider anywhere in the world.

➢ Benefits are determined as if you were reimbursed under *Medicare* Parts A and B whether or not you are actually enrolled in *Medicare*. As a result, any amounts that would have been paid by *Medicare* (Parts A and B) are deducted from the Medicare Complementary benefit, subject to billing limitations.

➢ Covered expenses under the Medicare Complementary option are the same as those listed for the HSM options (see "Covered Expenses," page 16), including prescription drugs. When your provider accepts assignment of *Medicare's* benefits, the covered expense is limited to the amount approved by *Medicare*.

➢ A pretreatment review program for private duty nursing services is provided to help you determine whether such services are covered under the Medicare Complementary option before you incur expenses for these services. (For details about private duty nursing services, see "Private Duty Nursing Care," page 35.)

➢ Generally, you do not need to contact UnitedHealthcare's Personal Health Support Department before a *hospital* admission. However, if a *hospital* stay is expected to last more than 60 days, you or your physician should

**C A R E – M E D I C A L**

contact UnitedHealthcare's Personal Health Support Department. (See "Personal Health Support," page 26, for more information.)

➢ Mental health and substance abuse care isn't coordinated by ValueOptions and is treated as any other illness, for benefit purposes.

➢ Expenses not covered under the Medicare Complementary option are the same as for the HSM options. Please refer to "Expenses Not Covered," page 29, for more information. In addition, the Medicare Complementary option does not include the Centers of Excellence or Health Rewards programs.

## d. *Schedule of Benefits*

| | Medicare Complementary Option |
|---|---|
| Annual *Deductible* (calendar year) | $350/person |
| *Out-of-Pocket Maximum* (calendar year) | $3,000/person $6,000/family (excludes prescription drug *copayments*) |
| Your Expenses | You pay 20% after the annual *deductible* |
| Maximum Lifetime Benefit | Unlimited |
| **Medical, Surgical and Diagnostic Services administered by UnitedHealthcare** | |
| Preventive Care | You pay $0 |
| Physician Services Office Visits: – PCP – Specialists | You pay 20% after the annual *deductible* |
| Diagnostic X-rays and laboratory tests (in doctor's office or network laboratory) | You pay 20% after the annual *deductible* |
| Inpatient *Hospital* Services | You pay 20% *coinsurance* after the annual *deductible*; if you do not notify UnitedHealthcare's Personal Health Support Department for stays of 60 days or more, you pay an additional $250 *non-notification penalty* |
| Outpatient *Hospital* Services | You pay 20% *coinsurance* after the annual *deductible* |
| Emergency Care[1] | You pay 20% *coinsurance* after the annual *deductible* |
| Ambulance Services | You pay 20% *coinsurance* after the annual *deductible* |
| Urgent Care Clinic (after hours) | You pay 20% *coinsurance* after the annual *deductible* |
| Diabetic Supplies (except insulin & syringes) | You pay 20% *coinsurance* after the annual *deductible* |
| Hospice Care | You pay $0 for covered expenses |
| Mental Health Care | You pay 20% *coinsurance* after the annual *deductible* |
| Other Covered Services | You pay 20% *coinsurance* after the annual *deductible* |

---

[1] Emergency care is treatment required because permanent disability or endangerment to life or limb is likely to result if the condition goes untreated.

## C A R E – M E D I C A L

### Prescription Drug Coverage administered by SilverScript

| | At SilverScript Participating Pharmacies,[1] | At any other pharmacy, |
|---|---|---|
| Prescription Drugs (for short-term and immediate prescriptions up to a 34-day supply) | You pay:<br>– A $5 *copayment* for generic drugs<br>– A $40 *copayment* for formulary brand-name drugs<br>– A $60 *copayment* for non-formulary brand-name drugs | You pay 30% *coinsurance* after the annual *deductible.* You must pay for the prescription in full and then file a claim with UnitedHealthcare for reimbursement |
| Prescription Drugs (for long-term, maintenance medications up to a 90-day supply) | Using the CVS Caremark Mail Order Pharmacy, you pay:<br>– A $10 *copayment* for generic drugs<br>– A $75 *copayment* for formulary brand-name drugs<br>– A $95 *copayment* for non-formulary brand-name drugs | At any other pharmacy, you pay 30% *coinsurance* after the annual *deductible.* You must pay for the prescription in full and then file a claim with UnitedHealthcare for reimbursement |

### e. *Private Duty Nursing Care*

*Medicare* and the Medicare Complementary options cover private duty nursing care if it involves skilled nursing or rehabilitation services that can be provided only by licensed medical professionals.

> For an explanation of expenses covered for private duty nursing care, call United Healthcare's Personal Health Support Department at 1-800-752-8982.

### *Custodial Care*

The Medicare Complementary option does not cover *custodial care*, except in conjunction with hospice care. Care is considered custodial if it primarily helps a person meet personal hygiene needs or perform the activities of daily living, such as getting out of bed, bathing, dressing, eating, and administering medication. *Custodial care* also may include supervised living arrangements where little or no medical, mental health or substance abuse treatment is being rendered. Such care is not considered a covered expense under the Medicare Complementary option, even if it is ordered by a doctor and performed by a licensed medical professional.

### *Pretreatment Review*

The best way to understand what private duty nursing expenses are covered is to call United Healthcare's Personal Health Support Department in advance. This will help you determine whether the proposed care is covered before expenses are incurred. A final determination as to whether services are considered a covered expense is made when a claim is submitted to UnitedHealthcare.

---

[1]   Using your SilverScript Card.

**C A R E – M E D I C A L**

## f. How Medicare Complementary Benefits Are Paid

The following example shows how Medicare Complementary benefits are paid for Ken, a *pensioner* who:

➢ Has already satisfied the *Medicare* Part B *deductible*;

➢ Is hospitalized for 10 days for a surgical procedure, then receives outpatient follow-up care; and

➢ Incurs covered charges totaling $12,850 (itemized expenses and amounts payable are as shown).

| | Charges[1] | *Medicare* Pays [Part A + Part B] | | Ken pays his annual *deductible* | Medicare Complementary pays | Ken pays the balance |
|---|---|---|---|---|---|---|
| *Hospital* expenses | $8,500 | $7,316[2] | $0 | $350[3] | $667.20 | $166.80 |
| Surgeon's charges | $3,000 | $0 | $2,400 | $0 | $0 | $600.00 |
| Anesthesiologist | $750 | $0 | $600 | $0 | $0 | $150.00 |
| Total inpatient charges | $12,250 | $10,316 | | $350 | $667.20 | $916.80 |
| Physician office visits | $600 | $0 | $480 | $0 | $0 | $120.00 |
| Total charges for all care | $12,850 | $10,796 | | $350 | $667.20 | $1,036.80 |

## g. Applying for Benefits

You need to submit most bills and receipts to *Medicare* first. Many of these claims will then be forwarded to UnitedHealthcare so that Medicare Complementary benefits can be processed. If *Medicare* doesn't forward the claim to UnitedHealthcare, you have to apply for Medicare Complementary benefits yourself.

> To obtain a claim form, call United Healthcare's Customer Service Center at 1-800-752-8982. You can enroll in the *Medicare* Crossover Program and *Medicare* will automatically forward your claim to UnitedHealthcare for processing.

First, obtain a claim form from UnitedHealthcare. Instructions on the claim form explain how to complete it, as well as how each type of medical expense should be submitted. For expenses that are covered by *Medicare*, you must send the Explanation of *Medicare* Benefits, together with your completed claim form, to UnitedHealthcare.

UnitedHealthcare requires a diagnosis, the provider's name and the procedure code for each item processed. If the provider's name and procedure code aren't

---

[1] Assumes providers accept *Medicare* assignment. Charges shown are the amounts approved by *Medicare*.

[2] Amount shown reflects the 2013 Part A *deductible* amount - $1,184.

[3] The $350 annual *deductible* under the Medicare Complementary option is deducted from the *Medicare* Part A *deductible*, then the Medicare Complementary option pays 80% of remaining *hospital* expenses.

shown on the Explanation of *Medicare* Benefits, you must obtain a detailed billing from the provider to attach to your claim form.

Mail the completed claim form to the address listed on the form. You should file your claim as soon as possible after receiving treatment. You must file all claims by the end of the next calendar year in order to receive benefits.

## h. Medicare Supplemental Options

In certain locations, eligible *pensioners* may choose to enroll in a Medicare Supplemental option offered through the Medical Benefit Program. These programs supplement *Medicare's* reimbursement for covered medical expenses and pay a higher benefit if you use a network provider.

If a Medicare Supplemental option is available in your area, you will receive benefit and cost information directly from the Shell Benefits Service Center during the *group annual enrollment period.*

## i. Medicare Advantage Options

The Medical Benefit Program offers *pensioners* access to Medicare Advantage options in certain areas across the country. In order to participate in one of these programs, *pensioners* must live within a specified zip code area determined by the Medicare Advantage insurance provider. Generally, these programs provide HMO-like benefits through a network of doctors, *hospitals* and other health care providers. Medicare Advantage programs replace traditional *Medicare* Part A and B and provide all of your medical benefits, including prescription drug coverage. Except in the case of emergency health care, you are required to use the exclusive provider network in order to receive benefits.

The Medicare Advantage options available in your area are listed in the material you receive from the Shell Benefits Service Center during the *group annual enrollment period.*

## 1.11 Other Important Information

## a. Coordination of Benefits

The HSM and Medicare Complementary options coordinate the benefits they pay by taking into account any coverage you or your covered dependent(s) may have under any other group medical or dental plan. As a result of this coordination of benefits, it is possible for you to receive reimbursement for up to 100% of the allowable medical expenses you incur during a calendar year.

Here is a summary of how coordination of benefits works under the HSM and Medicare Complementary options:

> If benefits are coordinated with another group medical plan, the difference between the amounts HSM or Medicare Complementary would have paid without coordination of benefits and the amount of benefits actually paid may be credited to the covered person. After the *deductibles* are satisfied, the program automatically applies any credit toward *coinsurance* paid and future claims in the same calendar year.

> If benefits are coordinated with a group dental plan, any such credit applies only to the claim that was coordinated.

> If your spouse or *domestic partner* is covered under another group plan, that plan provides primary coverage for him or her.

Coordination of benefits for dependent child(ren) is based upon the birthday rule. This means that the plan of the parent whose birthday occurs earlier in the calendar year provides primary coverage, and any other group plan provides secondary coverage.

If your covered dependent(s) also is covered under another group plan that provides primary coverage, you must file all claims with that plan first. After you receive an explanation of benefits (EOB) from that plan, you should file your claim, including the other plan's EOB, through the Medical Benefit Program.

## b. Right of Recovery

The HSM and Medicare Complementary options have the right to recover benefits paid on behalf of participants that were:

> Made in error;

> Due to a mistake in fact or misrepresentation of facts;

> Advanced during the time period prior to meeting the calendar year *deductible*; or

> Advanced during the time period prior to meeting the *out-of-pocket maximum* for the calendar year.

If the HSM or Medicare Complementary option provides a benefit for you or your dependent(s) that exceeds the amount that should have been paid, the Program will:

> Require that the overpayment be returned when requested; or

> Reduce a future benefit payment for you or your dependent(s) by the amount of the overpayment.

If the HSM or Medicare Complementary options provide an advancement of benefits to you or your dependent(s) during the time period of meeting the *deductible* and/or meeting the *out-of-pocket maximum* for the calendar year, the

Program will send you or your dependent(s) a monthly statement identifying the amount you owe with payment instructions.

The HSM or Medicare Complementary options have the right to recover advanced benefits by:

➢     Submitting a reminder letter to you or your covered dependent(s) that details any outstanding balance owed to the program; and

➢     Conducting courtesy calls to you or your covered dependent(s) to discuss any outstanding balance owed to the program.

## c. Subrogation

The HSM and Medicare Complementary options have the right to recover benefits paid on your behalf for expenses for which a third party is liable. For further information see, "Right to Subrogation," page 67.

## d. Events Affecting Coverage

### *Death*

If you had dependent coverage at the time of your death, your dependent(s) may continue coverage by paying the required premium contributions. Your dependent(s) may continue coverage until they no longer meet the definition of *eligible dependent(s)*. If your *eligible dependent(s)* were not enrolled at the time of your death, they may enroll for coverage by contacting the Shell Benefits Service Center within 60 days of the date of your death.

### *Loss of Eligibility*

Coverage for your *eligible dependent(s)* ends on the last day of the month in which the dependent(s) no longer meets the eligibility requirements. However, your *eligible dependent(s)* may be eligible to continue medical coverage under COBRA (Consolidated Omnibus Budget Reconciliation Act of 1985). For details, see "Continuation of Coverage," page 63.

If a surviving spouse or *domestic partner* elects to cancel his or her coverage, or coverage is cancelled due to nonpayment of premium contributions, he or she will not be eligible to enroll again at a later date.

### *Medical Benefit Program Amendment or Termination*

Your coverage changes or ends on the date this Program is amended or terminated, respectively. However, if you or your dependent(s) incur covered expenses before the Program is amended or terminated, benefits are paid according to the Program provisions in effect before the change.

### e. Qualified Medical Child Support Orders (QMCSOs)

Section 609(a) of *ERISA* provides that a group health plan will provide benefits in accordance with the applicable requirements of any qualified medical child support order (QMCSO). A QMCSO is a medical child support order issued under state law that creates or recognizes the existence of an alternate recipient's rights to receive benefits for which a participant or *beneficiary(ies)* is eligible under a group health plan, and that satisfies certain additional requirements in Section 609(a) of *ERISA*.

If a QMSCO has been issued with respect to your child ,the original certified copy of a medical child support order should be forwarded to the Shell Benefits Service Center, QMCSO Processing, P.O. Box 770003, Cincinnati, OH 45277-0071 for processing and a determination of whether it constitutes a QMCSO. A summary of the Shell Medical Benefit Program's procedures (Processing Guidelines for Shell Oil Medical Benefit Program Qualified Medical Child Support Orders) is available, free of charge, from the Shell Benefits Service Center upon written request to the above address or by calling 1-800-307-4355.

Similarly, a "National Medical Support Notice," which is a notice issued by a state agency to enforce a medical child support order (and is deemed to constitute a QMSCO), should be sent to the above address for processing.

# 2.0 DENTAL BENEFIT PROGRAM

Regular dental checkups and good dental hygiene play an important role in your overall health. The Dental Benefit Program is designed to promote and encourage preventive dental care and provide benefits for services that are essential to the proper care of teeth and gums.

## 2.1 An Overview

The Company offers two coverage options:

➢ The Cigna Dental *PPO* option, which is administered by Cigna, offers coverage for dental care from any qualified provider. This option requires a higher monthly premium than the Cigna Dental Care option, and pays or reimburses a specified percentage of the charges for covered services, up to an annual maximum benefit and separate orthodontic lifetime maximum benefit. Some services also may require that the patient meet a *deductible*.

➢ The Cigna Dental Care option offers dental coverage through the Cigna Dental Health network of dental providers. This option features relatively-low monthly premiums and patient *copayments* for most covered services and no annual maximum benefit or orthodontic lifetime maximum benefit. In this option, you must use designated dental providers to receive benefits. Each enrolled family member must designate a primary care dentist (PCD) to coordinate their individual dental care needs.

## 2.2 Participation

### a. Eligibility

You are eligible to enroll in the Dental Benefit Program if you retired from the Company with *retiree coverage eligibility* on or after May 1, 1988.

If you enroll in the Dental Benefit Program, you may also enroll your *eligible dependent(s)*.

**C A R E – D E N T A L**

---

ELIGIBLE DEPENDENT(S) INCLUDE:
➢ Your spouse;
➢ Your *domestic partner*;
➢ Your child(ren) through the end of the year in which they turn 26;
➢ Your unmarried child(ren) age 26 or over who are physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching their 26th birthday, and who remain disabled and permanently dependent upon you for financial support;
➢ The unmarried child(ren) of your spouse or *domestic partner*** who are under age 25, whose medical expenses are eligible for deduction on your federal tax return and who are not employed full-time; and
➢ The unmarried child(ren) of your spouse or *domestic partner*** age 25 or over who were physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching their 25th birthday, and who remain disabled and permanently dependent upon you for financial support.

For these purposes, the term child or children means a biological child, step-child, adopted child, or foster child.

**The child(ren) of your spouse or *domestic partner* also must live with you in a regular, parent-child relationship.

*Domestic partner* coverage is available only if you retired on or after January 1, 1998.

## b. Enrollment

If you retired on or after May 1, 1988, with *retiree coverage eligibility*, you can continue coverage under the Dental Benefit Program for yourself and your *eligible dependent(s)* by paying the required premium contributions.

If you are eligible and were not enrolled prior to retirement, you can elect coverage or change enrollment options during any *group annual enrollment period* or within 31 days of a *qualified status change.* Coverage for *eligible dependent(s)*

> Contact the Shell Benefits Service Center at 1-800-30-SHELL to enroll or to ask questions about your eligibility.

enrolled when you enroll begins the same day your coverage begins; however, coverage for children need not begin until they reach age four. Children can be added within 31 days of the date of their fourth birthday or during a *group annual enrollment period.*

If you are enrolled for coverage for yourself only and later acquire an *eligible dependent(s)*, you may enroll him/her within 31 days of the event or during a *group annual enrollment period*.

If you are not enrolled for coverage for yourself or your *eligible dependent(s)* at the time of your death, your *eligible dependent(s)* may enroll for coverage by contacting the Shell Benefits Service Center within 60 days of the date of your death. If your *eligible dependent(s)* do not contact the Shell Benefits Service

Center within this timeframe or choose not to enroll, they will not be permitted to enroll for coverage at a later date.

## c. Levels of Coverage

In most cases, the Dental Benefit Program options allow you to choose from these levels of coverage:

➢     Participant only;

➢     Participant plus child(ren);

➢     Participant plus spouse/*domestic partner*; or

➢     Family.

If both you and your spouse or *domestic partner* are eligible to enroll in the Dental Benefit Program as *pensioners,* or if you are eligible as a *pensioner* and your spouse or *domestic partner* is eligible as an *employee*, and you both wish to be covered:

➢     Each of you may enroll for *Participant only coverage*; or

➢     One of you may enroll for *Participant plus spouse/domestic partner* or *Family coverage*.

*Domestic partner* coverage is available only if you retired on or after January 1, 1998.

## d. Cost

You pay the full cost of dental coverage on an after-tax basis through a deduction from you pension payment, or in some cases, by direct payment.

## e. Changing Coverage

You may only change your coverage each year during the *group annual enrollment period* or if you experience a *qualified status change*. For further information on what constitutes a *qualified status change*, see the "Glossary," page 108.

If you have a *qualified status change*, you may change your coverage only if:

➢     You submit your request to change your coverage within 31 days after the *qualified status change*. However, if your *qualified status change* pertains to the loss of coverage under Medicaid or SCHIP or gaining of eligibility for a premium assistance subsidy under Medicaid or SCHIP, you must submit your request to change your coverage within 60 days from the day that your Medicaid or SCHIP coverage is terminated or the eligibility determination is made; and

➢     Except for with respect to *qualified status changes* that are considered special enrollment rights, the change in coverage must be consistent with the *qualified status change* event.

**C A R E – D E N T A L**

The change becomes effective on the date of your *qualified status change*.

## 2.3 How the Dental Benefit Program Options Work

The Dental Benefit Program offers you access to care through two separate options.

### a. *Cigna Dental PPO Option*

When you enroll in the Cigna Dental *PPO* option, you may seek care from any qualified, licensed dental care provider. However, the Cigna Dental *PPO* option includes preferred providers in many areas who discount the cost of their services. Under the Cigna Dental *PPO* option, you pay a percentage of covered expenses or *coinsurance*, subject to a *deductible* and benefit maximums.

With the Cigna Dental *PPO* option, in order to be considered a covered expense, the treatment, procedure, or service must be:

> Essential for the necessary care and treatment of the teeth and gums;

> Performed by or under the direction of a dentist, endodontist, periodontist, orthodontist, or oral surgeon;

> Within reasonable and customary limits.

**REASONABLE AND CUSTOMARY CHARGES**
The Cigna Dental *PPO* option limits out-of-network expenses to reasonable and customary charges. Charges are considered to be reasonable and customary if they are the amounts normally charged by a dentist, endodontist, periodontist, or orthodontist and are in line with charges usually made for similar services performed in the same locality for persons having similar conditions.

Cigna, the claims administrator, determines whether your dental expenses are reasonable and customary. In determining the reasonable and customary charge, Connecticut General considers the severity of the condition being treated and any complications or unusual circumstances requiring additional time, skill, or experience on the part of your dental provider.

*Pretreatment Review*

If you are enrolled in the Cigna Dental *PPO* option and your dentist proposes services that are estimated to cost more than $200, it is recommended that you or your dentist contact Cigna for a Pretreatment Review. Cigna will evaluate the proposed treatment plan and will advise if the proposed procedures are covered and the amount of benefits payable.

In most cases, your dentist's recommendations are approved. At times, however, payments are based upon an alternative plan of treatment rather than the one your dentist proposed. If this occurs, you may proceed with the original treatment plan, but the benefit payment will be based upon the reasonable and customary charge for the alternative procedure. (For more information, see "Alternative Procedures," page 53.) To obtain a Pretreatment Review, call Cigna/'s Dental Claims Office at 1-800-244-6224 for assistance.

**C A R E – D E N T A L**

### b. Cigna Dental Care Option

When you enroll in the Cigna Dental Care option, you must designate a primary care dentist to coordinate all of your dental care needs. Services not provided by or referred through your primary care dentist are not covered expenses under the Cigna Dental Care option.

> Call Cigna Dental Health at 1-800-244-6224 for a Patient Dental Charge Schedule or more information.

The Cigna Dental Care option uses the Cigna Dental Health Network, which includes dentists and dental specialists who agree to offer their services to enrolled patients for a specified *copayment* per covered service, as detailed in the Patient Dental Charge Schedule or the Schedule of Benefits that summarizes common services.

*Pretreatment Review*

A Pretreatment Review is not necessary under the Cigna Dental Care option because your *copayments* are established under the Patient Dental Charge Schedule.

## 2.4 How the Dental Benefit Program Options Compare

### a. Paying Your Share

Although the Dental Benefit Program options pay much of the cost of covered services, you share in a portion of the covered expense. These cost-sharing features vary between the options and can have a big impact on your out-of-pocket expenses.

### Annual Deductible

The *deductible* is the amount you pay for covered services before the Cigna Dental *PPO* option begins to pay basic and major dental services. The *deductible* does not apply to diagnostic and preventive services.

The Cigna Dental Care option does not include a *deductible* for any covered dental services.

### Benefit Maximums

The Cigna Dental *PPO* option limits the amount of benefits paid by the Program in any calendar year. The annual benefit maximum is the total of all benefits paid by the program for diagnostic and preventive, basic, and major services from January 1st through December 31st of each year. Payments for services and treatments that are started in one year and completed in the next calendar year are based upon the year in which the service was delivered.

**C A R E – D E N T A L**

Orthodontic benefits under the Cigna Dental *PPO* are available only to dependent child(ren) under age 19 and are subject to a lifetime benefit maximum.

The Cigna Dental Care option does not include maximum benefit limits.

### *Coinsurance*

When you incur a covered dental expense under the Cigna Dental *PPO* option, you are responsible for a percentage of covered charges for that service. Your *coinsurance* depends on the type of dental service you receive and your provider's reasonable and customary charge for that service.

The Cigna Dental Care option does not require *coinsurance* for any covered dental services.

### *Copayments*

The Cigna Dental *PPO* option does not require *copayments* for any covered dental services.

Under the Cigna Dental Care option, you are responsible for a fixed charge or *copayment* for each covered dental service. The *copayment* is determined by the Patient Dental Charge Schedule that is updated each year.

## b. Schedule of Benefits

The following chart summarizes the benefits under both the Cigna Dental *PPO* and Cigna Dental Care options.

The *copayments* listed under the Cigna Dental Care option are estimated based upon the 2013 Patient Dental Charge Schedule. The current Patient Dental Charge Schedule is available through the Shell Benefits Service Center at www.netbenefits.com or by calling Cigna Dental Health directly at 1-800-244-6224.

| | Cigna Dental *PPO* Option | Cigna Dental Care Option |
|---|---|---|
| Annual *Deductible*[1] (calendar year) | $50/person $100/family | None |
| **Diagnostic Services** Routine exams X-rays Emergency treatment **Preventive Services** Teeth cleaning Fluoride | You pay $0, subject to the annual benefit maximum | You pay $0; a $54 *copayment* applies for after-hours emergency care |

---

[1]     The *deductible* does not apply to diagnostic and preventive services.

## C A R E – D E N T A L

| | Cigna Dental *PPO* Option | Cigna Dental Care Option |
|---|---|---|
| **Basic Services** | You pay 20% coinsurance after the *deductible*, subject to the annual benefit maximum | You pay: |
| Fillings | | $0 |
| Endodontics | | $185 *copayment* for molars, $20 for bicuspids or $0 other teeth |
| Oral Surgery | | $45 *copayment* for partial bony impaction, $85 *copayment* for full bony impaction, $5 for simple extractions or $10 for most other extractions |
| **Periodontal services** | | |
| Evaluation/treatment plan | | |
| Periodontal scaling | | $30 *copayment* |
| Osseous surgery | | $60 *copayment*/quadrant |
| Gingivectomy | | $305 *copayment*/quadrant |
| | | $125 *copayment*/quadrant |
| **Major Services** | You pay 50% *coinsurance* after the *deductible*, subject to the annual benefit maximum | You pay: |
| Inlays | | $280 *copayment* |
| Onlays | | $325 *copayment* |
| Crowns | | $280 – $345 *copayment* |
| Bridgework | | $315 *copayment*/unit |
| Dentures (partial) | | $265 *copayment*/upper |
| | | $265 *copayment*/lower |
| Dentures (full) | | $355 *copayment*/upper |
| | | $355 *copayment*/lower |
| **Orthodontic Services** | For dependent child(ren) under the age of 19: | For adults and child(ren), you pay: |
| Evaluation | | $50 *copayment* |
| Treatment plan | You pay 50% *coinsurance* after the *deductible*, subject to the lifetime benefit maximum. | $150 *copayment* |
| Banding | | $400 *copayment* |
| Interceptive care | | $375 *copayment* |
| Retainer | | $300 *copayment* |
| Comprehensive full-banded treatments | | $1,200 *copayment* (child) |
| | | $1,800 *copayment* (adult) |
| Annual Maximum Benefit (calendar year) | $2,000/person | None |
| Orthodontic Lifetime Maximum Benefit | $1,500/child under 19 | None |

# 2.5 Covered Expenses

Covered expenses under the Dental Benefit Program fall into the following categories:

➢ Diagnostic and preventive services;

➢ Basic services;

➢ Major services; and

➢ Orthodontic services.

## a. Diagnostic and Preventive Services

The Cigna Dental *PPO* option and the Cigna Dental Care option provide coverage for the following preventive services:

➢ Teeth cleaning (dental prophylaxis) twice a year for each covered person;

47

**C A R E – D E N T A L**

➢ Fluoride treatments twice a year for each covered dependent(s) under age 19; and

➢ Space maintainers (fixed bands) to replace extracted or prematurely lost teeth.

Diagnostic services include:

➢ Consultations;

➢ Oral examinations, two each year for each covered person;

➢ Bite-wing X-rays, two each year for each covered person;

➢ Complete series X-rays, one series every three years for each covered person; and

➢ Emergency care to temporarily relieve dental pain when no other dental service, except X-rays is performed. Please note that if you are enrolled in the Cigna Dental Care option, emergencies are covered as follows:

– If you are in acute pain during office hours, contact your network dentist, who will provide care:

– If you are unable to reach your network dentist, call Cigna Dental Health 24 hours a day, 7 days a week for the name and location of a network dentist near you: or

– If an emergency occurs after business hours or a network dentist is not available, you may go to any dentist and be reimbursed up to $50 for immediate relief (a $54 *copayment* is required after regularly scheduled hours). To be reimbursed for emergency care, send a copy of your bill to Cigna Dental Health, Specialty Referrals, P.O. Box 188045, Chattanooga, TN 37422.

## b. Basic Services

The Cigna Dental *PPO* option and the Cigna Dental Care option provide coverage for the following basic services:

➢ Most fillings, including amalgam and composite (composite fillings are limited to anterior teeth);

➢ Re-cementing of inlays or crowns;

➢ Sealants (up to age 14) for one treatment per tooth every three years;

➢ Most oral surgery (includes most extractions to the extent not covered by a group medical plan and is limited to surgical removal of diseased teeth); and

➢ Endodontic treatment, including root canal therapy, except molars and bicuspids.

**C A R E – D E N T A L**

## c. Major Services

The Cigna Dental *PPO* option and the Cigna Dental Care option provide coverage for the following major services:

➢ Crowns — a dental restoration covering the exposed portion of a tooth;

➢ Bridges, including repair;

➢ Inlay — a filling that is cemented into a tooth cavity;

➢ Onlay — an inlay increased to cover the entire chewing surface of the tooth; and

➢ Dentures, including repair and relining after six months.

If you need a bridge or denture to replace an existing appliance, the service is covered if:

➢ The existing bridge or denture cannot be made serviceable; and

➢ Five years have elapsed since the existing bridge or denture was installed. (The five-year requirement does not apply if your denture or bridgework is being replaced because of injury or additional extractions.)

In addition, the Cigna Dental *PPO* option provides coverage for the following major services:

➢ Gold and porcelain fillings; and

➢ Implants — a dental restoration replacing a missing tooth.

## d. Orthodontic Services

### *Cigna Dental PPO Option*

The Cigna Dental *PPO* option does not cover orthodontic services for adults or child(ren) age 19 and older. The Cigna Dental *PPO* option covers the following orthodontic services for child(ren) under age 19:

➢ Orthodontic evaluation and development of an orthodontic treatment plan;

> **Call Cigna's Dental Claims Office at 1-800-244-6224 for more information.**

➢ Appliances for tooth guidance and retention needed to correct the alignment of teeth; and

➢ Follow-up care.

Benefit payments are made after a specific orthodontic procedure is completed; however, benefit payments for maintenance visits are made quarterly.

If your covered child(ren) under age 19 is undergoing active orthodontic treatment at the time of enrollment, the Cigna Dental *PPO* option pays benefits beginning with the first monthly treatment charge incurred after coverage begins. Charges for previously installed bands or orthodontic appliances are not covered.

**C A R E – D E N T A L**

Coverage is extended for up to 12 months after your child(ren) reaches age 19 if the orthodontic treatment was in progress before the child(ren)'s 19th birthday and if the child(ren) continues to be your *eligible dependent(s).*

### *Cigna Dental Care Option*

With the Cigna Dental Care option, orthodontic services are covered for both child(ren) and adults and are subject to *copayments* as outlined in the Patient Dental Charge Schedule, available through the Shell Benefits Service Center or by calling Cigna Dental Health at 1-800-244-6224. Covered services include an orthodontic consultation, evaluation, treatment plan, and interceptive care, as well as a normal 24-month banded case, including follow-up care.

If you or your covered dependent(s) is undergoing active orthodontic treatment when you enroll in the Cigna Dental Care option, the benefit is prorated for the period that continued care is required, based upon a 24-month treatment plan.

## e. Treatment in Progress

The Cigna Dental *PPO* option and the Cigna Dental Care option cover certain treatments that are in progress when your coverage terminates. In this situation, you or your covered dependent(s) may be covered if either of the following conditions is met:

➢ If a dental procedure (other than orthodontic treatment) that requires at least two visits on separate days to a dental office began before coverage ended, coverage for that procedure is extended for 90 days after the date coverage ended, unless coverage was terminated for non-payment of contributions.

➢ In the case of orthodontic treatment: If the orthodontist agreed to or is receiving monthly payments, coverage for that treatment is extended for 60 days after the date coverage ended. If the orthodontist agreed to or is receiving quarterly payments, coverage is extended to the end of the calendar quarter or 60 days, whichever is later.

## 2.6 Expenses Not Covered

The following expenses are not covered by the Cigna Dental *PPO* option or the Cigna Dental Care option:

➢ Services that are not necessary or are in excess of specified coverage;

➢ Charges that you are not legally required to pay or charges that would not have been made if you were not covered under the Dental Benefit Program;

➢ Services covered under a group medical plan to the extent that benefits are provided by such plan;

➢ Cosmetic dental services;

**C A R E – D E N T A L**

➢ A separate charge for sterilization of instruments or materials used in providing dental services;

➢ Cost of hospitalization and *hospital*-provided costs;

➢ Experimental procedures;

➢ Appliances or restorations whose main purpose is to change the vertical dimension of the teeth;

➢ Treatment of temporomandibular joint (TMJ) dysfunction, except for oral examinations or dental X-rays that may be necessary to make a diagnosis;

➢ Extra sets of dentures or other dental appliances;

➢ Charges for lost or stolen bridges, dentures, or orthodontic appliances;

➢ Replacement of fixed prosthodontic and removable prosthodontic appliances that are rendered non-functional due to patient abuse, misuse, or neglect;

➢ Services required as a result of a self-inflicted injury;

➢ Services required as a result of injury received in a declared or undeclared war or during service in the armed forces of any country;

➢ Charges for missed appointments or failure to complete claim forms; and

➢ Charges for services covered under workers' compensation laws.

Additional expenses not covered by the Cigna Dental *PPO* option include:

➢ Education or training in personal hygiene, plaque control, or dietary instruction;

➢ Prescription drugs and additional charges for anesthesia, except when general anesthesia is medically necessary for oral surgery;

➢ Temporary wiring or permanent bonding of teeth together (periodontal splinting);

➢ Precision or semi-precision attachments or appliances;

➢ Procedures or appliances that would increase or decrease the bite of the upper or lower teeth;

➢ Orthodontic services for adults and dependent child(ren) age 19 and older;

➢ Porcelain or acrylic veneers of crowns or pontics on, or replacing, the upper or lower first, second, and third molars; and

➢ Fees in excess of reasonable and customary charge limits.

Additional expenses not covered under the Cigna Dental Care option include:

➢ Fixed prosthodontic, removable prosthodontic, and root canal treatment in progress before Cigna Dental Care option coverage begins;

**C A R E – D E N T A L**

➢ Prescription drugs or administration of sedation or a general anesthetic (Maryland residents are covered when the medication or general anesthetic is medically necessary);

➢ Any other service listed as not covered or not specified as covered under the Patient Dental Charge Schedule;

➢ Except for emergency care, services not performed or authorized by your designated network dentist;

➢ Hospitalization, including any associated incremental charges for dental services performed in a *hospital*; and

➢ Implants or attachments repairs.

## 2.7 Other Important Information

### a. Applying for Benefits

*Cigna Dental PPO Option*

> If dental work is recommended or considered necessary but is not performed until a later date, the work is considered to begin on the date the work actually took place rather than the date it was recommended or deemed necessary.

To apply for benefits you must obtain a claim form by calling Cigna or from the Shell Benefits Service Center at www.netbenefits.com. Fill out your portion of the claim form and sign it to indicate whether the payment should be made:

➢ To you, if you paid the dentist directly; or

➢ To the dentist, if payment was not made in full.

> Call Cigna at 1-800-244-6224 for a claim form.

Then, give the form to your dentist. He or she has to:

➢ Complete the rest of the form; or

➢ Attach another form that includes all the requested information.

Instructions on the claim form explain how to complete it. Any missing, inconsistent, or incorrect information delays the processing of your claim. The completed form should be mailed to Cigna's Dental Claims Office at the address on the form. If the claim is for a dental procedure covered by your group medical plan, file the claim with the medical carrier first.

You should file your claim as soon as possible after receiving treatment. You must file all claims by the end of the following calendar year to receive benefits. Benefits are not paid on claims filed later than the end of the calendar year following the year in which expenses were incurred.

If a claim for benefits is denied, you may file an appeal. (For details, see "Health Care Benefits Claims Procedure," page 83.)

**C A R E – D E N T A L**

*Alternative Procedures*

Often, there is more than one accepted method of repairing or treating a particular condition. After all claim information is received and evaluated, the benefit payment is based upon the method that Cigna's dental consultants consider to be appropriate and in accordance with current dental practice standards.

### Cigna Dental Care Option

The Cigna Dental Care option does not require claim forms. You pay your dentist the *copayment* outlined in the Patient Charge Schedule and any additional costs are handled directly by Cigna Dental Health and your dentist.

## b. Coordination of Benefits

The Dental Benefit Program coordinates the benefits it pays by taking into account any coverage you or your covered dependent(s) may have under any group medical or dental plan. As a result of this coordination of benefits, it is possible for you to receive reimbursement for up to 100% of allowable dental expenses you incur during a calendar year.

Here is how coordination of benefits works under the Dental Benefit Program:

➢ For any covered dental service that is also covered under a group medical plan, the medical plan is considered the primary plan and therefore processes the claim first. Benefits coordinated with a medical claim apply to that claim only. No credit applies to future claims.

➢ If benefits are coordinated with another group dental plan, the Dental Benefit Program will pay up to the amount it would have paid in the absence of the other coverage, less any applicable *deductible*.

➢ For the Cigna Dental *PPO* option only: Any remaining amount that the Dental Benefit Program would have paid if it had been the primary plan is credited to the covered person who, after having satisfied any applicable *deductible*, can apply that credit toward future *coinsurance* in the same calendar year.

➢ If your spouse or *domestic partner* is covered under another group dental plan, that plan provides primary coverage for him or her and the Dental Benefit Program provides secondary coverage.

Coordination of benefits for dependent child(ren) covered under the Dental Benefit Program and other group dental plans is based upon the birthday rule. This means that the plan of the parent whose birthday occurs earlier in the calendar year provides primary coverage and any other group plan provides secondary coverage.

## c. Right of Recovery

The Dental Benefit Program has the right to recover benefits paid on behalf of participants that were:

➢ Made in error;

➢ Due to a mistake in fact or misrepresentation of facts or

➢ Advanced during the time period prior to meeting the calendar year *deductible.*

If the Dental Benefit Program provides a benefit for you or your dependent(s) that exceeds the amount that should have been paid, the program will:

➢ Require that the overpayment be returned when requested; or

➢ Reduce a future benefit payment for you or your dependent(s) by the amount of the overpayment.

If the Dental Benefit Program provides an advancement of benefits to you or your dependent(s) during the time period of meeting the *deductible* for the calendar year, the program will send you or your dependent(s) a monthly statement identifying the amount you owe with payment instructions.

The Dental Benefit Program has the right to recover advanced benefits by:

➢ Submitting a reminder letter to you or your covered dependent(s) that details any outstanding balance owed to the program; and

➢ Conducting courtesy calls to you or your covered dependent(s) to discuss any outstanding balance owed to the program.

## d. Subrogation

The Dental Benefit Program has the right to recover benefits paid on your behalf for expenses for which a third party is liable. For further information see, "Right to Subrogation," page 67.

## e. Events Affecting Coverage

### Death

If you have dependent coverage at the time of your death, your dependent(s) may continue coverage by paying the required premium contributions. Your dependent(s) may continue coverage until they no longer meet the definition of *eligible dependent(s).* If your *eligible dependent(s)* were not enrolled at the time of your death, they may enroll for coverage by contacting the Shell Benefits Service Center within 60 days of the date of your death.

### *Loss of Eligibility*

Coverage for your *eligible dependent(s)* ends on the last day of the month in which that dependent no longer meets the eligibility requirements. However, your *eligible dependent(s)* may be eligible to continue dental coverage under COBRA (Consolidated Omnibus Budget Reconciliation Act of 1985). (For details, see "Continuation of Coverage," page 64.)

If a surviving spouse or *domestic partner* elects to cancel his or her coverage, or coverage is cancelled due to nonpayment of premium contributions, he or she will not be eligible to enroll again at a later date.

### *Dental Benefit Program Amendment or Termination*

Your coverage changes or ends on the date this Program is amended or terminated, respectively. However, if you or your dependent(s) incur covered expenses before the Program is amended or terminated, benefits are paid according to the Program provisions in effect before the change.

C A R E – V I S I O N

# 3.0 VISION BENEFIT PROGRAM

The Vision Benefit Program, offered through VSP, makes it easy to get the eye care you need. VSP provides coverage for the cost of routine eye exams, eyeglasses, and contact lenses for you and your family. The program covers the scheduled cost of eye care through a network of preferred providers and affiliate providers or partially reimburses you for charges by other providers.

## 3.1 Participation

### a. Eligibility

You are eligible to enroll in the Vision Benefit Program if you retired from the Company with *retiree coverage eligibility* on or after May 1, 1998.

If you enroll in the Vision Benefit Program, you can also enroll your *eligible dependent(s).*

<div style="background-color:red;color:white;">

ELIGIBLE DEPENDENT(S) INCLUDE:
- Your spouse;
- Your *domestic partner*;
- Your child(ren) through the end of the year in which they turn 26;
- Your unmarried child(ren) age 26 or over who are physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching their 26th birthday, and who remain disabled and permanently dependent upon you for financial support;
- The unmarried child(ren) of your spouse or *domestic partner*** who are under age 25, whose medical expenses are eligible for deduction on your federal tax return and who are not employed full-time; and
- The unmarried child(ren) of your spouse or *domestic partner*** age 25 or over who were physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching their 25th birthday, and who remain disabled and permanently dependent upon you for financial support.

For these purposes, the term child or children means a biological child, step-child, adopted child, or foster child.

**The child(ren) of your spouse or *domestic partner* also must live with you in a regular, parent-child relationship.

*Domestic partner* coverage is available only if you retired on or after January 1, 1998.

</div>

## b. Enrollment

If you retired on or after May 1, 1998, with *retiree coverage eligibility*, you can continue coverage under the Vision Benefit Program for yourself and your *eligible dependent(s)* by paying the required premium contributions.

> Contact the Shell Benefits Service Center at 1-800-30-SHELL to enroll or to ask questions about your eligibility.

If you are eligible and were not enrolled prior to retirement, you can elect coverage or change enrollment options during any *group annual enrollment period* or within 31 days of a *qualified status change.* Coverage for *eligible dependent(s)* enrolled when you enroll begins the same day your coverage begins; however, coverage for children need not begin until they reach age four. Children can be added within 31 days of the date of their fourth birthday or during a *group annual enrollment period.*

If you are enrolled for coverage for yourself only and later acquire an *eligible dependent(s)*, you may enroll him/her within 31 days of the event or during a *group annual enrollment period.*

If you are not enrolled for coverage for yourself or your *eligible dependent(s)* at the time of your death, your *eligible dependent(s)* may enroll for coverage by contacting the Shell Benefits Service Center within 60 days of the date of your death. If your *eligible dependent(s)* do not contact the Shell Benefits Service Center within this timeframe or choose not to enroll, they will not be permitted to enroll for coverage at a later date.

## c. Levels of Coverage

The Vision Benefit Program option allows you to choose from these levels of coverage:

➢ Participant only;

➢ Participant plus child(ren);

➢ Participant plus spouse/*domestic partner*; or

➢ Family.

If both you and your spouse or *domestic partner* are eligible to enroll in the Vision Benefit Program as *pensioners,* or if you are eligible as a *pensioner* and your spouse or *domestic partner* is eligible as an *eligible employee*, and you both wish to be covered:

➢ Each of you may enroll for *Participant only coverage*; or

➢ One of you may enroll for *Participant plus spouse/domestic partner* or *Family coverage.*

*Domestic partner* coverage is available only if you retired on or after January 1, 1998.

## d. Cost

You pay the full cost of vision coverage on an after-tax basis through a deduction from your pension payment, or in some cases, by direct payment.

## e. Changing Coverage

You may only change your coverage each year during the *group annual enrollment period* or if you experience a *qualified status change*. (For further information on what constitutes a *qualified status change*, see the "Glossary," page 108.)

If you have a *qualified status change*, you may change your coverage only if:

➢   You submit your request to change your coverage within 31 days after the *qualified status change*. However, if your *qualified status change* pertains to the loss of coverage under Medicaid or SCHIP or gaining of eligibility for a premium assistance subsidy under Medicaid or SCHIP, you must submit your request to change your coverage within 60 days from the day that your Medicaid or SCHIP coverage is terminated or the eligibility determination is made; and

➢   Except for with respect to *qualified status changes* that are considered special enrollment rights, the change in coverage must be consistent with the *qualified status change* event.

The change becomes effective on the date of your *qualified status change*.

## 3.2 How the Vision Benefit Program Works

VSP manages a network of more than 29,000 eye care professionals nationwide. You may choose to use a VSP preferred provider or affiliate provider or receive care from any licensed eye care professional. However, the level of benefits you receive under the Vision Benefit Program depends on your provider choice.

## a. Using VSP Preferred and Affiliate Providers — The Choice is Yours

Each time you need vision care, you have a choice:

➢   You can use a VSP preferred provider or affiliate provider who discount the cost of their services. When you receive care from one of these providers, the program pays a higher level of benefit, and your share of the covered expense is reduced. To access benefits, simply select a VSP preferred provider or affiliate provider and call to make an appointment. Be sure to identify yourself as a Shell/VSP member. You will also need your ID number (last four digits of your Social Security number) when you call

## C A R E – V I S I O N

➢ You can choose any licensed ophthalmologist, optometrist, or optician who is not a VSP preferred provider or affiliate provider, however, you have to pay for the services and supplies on the day of service. Then, you must file a claim for reimbursement from VSP (See "Applying for Benefits," page 62, for details).

| When You Use a VSP Provider… | When You Do Not Use a VSP Provider… |
|---|---|
| ➢ You receive the highest level of coverage for your vision care. | ➢ You receive limited coverage. |
| ➢ You have no claim forms to file. | ➢ You have to file claim forms. |

## b. Paying Your Share

### *Copayments*

When you incur a covered vision expense from a VSP preferred provider or affiliate provider, part of the expense is paid by VSP, and part is your responsibility. *Copayments* are your portion of covered vision expenses.

Once you pay a $10 *copayment* for a vision exam and a $25 *copayment* for materials (lenses and frames), if applicable, VSP pays:

➢ 100% of the cost of one comprehensive eye exam every calendar year;

➢ 100% of the cost of one set of prescription lenses every calendar year; and

➢ 100% of the specified wholesale price of one set of frames every calendar year; up to $130. (For more expensive frames, you pay the difference in cost at wholesale prices.) You may purchase a second pair of glasses at 20% off the retail cost within 12 months of your last eye exam.

You must pay any additional charges for materials not covered under the program or for the following cosmetic options:

➢ Blended, laminated, oversized, progressive multifocal, or ultraviolet-protected lenses;

➢ Lens coatings;

➢ A more expensive frame than the program allowance (at the wholesale price);

➢ Contact lenses, except as noted below; and

➢ Optional cosmetic processes.

**C A R E – V I S I O N**

### Discounts on Contact Lenses

Each calendar year, you may exchange your lens and frame benefits for a contact lens benefit of up to $125, with a 15% discount off professional fees for elective contact lens evaluations and fittings. Discounts are applied to the VSP provider's reasonable and customary charges and are available within 12 months of the covered eye examination.

> Contact lenses are considered medically necessary after cataract surgery to correct extreme visual acuity problems that cannot be corrected with eyeglass lenses, or to correct certain conditions of anisometropia and keratoconus (your provider must obtain VSP's prior approval).

### Discounts on Additional Prescription Eyeglasses

You are entitled to receive a discount of 20% toward the purchase of additional complete pairs of prescription eyeglasses (lenses, lens options, and frames) from a VSP preferred provider within 12 months of your last eye exam. Additional pair means any complete pair of prescription eyeglasses purchased beyond the benefit frequency allowed. These discounts do not apply to vision care benefits obtained from other providers not affiliated with VSP.

### Discounts on Laser Surgery

VSP has arranged discounts on photorefractive keratectomy (PRK), laser-assisted in-situ keratomileusis (LASIK), and Custom LASIK for qualified candidates. Discounts vary by location, but will average 15% off the contracted laser center's reasonable and customary charge. Additionally, if the participating laser center is offering a temporary price reduction, VSP members will receive an additional 5% off of the promotional price.

The maximum you will pay is:

➢ $1,500 per eye for PRK;

➢ $1,800 per eye for LASIK; and

➢ $2,300 per eye for Custom LASIK.

Your VSP preferred provider can determine if you are a qualified candidate and refer you to a contracted laser surgery center.

## 3.3 Covered Expenses

In addition to expenses related to eye examinations and the fitting of eyeglasses or contact lenses, VSP also offers a low-vision benefit. This benefit provides special aid for people who have severe visual problems, not correctable by regular lenses, and who often are referred to as partially sighted. The program covers the full cost of vision analysis and diagnosis of severe vision problems.

**C A R E – V I S I O N**

## a. Schedule of Benefits

The following chart highlights the covered expenses under the Vision Benefit Program.

| | When you see a VSP Preferred Provider or Affiliate Provider, the Program pays... | When you see Other Providers, the Program reimburses... |
|---|---|---|
| Vision exam: Once every calendar year | 100% after a $10 *copayment* | Up to $45 |
| After you pay $25 toward the cost of each set of lenses, the program pays ... | | |
| Basic lenses: Once every calendar year | | |
| – Single vision | 100% | Up to $30 |
| – Lined bifocal | 100% | Up to $50 |
| – Lined trifocal | 100% | Up to $65 |
| – Lenticular | 100% | Up to $100 |
| Frames: Once every calendar year | Wholesale allowance up to $130 retail; if you choose more expensive frames, you pay the difference in wholesale cost $70 allowance at Costco | Up to $70 |
| Contact lenses: In place of lenses and frames once every calendar year: | | |
| – Medically necessary | Professional fees and materials: 100% after a $25 copayment when certain benefit criteria is met | Professional fees and materials: Up to $210 |
| – Elective | Professional fees and materials: Up to $125, with a 15% discount on evaluation and fitting | Professional fees and materials: Up to $125 |
| Severe vision problems: | | |
| – Vision analysis, diagnosis, and prescription of lenses | 100% (prior authorization required) | Up to $125 (prior authorization required) |
| – Low-vision therapy | 75% of cost, up to $1,000 maximum benefit (excluding *copayments*) every two years (prior authorization required) | 75% (prior authorization required) |

# 3.4 Expenses Not Covered

The Vision Benefit Program does not cover:

➢ Non-prescription plano lenses;

➢ Two pairs of glasses instead of bifocals;

➢ Orthopedics or vision training, or any associated supplemental testing;

➢ Medical or surgical treatment of the eyes;

➢ Corrective vision treatment of an experimental nature such as, but not limited to, LASIK and PRK surgery;

➢ Any eye exam or corrective eyewear required by an employer as a condition of employment;

➢ Lost or broken lenses or frames, except at normal intervals when services are otherwise available; and

➢ Services or supplies not specifically listed above.

**C A R E – V I S I O N**

# 3.5 Other Important Information

## a. Applying for Benefits

You do not have to file a claim if you go to a VSP preferred provider or affiliate provider.

If you go to other providers not affiliated with VSP, you have to pay for services and then submit an itemized statement of treatment, together with your I.D. (last four digits of your Social Security number), your name, the patient's name (if different), and the patient's birth date, to VSP. You are reimbursed for costs up to the benefit limits outlined in the "Schedule of Benefits," page 61. Contact VSP at 1-800-877-7195 or visit the Shell Benefits Service Center at www.netbenefits.com to obtain a claim form.

## b. Coordination of Benefits

The Vision Benefit Program coordinates the benefits it pays by taking into account any coverage you or your covered dependent(s) may have under any group medical or vision plan. As a result of this coordination of benefits, it is possible for you to receive reimbursement for up to 100% of allowable vision expenses you incur during a calendar year.

Here is a summary of how coordination of benefits works under the Vision Benefit Program:

➢ For any covered vision service that is also covered under a group medical plan, the medical plan is considered primary and must process the claim first. Benefits coordinated with a medical claim apply to that claim only. No credit applies to future claims;

➢ For any covered vision service that is also covered under another group vision plan, the Vision Benefit Program pays the difference between the full amount of the expense, up to the amount the program would have paid without the coordination of benefits, and the amount of benefits actually paid; and

➢ If your spouse or *domestic partner* is covered under another group vision plan, that plan provides primary coverage and the Vision Benefit Program provides secondary coverage.

Coordination of benefits for *eligible child(ren)* in the Vision Benefit Program and other group vision plans is based upon the birthday rule. This means that the plan of the parent whose birthday occurs earlier in the calendar year provides primary coverage and any other group plan provides secondary coverage.

**C A R E – V I S I O N**

## c. Events Affecting Coverage

### *Death*

If you have dependent coverage at the time of your death, your dependent(s) may continue coverage by paying the required premium contributions. Your dependent(s) may continue coverage until they no longer meet the definition of *eligible dependent(s)*. If your *eligible dependent(s)* were not enrolled at the time of your death, they may enroll for coverage by contacting the Shell Benefits Service Center within 60 days of the date of your death.

### *Loss of Eligibility*

Coverage for your *eligible dependent(s)* ends on the last day of the month in which that dependent no longer meets the eligibility requirements. However, your *eligible dependent(s)* may be eligible to continue dental coverage under COBRA (Consolidated Omnibus Budget Reconciliation Act of 1985). (For details, see "Continuation of Coverage," page 64.)

If a surviving spouse or *domestic partner* elects to cancel his or her coverage, or coverage is cancelled due to nonpayment of premium contributions, he or she will not be eligible to enroll again at a later date.

### *Vision Benefit Program Amendment or Termination*

Your coverage changes or ends on the date this Program is amended or terminated, respectively. However, if you or your dependent(s) incur covered expenses before the Program is amended or terminated, benefits are paid according to the Program provisions in effect before the change.

C A R E – C O B R A

# 4.0 CONTINUATION OF COVERAGE (COBRA)

The Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) gives retirees and their covered *eligible dependent(s)* the opportunity to elect a temporary extension of their group health coverage when their coverage is lost due to a qualifying event.

## 4.1 Participation

### a. Eligibility

As an eligible *pensioner*, your covered *eligible dependent(s)* who are enrolled in the Company's Medical Benefit Program, Dental Benefit Program, and/or Vision Benefit Program may elect to purchase COBRA continuation coverage if coverage ends due to the occurrence of a *qualifying event*.

In order to be eligible for COBRA coverage your covered *eligible dependent(s)* must have:

➢ Experienced loss of coverage as the result of a *qualifying event*; and
➢ Not be covered under another group medical, dental, or vision plan that does not contain a pre-existing condition limitation.*

*Qualifying events* are:
➢ Your death;
➢ Divorce or legal separation*;
➢ Your entitlement to *Medicare*;
➢ Loss of dependent eligibility*;
➢ Reorganization of the Company under Chapter XI of the Bankruptcy Code; or
➢ Termination of the *domestic partner* relationship between the *employee* and his or her *domestic partner*.*

**\*See your Notice Requirement on page 66**

## b. Cost of COBRA Continuation Coverage

If your dependent(s) elect to continue coverage, they are required to pay the full cost of coverage plus a 2% COBRA administration fee.

## c. Enrollment

Once the COBRA Administrator becomes aware that a *qualifying event* has occurred, your covered eligible dependent(s) will receive a notice of their right to elect continuation of coverage, which will contain further information about how to elect COBRA coverage. They must elect coverage within 60 days of the date of that notice.

## d. Period of Coverage

COBRA coverage begins on the first day that there is a loss of coverage as the result of a *qualifying event*. However, until a COBRA election is made coverage will not be in effect. Once the election is made, coverage will continue retroactively from the date you lost coverage as a result of the *qualifying event*.

The maximum period of coverage available to you or your covered *eligible dependent(s)* under COBRA varies depending on the *qualifying event* resulting in the coverage loss as follows:

➢    36 months if your covered *eligible dependent(s)* lose coverage as the result of one of the following *qualifying events*:
  – Your death;
  – Divorce or legal separation;
  – Termination of your domestic partnership;
  – Your entitlement to *Medicare*; or
  – They no longer qualify as *eligible dependents*.

Multiple *qualifying events* for *eligible dependent(s)*:
If more than one *qualifying event* occurs during an initial 18- or 29-month COBRA period, your *eligible dependent(s)* may elect COBRA continuation coverage for a maximum period of 36 months from the date of the first COBRA *qualifying event*. You or your *eligible dependent(s)* must provide notice of the second *qualifying event* within 60 days of the event in order to receive the additional coverage.

## e. When Continuation Coverage Ends

Continuation coverage ends when:

➢  The covered person becomes covered under another group medical, dental, and/or vision plan that does not contain a pre-existing condition limitation;*
➢  The period during which COBRA coverage was applied ends;
➢  The cost of the continued coverage is not paid in a timely manner;
➢  The Company terminates all group health plans for all employees.

**\*Notice Requirements**

You or your covered *eligible dependent(s)* must notify the Shell Benefits Service Center at 1-800-30-SHELL within 60 days after the *qualifying event* for COBRA continuation coverage to be available.

## f. Special Rule for Bankruptcy

If the Company files a proceeding under Chapter XI of the Bankruptcy Code, a qualifying event may occur. If the bankruptcy results in a loss of coverage, a covered person, including certain retirees and their family members who have post-retirement health coverage, will have access to continuation of coverage under COBRA until the date of death of the covered *pensioner*, and until 36 months after the date of death of the covered *pensioner* in the case of his or her surviving spouse or dependents.

# 5.0 RIGHT TO SUBROGRATION

**Subrogation is the substitution** of one person in the place of another with respect to a lawful claim, demand, or right against a third party. The Medical Benefit Program and the Dental Benefit Program include "right to subrogation" provisions that protect the *Plan* against claims for which someone else may be liable.

If the Hospital Surgical Medical (HSM) or Medicare Complementary options under the Medical Benefit Program or the Dental Benefit Program pay expenses for which a third party (other than the covered person or the Company) is liable, the program is subrogated to your recovery rights. This means that the *Plan* has the right to full reimbursement of *Plan* benefits paid as a result of the third party's actions from any amounts that you recover from the third party. The *Plan's* right to reimbursement is not limited for any reason, including by any costs or fees incurred in pursuit of a recovery from the third party. If you incur expenses for which a third party may be liable and for which you seek reimbursement under the medical or dental programs, you are obligated to comply with the *Plan's* subrogation requirements. These requirements include that you:

➢ Provide the program with information necessary to enforce its recovery rights; and

➢ Not take any action that would prejudice the program's ability to recover, including entering into a settlement agreement with the third party without the program's consent.

You may also be required to execute a reimbursement or assignment agreement. You also must inform the program of any suit or claim against a third party or insurance carrier within 60 days of bringing the action. Failure to comply with these obligations can result in denial of benefits or termination of coverage.

SUBROGATION — EXAMPLE
Suppose you are injured in a car accident that is not your fault, and you receive benefits under HSM to treat your injuries. Under subrogation, the program has the right to take legal action in your name against the driver who caused the accident and that driver's insurance carrier to recover the cost of those benefits.

**C A R E – S U B R O G A T I O N**

In order to enforce the program's recovery rights, the Plan Administrator may:

➢ Bring or join in an action against the third party or any insurance carrier that makes or could make payment on a claim;

➢ Offset future benefits against amounts you have recovered from the third party or an insurance carrier;

➢ Bring an action to set aside any settlement agreement entered into without the consent of the Plan Administrator;

➢ Bring an action against you for an equitable lien or constructive trust against amounts you received from the third party or insurance carrier;

➢ Release or obtain information necessary to enforce its subrogation rights; or

➢ Take other action as it deems appropriate.

Failure to cooperate with the Program or its agents is considered a breach of contract. As such, the *Plan* has the right to terminate, offset or deny future benefits, and/or take legal action.

If you incur injuries for which a third party may be liable and for which you file a claim under the Medical Benefit Program, contact UnitedHealthcare at 1-800-752-8982.

Likewise, if you incur injuries for which a third party may be liable and for which you file a claim under the Dental Benefit Program, contact Cigna at 1-800-244-6224.

# O T H E R   B E N E F I T S   F O R   *P E N S I O N E R S*

**I**n addition to health care coverage to meet your ongoing needs, you may be eligible for additional insurance protection against the unexpected.

The Company offers *pensioners* insurance programs that provide protection at affordable group premiums.

# 6.0 INSURANCE PROGRAMS

The Company recognizes that premiums for group insurance policies are generally lower than they are for individual policies. These additional programs offer you affordable means to purchase additional protection for you and your family during retirement.

## 6.1 Group Automobile and Home Insurance Plan

You may purchase voluntary insurance for your car, home or apartment, and other personal property through Metropolitan Property and Casualty Insurance Company and affiliates (Met P&C).

### a. Participation

You are eligible to purchase coverage under the Group Automobile and Home Insurance Plan if you retired from the Company with *retiree coverage eligibility*.

> You can call Met P&C directly at 1-800-438-6388.

### b. Enrollment

You can enroll in the Group Automobile and Home Insurance Plan at any time during the year. The best time to look into this option is before the expiration of any similar policy you have with another carrier. That will enable you to compare your current insurance benefits and costs with those available through the Group Automobile and Home Insurance Plan.

You can apply for group automobile and home insurance by calling Met P&C directly at 1-800-438-6388. Questions about group automobile and home insurance should also be directed to Met P&C. The Group Automobile and Home Insurance Plan is not administered by the Shell Benefits Service Center.

### c. Cost

If you choose coverage under the Group Automobile and Home Insurance Plan, you pay a premium, which you can choose to have deducted automatically from your bank account, or you can be billed directly by Met P&C.

70

**O T H E R   B E N E F I T S – R E T I R E E   L I F E**

### d. Types of Coverage

The Group Automobile and Home Insurance Plan offers the following types of insurance:

- ➢ Homeowners;
- ➢ Condominium;
- ➢ Renters;
- ➢ Mobile home;
- ➢ Automobile;
- ➢ Recreational vehicle;
- ➢ Boat owners; and
- ➢ Excess liability.

### e. Exclusions and Limitations

The Group Automobile and Home Insurance Plan is for personal insurance only. This means it insures only individuals and their property. Businesses and commercial risks cannot be insured under the plan.

## 6.2 Retiree Life Insurance

If you were enrolled in *Retiree* Life Insurance as an active *employee* and you met *retiree coverage eligibility* when you terminated employment, your coverage continues during retirement. If you did not complete the required 15 years of participation in the program prior to your retirement, you may complete your participation after retirement.

### a. Cost to You for *Retiree* Life Insurance

*Retiree* Life Insurance coverage continues at no additional cost to you when you leave the Company if you:

- ➢ Were continuously covered under the *Retiree* Group Life option for at least 15 years immediately preceding your retirement; and
- ➢ Retired having met *retiree coverage eligibility*.

If you retired with *retiree coverage eligibility* but did not meet the 15-year participation requirement, you will be required to pay a monthly premium cost for coverage to continue after you retire. Your years of participation as an active employee will be used to determine the additional time you need to reach the 15-year requirement. Once you have completed your 15 years of combined active and retired participation, your coverage continues at no additional cost.

### b. *Retiree* Life Insurance Benefit Amount

Your coverage is based upon the *retiree* life insurance benefit option you were enrolled in as an active *employee.*

**O T H E R   B E N E F I T S – L O N G - T E R M   C A R E**

# 6.3 Long-Term Care Insurance Program

**Effective January 1, 2012, John Hancock suspended new enrollments into the program.**

**The following information applies for those already enrolled in Long-Care Care Insurance.**

## a. Changing Coverage

You may apply for the following coverage changes at any time, if eligible:
- Add new or terminate existing coverage; and/or
- Increase or decrease the daily maximum benefit.

Please note that if you are adding coverage or increasing the daily maximum benefit, you will be required to provide evidence of insurability.

### *Cost*

The cost of coverage is based upon your coverage selections, the state in which you reside, and your age at the time your coverage takes effect. The younger you are when you enroll, the lower your premium. Once you enroll, premiums do not increase because you get older, your health changes, or you receive plan benefits.

You pay the entire cost of coverage. You can choose to have the cost automatically deducted from your bank account, or you can be billed directly by John Hancock.

## b. How the Program Works

The long-term care plan provides comprehensive coverage as follows:
- Coverage for nursing home care;
- Alternate care facilities such as an assisted living facility;
- Community-based professional care;
- Informal care; and
- Stay-at-home benefit.

Stay-at-home benefit can be used to pay for long-term care expenses not ordinarily covered. Services include:
- Care planning visit;
- Home modification;
- Emergency response system;
- Durable medical equipment;
- Caregiver training;

## O T H E R   B E N E F I T S – L O N G - T E R M   C A R E

➢      Home safety checks; and
➢      Provider care checks.

Services must be provided while an insured is living in his or her home except for the care planning visit.

The total benefits payable for caregiver training cannot exceed five times the nursing home daily maximum benefit.

The total stay-at-home-benefit is equal to 30 times the nursing home daily maximum benefit and is available during the qualification period described page 78.

The total stay-at-home-benefit does not reduce the lifetime maximum benefit. It is not available if coverage is in reduced, paid-up status under the non-forfeiture provision and cannot be restored under the restoration of benefits provision.

Community-based professional care includes:
➢      Home health care;
➢      Adult day care;
➢      Hospice care at home; and
➢      Homemaker services by a licensed provider.

### *Daily Benefit Amount*

When you apply for coverage, you have to select the daily maximum benefit amount you would like for your nursing home, alternate care facility, community-based professional care, and informal care coverage. The daily maximum benefits are:

|  | Option 1 | Option 2 | Option 3 | Option 4 | Option 5 |
|---|---|---|---|---|---|
| Nursing Home (100%) | $75.00 | $100.00 | $150.00 | $200.00 | $250.00 |
| Alternate Care Facility (100%) | $75.00 | $100.00 | $150.00 | $200.00 | $250.00 |
| Community-Based Professional Care (60%) | $45.00 | $60.00 | $90.00 | $120.00 | $150.00 |
| Informal Care (50%)[1] | $37.50 | $50.00 | $75.00 | $100.00 | $125.00 |

---

[1]   Informal care has a calendar year maximum of 30 times the informal care daily maximum benefit.

**O T H E R   B E N E F I T S – L O N G - T E R M   C A R E**

### *Lifetime Maximum Benefit Options*

Applicants can choose between a three-year, five-year, or ten-year lifetime maximum benefit.

|  | Option 1 | Option 2 | Option 3 | Option 4 | Option 5 |
|---|---|---|---|---|---|
| Three-Year Lifetime Maximum Benefit[1] | $82,125 | $109,500 | $164,250 | $219,000 | $273,750 |

|  | Option 1 | Option 2 | Option 3 | Option 4 | Option 5 |
|---|---|---|---|---|---|
| Five-Year Lifetime Maximum Benefit[2] | $136,875 | $182,500 | $273,750 | $365,000 | $456,250 |

|  | Option 1 | Option 2 | Option 3 | Option 4 | Option 5 |
|---|---|---|---|---|---|
| Ten-Year Lifetime Maximum Benefit[3] | $273,750 | $365,000 | $547,500 | $730,000 | $912,500 |

### *Additional Features*

#### *Non-forfeiture Provision*

If elected at time of enrollment, you may elect to stop paying premiums after at least three years of continuous coverage and keep your full daily maximum benefit amount at a lower lifetime maximum benefit (reduced paid-up status). The value of the reduced lifetime maximum benefit will be the greater of the sum of premiums paid into the plan or 30 times the nursing home daily maximum benefit. If exercised after 10 years of continuous coverage, the reduced lifetime maximum benefit would be equal to the greater of 90 times the nursing home daily maximum benefit or the sum of premiums paid.

#### *Contingent Non-forfeiture Provision*

If you do not elect the non-forfeiture provision at the time of enrollment, a contingent non-forfeiture benefit is included. This benefit can only be exercised in the event of a substantial premium increase. It allows you to stop premium payments and keep a reduced level of coverage equal to the greater of the amount of premiums paid since coverage was issued or 30 times the Nursing Home daily maximum benefit. A substantial premium increase would range from 10% at issue age 90 or older to 200% at issue age 29 or younger.

#### *Inflation-Adjustment Option*

Future purchase option will be offered to eligible insureds as an option to purchase additional amounts of coverage, without evidence of good health, every three years. This increase to the daily maximum benefit will not be less than 5% compounded annually over the three-year period. The corresponding lifetime maximum benefit, as well as all other covered services (i.e., alternate care

---

[1]   Nursing home daily maximum benefit times number of days in three years (1,095).
[2]   Nursing home daily maximum benefit times number of days in five years (1,825).
[3]   Nursing home daily maximum benefit times number of days in ten years (3,650).

**O T H E R   B E N E F I T S – L O N G - T E R M   C A R E**

facilities, community-based professional care, etc.), will also increase proportionally. Because a statement of good health is never included and you may decline an unlimited number of these inflation adjustments, the premium for the increase in coverage will include an additional 20% charge to account for possible anti-selection. The offers are not available to anyone at the issue age of 85 or older, anyone who has met the benefit eligibility criteria in the last six months, or anyone whose coverage is in reduced paid-up status under a non-forfeiture benefit.

*Refund of Premium Upon Death*

This benefit provides a refund of a portion of premiums paid, less benefits paid or payable, if the insured dies prior to age 70, according to the following scale:

➢ 65 and younger        100%
➢ 66                                80%
➢ 67                                60%
➢ 68                                40%
➢ 69                                20%
➢ 70                                  0%

No benefit is payable if coverage is in reduced paid-up status.

*Temporary Bed Holding Benefit*

The plan will continue to pay a benefit to hold a nursing home or alternate care facility bed for up to 60 days per calendar year for you if your stay is interrupted for any reason.

*International Benefits*

John Hancock can pay benefits for covered services rendered while you are permanently residing outside the U.S. (50 states and District of Columbia). Satisfactory proof must be received by John Hancock that you meet the Benefit Eligibility Criteria (qualifies for benefits) including having completed the qualification period, along with documentation that the provider is licensed or certified and services are being rendered in accordance with a plan-of-care. Each level of benefits will be payable up to 75% of the daily maximum benefit amount that would be payable in the U.S. The total benefits payable for all covered services on any day will not exceed 75% of the nursing home daily maximum benefit. Only amounts reimbursed will be deducted from the lifetime maximum benefit. John Hancock can pay international benefits for up to a six-year lifetime maximum benefit. Any amounts remaining under the policy must be used in the U.S. (50 states and District of Columbia). No benefits will be payable under the stay-at-home benefit or for respite care. No benefits are payable during the qualification period. The same limitations and exclusions apply.

## O T H E R   B E N E F I T S – L O N G - T E R M   C A R E

*Alternate Plan-of-Care*

An alternate plan-of-care can be established by mutual agreement between John Hancock and the insured if the care coordinator identifies alternatives to the current plan that are both appropriate to the insured and cost effective. It may provide benefits for services or supplies not otherwise covered under the program. Benefits paid under the alternate plan-of-care will reduce the lifetime maximum benefit.

## c. Expenses Not Covered

John Hancock will not pay benefits for conditions resulting from the following:

➢ Your intentionally self-inflicted injury;
➢ War, whether declared or not, or any act of war or service in any armed forces or auxiliary units;
➢ Your commission of or attempt to commit a felony;
➢ Your engaging in an illegal occupation;
➢ Your participating in an insurrection or riot;
➢ Care, services, or treatment required as a result of detoxification or rehabilitation for alcohol or drug addiction (unless drug addiction was a result of the administration of drugs as part of treatment by a physician);
➢ Charges normally not made in the absence of insurance;
➢ Except under the Informal Care Benefit, care, treatment, or charges provided by a member of your immediate family, or by a person who ordinarily resides in your home (minimal exceptions apply);
➢ Care, services, or supplies furnished by or covered as a benefit under a program of any government or its subdivisions or agencies, except as required by law and except
  – A program established by the federal government for its civilian *employees*,
  – *Medicare*, and
  – Medicaid (e.g., any state medical assistance program under Title XIX of the Social Security Act as amended from time to time);
➢ Any service or supply to the extent that charges for it are reimbursable under *Medicare* or would be so reimbursable but for the application of a *deductible* or *coinsurance* or *copayment* amount under *Medicare* (not including those instances where *Medicare* is determined to be secondary payor under applicable law); and
➢ Care or treatment provided outside the U.S., except as described in the International Benefits Provision.

These exclusions may not apply in all states and may vary depending upon the state in which you live. The Certificate of Insurance you receive once you are approved for coverage will outline the exact exclusions for your state. If you

## O T H E R   B E N E F I T S – L O N G - T E R M   C A R E

move to another state, the state guidelines where the Certificate of Insurance was originally delivered to you will apply.

Long-term care providers must meet the qualifications specified in the Certificate of Insurance that will be issued to you when you become approved for coverage, and services and supplies must be provided in accordance with a plan-of-care prescribed by a licensed health care practitioner.

## d. Applying for Benefits

To qualify for benefits, a licensed health care practitioner must certify that you require substantial assistance (hands-on or stand by) from another person to perform at least two activities of daily living due to loss of functional capacity, which is expected to continue for at least 90 days, or that you need substantial supervision due to a cognitive impairment. You must also complete the qualification period. All services must be specified in a written plan-of-care prescribed by a licensed health care practitioner. You must provide proof of claim satisfactory to John Hancock.

### *Activities of Daily Living Dependence*

The six activities of daily living are:
➢ Bathing;
➢ Maintaining continence;
➢ Dressing;
➢ Toileting;
➢ Eating; and
➢ Transferring.

### *Cognitive Impairment*

Cognitive impairment is deterioration or loss of intellectual capacity that is comparable to, and includes, Alzheimer's disease and similar forms of irreversible dementia. The need for substantial supervision due to severe cognitive impairment must be established by clinical evidence and standardized tests that reliably measure impairment in a person's short-term or long-term memory; orientation as to person, place, or time; deductive or abstract reasoning; or judgment as it relates to safety awareness.

## O T H E R   B E N E F I T S – L O N G - T E R M   C A R E

### *Qualification Period*

The qualification period is the period of time you must wait from the date you meet the policy benefit triggers (as described previously in "Applying for Benefits") until the date benefits are payable for covered charges you incur. John Hancock determines the start of the qualification period based upon your medical information and claim file. The qualification period is 90 days and needs to be met only once as long as you remain continuously insured. This means that if you qualified for benefits more than once while you remained insured:

➢ You do not have to complete a new qualification period if you have already completed one; or

➢ If you recover before completing your qualification period, any days you completed will count towards the total remaining qualification period days you need to complete if you meet the policy benefit triggers again.

No expenses need to be incurred during this period of time, but John Hancock must verify your qualification for benefits. You must remain eligible for benefits during this period, but you do not have to receive long-term care services or be hospitalized. The policy will pay benefits for covered charges you incur after the qualification period is met as long as you continue to meet the policy benefit triggers.

## e. Coordination of Benefits

The Long-Term Care Insurance Program will coordinate with other group medical and government plans, but not *Medicare*, Medicaid, or individual long-term care plans. In order to receive tax-favored treatment, this policy includes a *Medicare* offset (see "Expenses Not Covered," page 76).

### *Notice*

This is only a summary of the Long-Term Care Insurance Program; it does not cover all the details. The Certificate of Insurance that is issued to you when you become approved for coverage contains a more detailed statement of the terms and conditions of your insurance coverage. If there is any conflict between this summary and the Certificate of Insurance, the terms of the Certificate will control. Please note that provisions may be changed or deleted in order to satisfy state requirements or other legal requirements and that Shell reserves the right to end or amend the program for any reason. If Shell discontinues the Long-Term Care Insurance Program, existing insureds will be allowed to continue coverage through John Hancock.

## O T H E R   B E N E F I T S – L O N G - T E R M   C A R E

### Death

If you die, your coverage ends on that day. Coverage for any other enrolled family member continues as long as premiums are paid.

### Failure to Pay Premiums

As long as you continue to pay your premiums, John Hancock cannot cancel your coverage. However, if you fail to pay your premiums when due coverage ends on the last day of the month for which John Hancock received your payment, unless you have been continuously insured with the Non-forfeiture Benefit for at least three years. You may request reinstatement within six months after the cancellation date. If you do, you must provide John Hancock with a statement of health, be accepted for coverage and pay all past due premiums.

If you fail to make a premium payment because of a cognitive impairment or loss of functional capacity, you may request reinstatement within five months of the cancellation date without having to provide John Hancock with a statement of good health. You must provide John Hancock with proof of the cognitive impairment or loss of functional capacity and pay all past due premiums.

If you selected the non-forfeiture option and remained insured for 36 months or more, you retain a partial paid-up benefit.

**G E N E R A L   P L A N   I N F O R M A T I O N**

# 7.0 GENERAL PLAN INFORMATION

This section provides you with general information about the plans described in this book. It supplements the descriptions of individual plan and program provisions in the preceding sections and presents you with information you are required to be given under the Employee Retirement Income Security Act of 1974 (*ERISA*). Unless otherwise specified, the provisions of this section apply to all plans or programs described in this book.

## 7.1 *Plan* Information

### a. Plan Administrator

The Plan Administrator has the authority to control and manage the operation and administration of the plans, and discretion to interpret their provisions, as outlined in the plan documents. (For information on the Plan Administrator for the programs described in this book, see "*ERISA* Plan Information," page 98.)

### b. Funding

#### *Medical Benefit Program*

The Medical Benefit Program is funded through contributions made by the Company and the participants. The Shell Hospital Surgical Medical (HSM) options and the Medicare Complementary option are self-insured. The HMOs and Medicare Supplemental or Medicare Advantage options are fully insured. All participant contributions are held in a tax-exempt trust under a Trust Agreement with Wells Fargo Bank, N.A. as Trustee, and are to be used solely for payment of claims by participants, HMO and *Medicare* option premiums, and administrative expenses. The Trustee is responsible for:

➢ Investing contributions to the Trust to increase earnings; and

➢ Making funds available for payment of claims, HMO and *Medicare* option premiums, and administrative expenses.

The Plan Administrator has an arrangement with certain service providers, including UnitedHealthcare (UHC), ValueOptions (VO), CVS Caremark and

**G E N E R A L   P L A N   I N F O R M A T I O N**

SilverScript Insurance Company under which they serve as claims administrators to:

➢ Process claims for covered expenses for the Shell Hospital Surgical Medical (HSM) options and the Medicare Complementary option; and

➢ Make benefit payments out of funds made available by the Trust.

The Company reserves the right to amend or terminate the Trust Agreement and to change the Trustee at any time. The Company also reserves the right to amend or terminate the Medical Benefit Program or any of the medical options and to change the contribution rates at any time.

### *Dental Benefit Program*

The Dental Benefit Program is funded through Company and participant contributions to a tax-exempt trust under a Trust Agreement with Wells Fargo Bank, N.A. as Trustee. The Trustee is responsible for:

➢ Investing the contributions of the Trust to increase the earnings; and

➢ Making funds available to pay claims and administrative expenses.

The Plan Administrator has an arrangement with Cigna under which they serve as claims administrator to:

➢ Process claims for covered expenses for the Cigna Dental PPO option; and

➢ Make benefit payments out of funds made available by the Trust.

The Cigna Dental Care option is provided through an insurance contract with Cigna Dental Health, Inc. Cigna Dental Health provides access to its network of providers.

The Company reserves the right to amend or terminate the Trust Agreement or change the Trustee at any time. The Company also reserves the right to amend or terminate the Dental Benefit Program or any of the dental options and to change the contribution rates at any time.

### *Other Benefits*

The Vision Benefit Program, Group Automobile and Home Insurance Plan, and the Long-Term Care Insurance Program are fully insured and participants pay the full cost of coverage.

## c. Inspection of Documents

This book contains summary plan descriptions (SPDs) for the Company's health and welfare benefit plans and reflects the plan provisions in effect as of January 1, 2013, except where otherwise noted. Terms of the plans are contained in the plan documents on file with the Company. You may obtain copies of these

documents from the Plan Administrator by addressing your written request to the Plan Administrator at the address listed under "*ERISA* Plan Information," page 98.

The information presented in the summary plan descriptions does not replace the official plan documents that legally govern each plan's operation. Unless otherwise provided, if there is a conflict between the SPD and the plan document, the plan document controls. If you would like to review the documents or to receive copies of them, contact the Shell Benefits Service Center or the Plan Administrator.

## d. The Future of the *Plan*

The Company reserves the right to amend the *Plan* or any *Component Program* from time to time or to terminate them entirely. You will be informed of any material amendments. In the event a plan or program is terminated, you will be notified as well.

## 7.2 Claims and Appeals

A claim is a request for a plan or program benefit by a participant or authorized representative. The law requires each plan that is subject to *ERISA* to set up reasonable rules for filing benefit claims. The law also allows a reasonable amount of time for the claims administrator to evaluate a claim and decide whether to pay benefits based upon the information contained in the claim. The use of the claims procedure is mandatory in pursuing claims for benefits.

All claims for plans and programs must be submitted in writing (except in those cases where the claim is submitted electronically or telephonically by the service provider) to the applicable claims administrator (see "*ERISA* Plan Information," page 98, for a listing of the claims administrators for each of the plans and programs).

Claim forms are available from the appropriate claims administrator. The procedures for initially applying for plan benefits are found on the following pages:

| Benefit Plan or Program | Page(s) |
|---|---|
| Medical Benefit Program (HSM & Medicare Complementary options) | 31, 36 |
| Dental Benefit Program | 52 |
| Vision Benefit Program | 61 |
| Long-Term Care Insurance Program | 72 |

The claims administrator reviews the claims and reaches a decision as to whether to accept or deny the claims. Even though it does not happen often, disagreements about benefit eligibility or amounts may arise and are usually

resolved quickly. However, if you are unable to resolve the disagreement, formal appeals processes are in place to help you appeal a denied claim.

Claims and appeals of claim denials are reviewed as soon as reasonable under the circumstances. There are different time frames for consideration of claims and appeals depending upon the type of plan or program. The time frames for these plans and programs are separated accordingly and discussed on the following pages.

Once you exhaust all applicable levels of appeal for a denied claim, you have two years from the date of final denial to file suit in court to further pursue a claim for the part of the benefit denied you.

## a. Health Care Benefits Claims Procedure
## Medical and Dental

The following claims procedures apply only to claims under the following health care programs: The Medical Benefit Program (HSM options and Medicare Complementary option only) and the Dental Benefit Program (Cigna Dental PPO option only).

> The rules described herein are generally applicable to all health care programs. However, if you participate in an HMO or an insured option under the Medical Benefit Program, the Cigna Dental Care (DHMO) option under the Dental Benefit Program, or another insured option, the Vision Benefit Program, or the Long-Term Care Insurance Program, specific information concerning the applicable claim and appeal procedures is provided in your certificate of participation or other information provided by the applicable HMO or insurance company. Claims and appeals for denied claims under such programs should be filed with the applicable HMO or insurance company in accordance with its procedures.

### *Types of Claims*

Health claims for benefits under the Medical and Dental should be filed with the appropriate claims administrator for each benefit program (or benefit program option) in accordance with the procedures and time periods described for each of these benefit programs. Your claim for benefits under one of these programs will be characterized as one of the following types of claims:

### *Urgent Care Claims*

An urgent care claim is any claim where any delay in treatment could jeopardize your health, life, or ability to regain maximum function, or in the opinion of a physician with knowledge of your medical condition, subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim. Your claim will be treated as an urgent care claim if the physician treating you advises the claims administrator that the claim meets the

criteria for an urgent care claim as defined above. Urgent care claims may be filed in writing or by telephone. Whether a claim meets the urgent care criteria is determined at the time the claim is being considered. For example, a claim that met the urgent care criteria initially, may be considered a pre-service or post-service claim on appeal, if your condition has improved. In this instance, the appeal will be provided under the appropriate guidelines for a pre-service or post-service claim

*Pre-Service Claims*
Pre-service claims are claims that are conditioned on obtaining approval prior to obtaining care in order to get the maximum benefit.

*Post-Service Claims*
Post-service claims are any claims that are not pre-service claims or urgent care claims and do not require pre-approval in order to get the maximum benefit. Most claims will be post-service claims.

*Concurrent Claims*
Concurrent claims are any claims that involve an ongoing course of treatment. Typically, concurrent claims will be handled as either a pre-service claim or urgent care claim, depending on the circumstances.

It is important to know what type of claim you have because the appeal procedures and deadlines vary depending on the type of claim involved. These time deadlines are summarized below and described in detail following the chart.

| Applicable Time Limits | Urgent Care Claims | Pre-Service Claims | Post-Service Claims |
|---|---|---|---|
| Plan Provides Notice of Initial Benefits Decision | • 72 hours after receiving the initial claim, if it was proper and complete<br>• 24 hours in the case of a concurrent claim if you request to extend the authorized treatment at least 24 hours before the existing authorization ends | • 15 days after receiving the initial claim<br>• 30 days if special circumstances require an extension and you are notified in advance<br>In the case of a concurrent claim, you will be notified in advance of any reduction or termination of treatment so you may appeal the decision | • 15 days after receiving the initial claim<br>• 30 days if special circumstances require an extension and you are notified in advance<br>In the case of a concurrent claim, you will be notified in advance of any reduction or termination of treatment so you may appeal the decision |

## G E N E R A L   P L A N   I N F O R M A T I O N

| | | | |
|---|---|---|---|
| Deadline for Requesting First-Stage Review | **180 days** after receiving notice of initial decision from the plan | **180 days** after receiving notice of initial decision from the plan | **180 days** after receiving notice of initial decision from the plan |
| Plan Notice of Decision on First-Stage Review | **72 hours** after receiving your request | **15 days** after receiving your request | **30 days** after receiving your request |
| Request for Second Level Appeal | **N/A.** There is no second level appeal for urgent care claims | **180 days** after receiving decision on first-stage review | **180 days** after receiving decision on first-stage review |
| Plan Notice of Decision on Second Level Appeal | **N/A.** There is no second level appeal for urgent care claims | **15 days** after receiving your request | **30 days** after receiving your request |
| Deadline for Requesting External Review | **Four months** after receiving decision on first stage review | **Four months** after receiving decision on second level appeal | **Four months** after receiving decision on second level appeal |
| Notice of Preliminary External Review Eligibility | **Six business days** after receiving the request for external review | **Six business days** after receiving the request for external review | **Six business days** after receiving the request for external review |
| Notice of Preliminary Expedited External Review Eligibility | **Immediately upon perfection** of the external review claim and in no event later than 72 hours of receipt of a qualifying request for expedited external review | **N/A** | **N/A** |
| Notice of External Review Decision | **45 days** after reviewer's receipt of a qualifying request for external review | **45 days** after reviewer's receipt of a qualifying request for external review | **45 days** after reviewer's receipt of a qualifying request for external review |
| Notice of Expedited External Review Decision | **72 hours** after reviewer's receipt of a qualifying request for expedited external review | **N/A** | **N/A** |

## b. Detailed Description of Claims Process

### *Time Limits for the Initial Benefits Decision*
If you file a claim, an initial benefits decision on your claim will be provided to you within the following time periods, based on the type of claim:

*Urgent Care Claim – No Later Than 72 Hours After the Claim Is Filed*
Your urgent care claim will be reviewed by the claims administrator. The claims administrator will provide you with its initial benefits decision on your urgent care claim as soon as possible, taking into account your medical condition, but not longer than 72 hours after the claim is received. If the urgent care claim is a concurrent claim (i.e., involves approval to extend a currently authorized course of treatment), the decision will be provided not later than 24 hours after receipt of the claim, as long as your request is made at least 24 hours before your currently authorized treatment would otherwise end. If you do not make your claim at least 24 hours before coverage would otherwise end, the 72-hour rule will apply. Notice may be by telephone or in person followed by written or electronic notification.

If additional information is required to process your urgent care claim, you will be notified of the information necessary as soon as possible, but not later than 24 hours after your claim is filed, and you will be given at least 48 hours to provide the information. The claims administrator will provide you with its initial benefits decision within 48 hours after the end of the additional time period (or after receipt of the information, if earlier).

If your claim names a specific claimant, medical condition, and service or supply for which approval is requested, and is submitted to a plan representative responsible for handling benefit matters, but otherwise fails to follow the plan's procedures for filing pre-service urgent care claims, you will be notified of the failure within 24 hours and of the proper procedures to be followed. The notice may be oral unless you request written notification.

*Pre-Service Claim – No Later Than 15 Days After the Claim Is Filed*
Your pre-service claim will be reviewed by the claims administrator. The claims administrator will provide you with its initial benefits decision on your pre-service claim within a reasonable period of time appropriate to the medical circumstances, but not later than 15 days after the claim is received. The 15-day period may be extended up to an additional 15 days due to circumstances outside the plan's control. In that case, you will be notified of the need for the extension before the end of the initial 15-day period. If additional information is necessary to process your claim, you will be advised of the specific information necessary and given 45 days to provide such information, and the claims administrator's deadline for providing you with its initial benefits decision will be tolled from the date the claims administrator sent you the notice requesting additional information until the earlier of (1) the date the claims administrator receives the requested information, or (2) the expiration of the 45-day period given to you to provide the requested information. If you fail to provide the

additional information within the 45-day period, the initial benefits decision will be made without regard to this information.

If your claim names a specific claimant, medical condition, and service or supply for which approval is requested, and is submitted to the claims administrator responsible for handling benefit matters, but otherwise fails to follow the plan's procedures for filing pre-service claims, you will be notified of the failure within five days and of the proper procedures to be followed. The notice may be oral unless you request written notification. If the claim is a concurrent claim (i.e., seeks approval to seek an ongoing course of treatment), the decision will be provided in sufficient time to permit you to appeal the decision and obtain a decision on appeal before plan coverage would otherwise end.

*Post-Service Claim – No Later Than 30 Days After the Claim Is Filed*
Your post-service claim will be reviewed by the claims administrator. The claims administrator will provide you with its initial benefits decision on your post-service claim within a reasonable period of time, but not later than 30 days after the claim is received. The 30-day period may be extended up to an additional 15 days due to circumstances outside the plan's control. In that case, you will be notified of the need for the extension before the end of the initial 30-day period. If additional information is necessary to process your claim, you will be advised of the specific information necessary and given 45 days to provide that information, and the claims administrator's deadline for providing you with notice of its initial benefits decision will be tolled from the date the claims administrator sends the notice of extension until the earlier of (1) the date the claims administrator receives the additional information; or (2) the expiration of the 45-day period given to you to provide the requested information. If you fail to provide the additional information within the 45-day period, the initial benefits decision will be made without regard to this information.

### Notice of a Denial of Initial Benefit Claim
A denial of your benefit claim includes: (i) a denial, reduction, or termination of your benefit, (ii) the benefit program's failure to provide or make a payment (in whole or in part) for a benefit, or (iii) a cancellation or discontinuance of a benefit that has a retroactive effect.

If your claim for a benefit is denied in whole or in part, the claims administrator will notify you of the denial within the time limits described above. The notice will either be in the form of an Explanation of Benefits (EOB) statement or a letter and will include the following information: (i) information sufficient to identify the claim involved, including the date or dates of service, the health care provider, and the claim amount (if applicable), (ii) the specific reasons for the denial, including the denial code and its meaning and a description of any standard relied upon to deny the claim, (iii) references to the specific plan provisions on which the denial is based, (iv) a description of any additional material or information necessary for you to perfect your claim and an explanation of why such material or information is necessary and (v) a description of the review procedures and the time limits applicable to such procedures, including a

statement of your right to bring a civil action under Section 502 of *ERISA* following an adverse benefit determination on review. For urgent care claims, the notice will include a description of the expedited review process applicable to your claim and such notice may be provided by telephone, provided that a written or electronic notification is given to you no later than three days after the oral notification. A notice of a denial of your benefit claim will also, to the extent applicable, contain the information described in Special Rules Regarding Claims.

### First Stage Review

If your initial claim for benefits is denied, you have the right to request a review of this denial (i.e., a "first-stage review"). The first-stage review of your benefit claim will be conducted by the claims administrator. You have up to 180 days after you receive notice of a denial of your claim to request a first-stage review. Requests for first-stage review must be made in writing (or orally, but only if your claim is an urgent care claim), and you should provide your name, the patient's name, the date of service, the amount of the charge, the name of the plan or program, a reference to the initial decision, and an explanation of the basis for your appeal request. See Special Rules Regarding Claims.

*Time Limits for First-Stage Review of Claims and Notice Requirements*
The claims administrator will provide you with notice of its decision through an Explanation of Benefits (EOB) or letter within the following time periods: (i) 72 hours after receiving such request, in the case of an urgent care claim, (ii) 15 days after receiving such request, in the case of a pre-service claim, and (iii) 30 days after receiving such request, in the case of a post-service claim.

If your claim is denied in whole or in part, the notice of denial of your claim upon first-stage review will include the information described in "Notice of a Denial of Initial Benefit Claim," a statement that, upon request and free of charge, you will be provided reasonable access to and copies of all documents, records and other information relevant to your claim for benefits, and a statement describing the plan's final appeal procedures (and a statement of your right to obtain information about that procedure). The notice will also, to the extent applicable, contain the information described in Special Rules Regarding Claims.

### Second Level Appeal

For claims other than urgent care claims, you may file a second-level appeal if your claim is denied on first-stage review. The second level of appeal is made to the Plan Administrator. Your request for final review should be made as soon as possible depending on the medical circumstances involved, but no later than 180 days after you receive the notice of denial on first-stage review. See Special Rules Regarding Claims.

Requests for second-level appeal must be made in writing and you should provide your name, the patient's name, the date of service, the amount of the charge, the name of the plan or program, a reference to the initial decision, and an explanation of the basis for your appeal. See Special Rules Regarding Claims.

**G E N E R A L   P L A N   I N F O R M A T I O N**

*Time Limits for Second Level Appeal and Notice of Decision*
The Plan Administrator will provide you with a notice of its decision on second-level appeal within: (i) 15 days after receiving your request, in the case of a pre-service claim, or (ii) 30 days after receiving your request in the case of a post-service claim.

If your claim is denied in whole or in part, the notice of denial upon second-level appeal will include the following information: (i) all information required to be included in a notice of denial of a claim upon first-stage review, as set forth in "Time Limits for First-Stage Review of Claims and Notice Requirements" above, (ii) a discussion of the decision to deny the claim on second-level appeal, (iii) a statement of your right to bring a civil action under section 502(a) of ERISA or to file a request for an external review if your claim is denied on final review, including information on how to file a request for an external review and the time limits that apply, and (iv) a statement regarding the availability of any applicable office of health insurance consumer assistance or ombudsman established to help claimants with plan claims and appeals and external reviews, including contract information. The notice will also, to the extent applicable, contain the information described in Special Rules Regarding Claims.

### Special Rules Regarding Claims
At each level of the claim review process, you have right to review your claim file, and you may submit written comments, documents, records, and other information with respect to your claim, regardless of whether such information was considered during the initial or a prior level of review. You will be provided, free of charge, with any new or additional evidence that was considered by the claims administrator or Plan Administrator, as applicable, or generated in connection with the claim as soon as possible so that you have an opportunity to respond before the date the decision is required on your appeal. Similarly, your appeal cannot be denied based on a new or additional rationale until you have been provided with the rationale, free of charge. This must be done as soon as possible so that you have an opportunity to respond before the date the decision is required on your appeal. In addition, the plan must continue to provide coverage for a Concurrent Claim (to the extent such continued coverage is required by Department of Labor regulation 29 C.F.R. 2560.503-1(f)(2)(ii)) until your appeal has been decided.

You will be notified of your right to request the diagnostic and treatment codes (and their meanings) in all notices of benefit claim denials, and such information will be provided to you upon request. A request for a diagnostic and/or treatment code will not be considered, in itself, to be a request for an internal appeal or external review.

Also, at each stage of review, the reviewer will be a different individual (and will not be a subordinate of the prior reviewer). The reviewer will fully and fairly review your claim, taking into account any additional information you submit, and will not give deference to any prior benefits decision. No decisions regarding hiring, compensation, termination, promotion, or other similar matters with

**G E N E R A L   P L A N   I N F O R M A T I O N**

respect to the reviewer will be based on the likelihood that the reviewer will support a denial of benefits.

If your request for review is based in whole or part on medical judgment, the reviewer will consult with a healthcare professional who has the appropriate training and experience in the field of medicine involved in the medical judgment, and who is not the same person consulted in any prior level of review. If an internal rule, guideline, protocol, or other similar criterion was relied upon in deciding your claim, any notice of denial will include a statement that a description of such rule will be provided to you free of charge upon written request. If any denial is based on medical necessity, experimental treatment or similar exclusion, the notice will include a statement that an explanation of the scientific or clinical judgment that formed the basis for the decision, applying the terms of the plan to your medical condition, will be provided to you free of charge upon written request. Finally, if an expert was consulted in connection with your benefits determination, you will be given the identity of such individual upon written request.

### *External Review*

*Request for External Review*
You may file a request ("Request") for a review by an independent decision-maker (an "External Review") within four months after i) the day you receive a denial of your second level appeal, or in the case of urgent claims, first-stage review or initial adverse benefit determination, or ii) the day your claim is deemed denied on second-level appeal, or in the case of urgent claims, first-stage review or initial adverse benefit determination (a "Denial"). You may request an external review if the Denial was based on any of the following:
➢ Clinical reasons;
➢ Exclusions for experimental or investigational treatment or procedures;
➢ Rescission of coverage (coverage that was cancelled or discontinued retroactively); or
➢ As otherwise required by applicable law.

Your Request should be submitted to the claims administrator for the benefit program or benefit program option at issue. The four-month deadline may be modified as illustrated in the following examples: If the day you receive the Denial notice is October 30, because there is no February 30, the Request must be filed by March 1. If the filing deadline would fall on a Saturday, Sunday, or federal holiday, the deadline is extended to the next day that is not a Saturday, Sunday, or federal holiday.

**G E N E R A L   P L A N   I N F O R M A T I O N**

*Preliminary Eligibility Determination for External Review*
Within six business days the claims administrator will provide you a written notice of its determination. If your Request is complete but does not meet the requirements for an External Review, the notice will include the reasons the Request is ineligible as well as contact information for the Employee Benefits Security Administration. If your Request is not complete, the notice will describe the information or materials needed to complete the Request. Your deadline for completing the Request is the end of the four-month period described under "Request for External Review" above or, if later, 48 hours after you received the notice that the Request was incomplete.

*External Review*
If your Request qualifies for External Review, it will be assigned to one of the qualified independent reviewers with which the claims administrator has a contract ("Reviewers"). Within five business days after assigning your Request to the Reviewer, the claims administrator must provide the Reviewer the documents and information that were considered in making the Denial.

The Reviewer will give you written notice of the acceptance of your Request for External Review. The notice will include a statement that you have 10 business days to submit additional written information. The Reviewer must consider this information in its review. The Reviewer also may agree to consider additional information submitted after 10 business days. Within one business day after receiving additional information from you, the Reviewer must forward the information to the claims administrator. The claims administrator may reconsider the Denial based on this additional information. If the claims administrator decides to reverse its Denial and provide coverage or payment, it must provide written notice to you and to the Reviewer within one business day after making the decision. The Reviewer will terminate the External Review if it receives this notice.

Unless the claims administrator reverses its decision, the Reviewer will review all of the information and documents that you submit by the deadline. In reaching its decision, the Reviewer will make its own independent decision of the claim and will not be bound by any decisions or conclusions reached during the benefit program's internal claim and appeal process.

In addition to the documents and information provided by you and the claims administrator, the Reviewer will consider the following information or documents if they are available and the Reviewer considers them appropriate:

➢ Your medical records;
➢ Your attending health care professional's recommendation;
➢ Reports from appropriate health care professionals and other documents submitted by the plan, you, or your treating provider;
➢ The terms of the plan unless the terms are inconsistent with applicable law;

## G E N E R A L   P L A N   I N F O R M A T I O N

➢ Appropriate practice guidelines, which must include applicable evidence-based standards;
➢ Any applicable clinical review criteria developed and used by the claims administrator, unless the criteria are inconsistent with the terms of the plan or with applicable law; and
➢ The opinion of the Reviewer's clinical reviewer(s) after considering the information described above to the extent the information or documents are available and the clinical reviewer(s) consider them appropriate.

The Reviewer will provide written notice of its decision to you and the plan within 45 days after the Reviewer receives your Request. The notice will contain:

➢ A general description of the reason for the Request and information that identifies the claim, including the date or dates of service, the health care provider, the claim amount (if applicable), the diagnosis code and its meaning, the treatment code and its meaning, and the reason for the previous denial;
➢ The date the Reviewer received the Request and the date of its decision;
➢ References to the evidence or documents (including the specific coverage provisions and evidence-based standards) considered in reaching its decision;
➢ A discussion of the principal reason(s) for its decision, including the rationale for its decision and any evidence-based standards that were relied on in making its decision;
➢ A statement that the determination is binding except to the extent that other remedies may be available under state or federal law to you or the plan;
➢ A statement that review by a judge may be available to you; and
➢ Current contact information, including phone number, for any office of health insurance consumer assistance or ombudsman.

The Reviewer will maintain records of all claims and notices associated with the External Review process for six years and make these records available for examination by you, the plan, or a state or federal oversight agency upon request (except where disclosure would violate state or federal privacy laws).

*Expedited External Review*
You may file a Request for an expedited (faster) External Review in certain circumstances involving emergency services or where a longer review period could put you in jeopardy. Specifically, you may file this type of request if you receive:

➢ A Denial that involves a medical condition for which the time allowed for completion of an expedited appeal under the plan's internal appeal process would seriously jeopardize your life or health, or would jeopardize your ability to regain maximum function, and you have filed a request for an expedited internal appeal with the claims administrator; or

**G E N E R A L   P L A N   I N F O R M A T I O N**

- ➢ A Denial if you have a medical condition where the time allowed for completion of a standard External Review would seriously jeopardize your life or health, or would jeopardize your ability to regain maximum function; or
- ➢ A Denial that concerns an admission, availability of care, continued stay, or a health care item or service for a condition for which you received emergency services if you have not been discharged from the facility.

The processing of your Request will be substantially the same as described above for other Requests, with the following exceptions:

- ➢ The decision and notice of eligibility on the Preliminary Review will be made immediately upon the claims administrator's receipt of your request; and
- ➢ If the Request is eligible for External Review, the claims administrator will transmit required information and documents to the Reviewer electronically, by telephone or facsimile, or any other fast, available method; and
- ➢ The Reviewer will provide you and the claims administrator notice of its decision as quickly as your medical condition or circumstances require, but in no event more than 72 hours after the Reviewer receives the request for an expedited External Review. If the Reviewer's notice is not provided in writing, within 48 hours after the date of providing that notice, the Reviewer will provide written confirmation of the decision to you and the claims administrator.

### *Exhaustion of Claims*

You cannot bring any legal action against the plan for any reason unless you first complete all the steps in the appeal process as described in this Section. However, you may be treated as having completed all these steps with respect to a claim, if the plan fails to comply with its obligations at any point in the claims and appeal process, unless the plan's failure to comply is de minimis, non-prejudicial, attributable to good cause or matters beyond the plan's control, in the context of an ongoing, good-faith exchange of information, and not reflective of a pattern or practice of non-compliance. After completing the claims and appeals process, if you want to bring such a legal action you must do so within two years of the date you are notified of the final decision on your appeal or, if applicable, External Review, or you lose any rights to bring such an action.

### *Authorized Representative*

An authorized representative may act on your behalf in pursuing a benefit claim under any benefit program offered through the Shell Oil Company Comprehensive Welfare Benefits Plan. Any references to "you" in the description of claims review procedures under the *Plan* shall be interpreted to mean "you or your authorized representative." An authorized representative means a person you authorize through power of attorney, in writing, to act on your behalf. The benefit program will also recognize a court order giving a person authority to submit claims on your behalf. The *Plan* or claims administrator may determine

93

reasonable procedures for determining whether an individual has been authorized to act on your behalf. However, in case of a medical claim involving urgent care, a healthcare professional with knowledge of your condition may always act as your authorized representative.

## c. All Other Plans or Programs

### Initial Claim Decision

If your claim is wholly or partially denied, the claims administrator will notify you of the decision in writing within a reasonable period of time but not later than 90 days of receipt of the claim, unless the claims administrator determines that special circumstances require an extension of time for processing your claim.  In such a case, the claims administrator will provide you written notice of these special circumstances and the date the claims administrator expects to provide you the benefit determination prior to the termination of the initial 90-day period, and the extension will not exceed a period of 90 days from the end of the initial 90-day period. If a claim is denied, in whole or in part, the claims administrator's written notice shall include:

➢    The specific reason(s) for the denial;

➢    Specific reference to pertinent plan provisions on which the denial is based, if applicable;

➢    A description of any additional information that should be submitted by the claimant to explain or perfect his or her claim and an explanation of why this material or information is necessary; and

➢    An explanation of the plan's claim review procedures, the time limits applicable to such procedures, and a statement of your right to bring a civil action under Section 502 of *ERISA* following an adverse benefit determination on review.

### Appealing a Denial

If you disagree with a coverage decision or denial, you may request a full review by the claims administrator. You must submit this request within 60 days after you receive the denial notice. In connection with your appeal, you can submit written comments, documents, records, and other information relating to your claim. Additionally, you may access (upon request and free of charge) copies of all documents, records, and other information relevant to your claim. If you want to appeal a decision on benefits, send your appeal to the applicable claims administrator listed on pages 99–100. Your appeal will be reviewed, and the appeal will take into account all comments, documents, records, and other information submitted by you without regard to whether such information was submitted or considered in the initial benefit determinations. Someone other than the person who made the first decision on your claim must make this review.

## G E N E R A L   P L A N   I N F O R M A T I O N

Your appeal must be in writing and must include the following information:

➢ Name of *pensioner*;

➢ Name of patient (individual claiming benefits);

➢ Name of plan or program;

➢ Name of claims administrator;

➢ Reference to the initial decision; and

➢ Explanation of why the initial determination is being appealed.

The claims administrator will notify you of the decision on appeal in writing within a reasonable period of time, but not later than 60 days of receipt of the claim, unless the claims administrator determines that special circumstances require an extension of time for processing your claim.  In such a case, the claims administrator will provide you written notice of these special circumstances and the date the claims administrator expects to provide you the benefit determination prior to the termination of the initial 60-day period, and the extension will not exceed a period of 60 days from the end of the initial 60-day period.

If your claim appeal is denied, in whole or in part, the claims administrator's written notice shall include:

➢ The specific reason(s) for the denial;

➢ Specific reference to pertinent plan provisions on which the denial is based, if applicable;

➢ A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claim for benefits; and

➢ A statement of your right to bring a civil action under Section 502 of *ERISA*

### *Authorized Representative*

An authorized representative may act on your behalf in pursuing a benefit claim under any benefit program offered through the Shell Oil Company Comprehensive Welfare Benefits Plan. Any references to "you" in the description of claims review procedures under the *Plan* shall be interpreted to mean "you or your authorized representative." An authorized representative means a person you authorize through power of attorney, in writing, to act on your behalf. The benefit program will also recognize a court order giving a person authority to submit claims on your behalf. The *Plan* or claims administrator may determine reasonable procedures for determining whether an individual has been authorized to act on your behalf.

## 7.3 The Health Insurance Portability and Accountability Act (HIPAA)

Federal law (the Health Insurance Portability and Accountability Act, or "HIPAA") gives you certain rights to privacy concerning your health information. These rights designate certain types of information as protected health information. Protected health information is any information that could be used to identify you as an individual that relates to past, present, or future health conditions, past, present, or future health care payments, or provision of health care. Under HIPAA, you have the right to receive notice of your privacy rights, policies, and procedures (HIPAA privacy notice), obtain access to your own information, and amend your information. You will be provided with one or more HIPAA privacy notices depending upon the health care program(s) in which you enroll.

HIPAA also requires that plan participants receive a certificate of creditable coverage whenever their medical coverage under the plan ends for whatever reason. You will receive your HIPAA certificate automatically upon loss of coverage. Certificates of creditable coverage will also be provided free of charge and upon request by contacting the Shell Benefits Service Center at 1-800-307-4355 for up to 24 months after coverage ends.

## 7.4 Your Rights and Privileges under *ERISA*

Under the Employee Retirement Income Security Act of 1974 (*ERISA*), you and all other plan participants have certain rights and protections. These include the right to receive certain plan information and to file suit if you believe your rights were violated. Specifically, *ERISA* provides that you and all the other plan participants have the right to:

### a. Receive Information About Your Plan and Benefits

➢ Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

➢ Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 series), and updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.

➢ Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**G E N E R A L   P L A N   I N F O R M A T I O N**

## b. Continue Group Health Plan Coverage

➢ Continue health care coverage for your covered *eligible dependents* if there is a loss of coverage under the plan as a result of a qualifying event. Your dependent(s) may have to pay for such coverage. Review this summary plan description and the documents governing the plan on the rules governing your continuation of coverage rights under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

➢ Your covered *eligible dependents* will be provided a certificate of creditable coverage, free of charge, from their group health plan or health insurance issuer when they lose coverage under the plan, when they become entitled to elect COBRA continuation coverage, or when their COBRA continuation coverage ceases, if you request it up to 24 months after losing coverage. They may obtain a certificate of creditable coverage by contacting the Shell Benefits Service Center at 1-800-307-4355 within 24 months after losing coverage.

## c. Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, *ERISA* imposes duties upon the people who are responsible for the operation of the *employee* benefit plan. The people who operate your plan, called fiduciaries of the plan, have a duty to do so prudently and in the interest of you and other plan participants and *beneficiary(ies)*. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under *ERISA*.

## d. Enforce Your Rights

➢ If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

➢ Under *ERISA*, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within thirty (30) days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in federal court.

➢ If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek

**G E N E R A L   P L A N   I N F O R M A T I O N**

assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## e. Assistance with Your Questions

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this summary plan description or about your rights under *ERISA*, or if you need assistance in obtaining documents from the Plan Administrator, you should contact:

➢ The nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory; or

➢ The Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under *ERISA* by calling the publications hotline of the Employee Benefits Security Administration at 1-866-444-3272.

## f. *ERISA* Plan Information

The charts on the following pages provide administrative information on the plans and programs described in the previous sections of this book that are covered by *ERISA*. The following plans and programs are classified as welfare benefit plans under *ERISA* and have a plan year of January 1st to December 31st.

## G E N E R A L   P L A N   I N F O R M A T I O N

### *Care*

The following *component programs* are part of the Shell Oil Company Comprehensive Welfare Benefits Plan (501).

| *Component Program* of the Shell Oil Company Comprehensive Welfare Benefits Plan (501) | Employer/Plan Administrator[1] | Claims Administrator and Insurance Carrier | Trustee | Agent(s) for Service of Legal Process |
|---|---|---|---|---|
| Medical Benefit Program | Shell Oil Company P.O. Box 2463 Houston, TX 77252 1-713-241-6161 | Claims Administrator: UnitedHealthcare P.O. Box 30555 Salt Lake City, UT 84130-0555<br><br>Claims Administrator: ValueOptions P.O. Box 1347 Lathan, NY 12110-8847<br><br>Claims Administrator: CVS Caremark P.O. Box 52196 Phoenix, AZ 85072-2196<br><br>Claims Administrator and Insurance Carrier: SilverScript Insurance Company P.O. Box 52066 Phoenix, AZ 85072-2066 | Wells Fargo Bank, N.A. Institutional Trust Group 1000 Louisiana Suite 630 Houston, TX 77002 | Plan Administrator |
| Dental Benefit Program | Shell Oil Company P.O. Box 2463 Houston, TX 77252 1-713-241-6161 | Insurance Carrier: Cigna Dental Health P.O. Box 188045 Chattanooga, TN 37422<br><br>Claims Administrator: Cigna P.O. Box 188045 Chattanooga, TN 37422 | Wells Fargo Bank, N.A. Institutional Trust Group 1000 Louisiana Suite 630 Houston, TX 77002 | Plan Administrator |
| Vision Benefit Program | Shell Oil Company P.O. Box 2463 Houston, TX 77252 1-713-241-6161 | Claims Administrator and Insurance Carrier: Vision Service Plan VSP Corporate Headquarters 3333 Quality Drive Rancho Cordova, CA 95670 | N/A | Plan Administrator |

---

[1]   Any communication with the Plan Administrator should be directed to the Manager, Health and Welfare Plan.

## G E N E R A L   P L A N   I N F O R M A T I O N

### Other Benefits for Pensioners

The following *Component Programs* are part of the Shell Oil Company Comprehensive Welfare Benefits Plan (501).

| Component Program of the Shell Oil Company Comprehensive Welfare Benefits Plan (501) | Employer/Plan Administrator[1] | Claims Administrator and Insurance Carrier | Trustee | Agent(s) for Service of Legal Process |
|---|---|---|---|---|
| Retiree Life Insurance Program | Shell Oil Company P.O. Box 2463 Houston, TX 77252 1-713-241-6161 | **Insurance Carrier:** Metropolitan Life Insurance Company 200 Park Avenue New York, NY 10166  **Claims Administrator:** Metropolitan Life Insurance Company P.O. Box 6100 Scranton, PA 18505 | N/A | Plan Administrator |
| Long-Term Care Insurance Program | Shell Oil Company P.O. Box 2463 Houston, TX 77252 1-713-241-6161 | Claims Administrator and Insurance Carrier: John Hancock Life Insurance Company (U.S.A.) ATTN: Group Long-Term Care Division P.O. Box 111 Boston, MA 02117 | N/A | Plan Administrator |

---

[1]   Any communication with the Plan Administrator should be directed to the Manager, Health and Welfare Plan.

# 8.0 GLOSSARY

The terms in this Glossary appear throughout this book **and are italicized.**

Accredited Service

*Accredited service* is generally defined as all your time of employment with the *participating companies* or time credited to you for time not worked or for other reasons. Specifically, if you are a *regular full-time employee* or *regular part-time employee*, you earn one year of *accredited service* if you work or receive credit for a one-year "Period of Service" which is generally defined as follows:

➢ Each 12-month period of service starting on your hire date or re-hire date (if any) and ending on the earlier of

– Termination of employment, or
– The last day of the first 12 months of an authorized leave of absence.

➢ In most cases, you will be credited with one month of service for each calendar month in which you are credited with one or more hours of service. However, this service counting convention does not apply when determining service credit for purposes of eligibility for retirement transition courses under the Learning Account.

➢ Additionally, the post-retirement medical subsidy for *employees* hired before January 1, 2006, will continue to be determined based upon completed years of service.

➢ Any period required to be credited as a "Period of Service" by other federal law, such as *The Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA)*.

The following may be credited, as exceptions:

➢ The entire period that you are absent due to war or national emergency;

➢ The period approved under the Company's military leave policy; and

➢ Up to one year if you are absent in accordance with the family and medical leave policies of the Company (you must return to work to get this credit for occupational disability and non-occupational disability banks, IPI benefits, paid vacation banks, and eligibility for retirement transition courses under the Learning Account).

## G L O S S A R Y

### Affiliated Company

An *affiliated company* is generally defined as a non-participating entity that has at least an 80% ownership connection with Shell Oil Company or other *participating companies*. For purposes of *eligibility service*, *vesting service,* and *participation service*, an *affiliated company* is a non-participating entity that has more than a 25% ownership connection with Shell Oil Company or other *participating companies.*

### Ambulatory Surgical Center

A specialized facility equipped to handle surgical procedures that require *hospital* facilities but do not require an extended *hospital* stay. To qualify for coverage under the HSM options, a surgical center must:

➢ Meet the requirements established by law in the area where it operates;

➢ Have an organized medical staff, including an anesthesiologist, under the supervision of a full-time doctor (M.D. or D.O.);

➢ Have physicians with surgery privileges at one or more local *hospitals*;

➢ Have equipment and supplies not usually available to a doctor outside a *hospital*, including operating rooms, a recovery room, diagnostic lab and X-ray facilities, emergency equipment, and a blood bank; and

➢ Have a written agreement with a nearby *hospital* to accept patients who develop complications.

### Beneficiary(ies)

The person(s) designated to receive a plan benefit in the event of the death of a plan participant.

### Coinsurance

*Coinsurance* is defined as the percentage of a covered medical or dental expense payable by the participant.

### Complications of Pregnancy

*Complications of pregnancy* include:

➢ Conditions requiring *hospital* stays (when the pregnancy is not terminated) whose diagnoses are distinct from pregnancy but are adversely affected by pregnancy or are caused by pregnancy, such as acute nephritis, nephrosis, cardiac decompensation, missed abortion, and similar medical and surgical conditions of comparable severity, and shall not include false labor, occasional spotting, physician-prescribed rest during the period of pregnancy, morning sickness, and similar conditions associated with the management of a difficult pregnancy not constituting a classifiably distinct complication of pregnancy;

## G L O S S A R Y

➤ Non-elective Caesarean section, ectopic pregnancy that is terminated, and spontaneous termination of pregnancy that occurs during a period of gestation in which a viable birth is not possible; and

➤ Hyperemesis gravidum and pre-eclampsia requiring a *hospital* stay (when pregnancy is not terminated).

### Component Program (of the Shell Oil Company Comprehensive Welfare Benefits Plan)

A benefit program selected by the Company and designated as such in the *Plan* document.

### Copayment

A fixed charge that represents a participant(s)' share of a covered medical, dental, or vision care expense.

### Custodial Care (with respect to *Medicare*)

Care that primarily helps a person meet personal hygiene needs or perform the activities of daily living, such as getting out of bed, bathing, dressing, eating, and administering medication. *Custodial care* may also include supervised living arrangements under which little or no medical, mental health, or substance abuse treatment is being rendered.

### Custodial Care (with respect to the Shell HSM options)

Non-medically necessary personal health care, wherever furnished and by whatever name called, that is designed primarily to assist an individual in performing his or her activities of daily living. Such services include, without limitation, assistance in walking, getting in or out of bed, bathing, dressing, feeding, or using the lavatory, preparation of special diets, and supervision of medication schedules.

### Deductible or Deductible Amount

The amount of covered medical or dental expenses that the participant must pay each calendar year for care received from a health care provider. Generally, the *deductible amount* must be satisfied before most benefits are payable under the plan.

### Domestic Partner

A person of the same or opposite sex who meets the following criteria:

➤ Maintains a spouse-like relationship with you;

➤ Is at least 18 years old and mentally competent to enter into a contract;

➤ Is not legally married to anyone else or in a *domestic partner* arrangement with anyone else;

---

**G L O S S A R Y**

---

> Has shared the same residence with you for at least 12 months and intends to do so indefinitely;

> Is someone with whom you are jointly responsible for each partner's common welfare;

> Is financially interdependent;

> Is unrelated to you by blood or marriage in a way that would prohibit a legal marriage in your state of residence; and

> Jointly signs a domestic partnership affidavit with you attesting to all the above, including responsibility for notifying the Company if this relationship changes.

> In addition to the above criteria, d*omestic partner* also includes a person who has a domestic partnership with you that is currently registered with a governmental body pursuant to state or local law authorizing such registration.

Eligibility Service

*Eligibility service* is used to determine your eligibility for certain benefits. Your *eligibility service* is your *accredited service* plus certain other service recognized under the Shell Pension Plan. Generally, it includes service with an *affiliated company.*

*Eligibility service* sometimes is referred to as "accredited *eligibility service.*"

Eligible Child(ren)

Your child(ren) and the child(ren) of your spouse or *domestic partner*:

> Who are unmarried;

> Who are under age 25;

> Whose medical expenses you are able to claim on your federal income tax return; and

> Who are not employed full-time.

Unmarried child(ren) include natural child(ren), stepchild(ren), and legally adopted child(ren). The child(ren) of your spouse or *domestic partner* also must live with you in a regular, parent-child relationship.

For medical, dental, and vision coverage, the age limit does not apply if the child(ren):

> Is physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching age 25; and

> Is expected to remain permanently disabled and dependent upon you for financial support.

## G L O S S A R Y

**Eligible Dependent(s)**

*Eligible dependent(s)* include:

➢ Your spouse;

➢ Your *domestic partner*;

➢ Your child(ren) through the end of the year in which they turn 26;

➢ Your unmarried child(ren) age 26 or over who are physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching their 26th birthday, and who remain disabled and permanently dependent upon you for financial support;

➢ The unmarried child(ren) of your spouse or *domestic partner*\*\* who are under age 25, whose medical expenses are eligible for deduction on your federal tax return and who are not employed full-time; and

➢ The unmarried child(ren) of your spouse or *domestic partner*\*\* age 25 or over who were physically or mentally disabled and covered under the program, or another plan sponsored through your previous employment, on the day before reaching their 25th birthday, and who remain disabled and permanently dependent upon you for financial support.

For these purposes, the term child or children means a biological child, step-child, adopted child or foster child.

\*\*The child(ren) of your spouse or domestic partner also must live with you in a regular, parent-child relationship.

**Employee(s)/Eligible Employee(s)**

Any *employee* (including summer hires and interns) who is a *regular full-time* or *regular part-time employee* of a *participating company* who receives a regular and stated compensation (other than a retainer) directly from such *participating company*, as determined and recorded by such *participating company*. Except as otherwise provided by a Shell Oil Company Comprehensive Welfare Benefits Plan *Component Program*, the *employee* or *eligible employee* shall not include:

➢ A person whose compensation is paid solely in the form of commissions;

➢ A person who is temporarily employed by or assigned to a *participating company* because of a transfer from a foreign associated company; provided, however, a person who would otherwise be excluded but whose compensation and benefits are determined based upon the categories of "Local Plus," "Local Non-National," or "Alternate" pursuant to the International Mobility Policies, shall be included as an *employee* or *eligible employee;*

➢ A leased *employee* within the meaning of Section 414 of the Internal Revenue Code;

**G L O S S A R Y**

- ➢ A person whose contract of employment or engagement letter or contract for services explicitly states or implicitly provides that the person is not entitled to participate in the benefits described in this book, in particular, or the *employee* benefit plans of one or more *participating companies*, in general;
- ➢ A person designated by the relevant *participating company* as an independent contractor; or
- ➢ A fixed-term *employee*, other than a fixed term contract employee of Shell US Hosting Company.

ERISA

Employee Retirement Income Security Act of 1974, as amended.

Family Coverage

Coverage for a participant and his or her *eligible dependent(s)*, as elected by the *pensioner*.

Group Annual Enrollment Period

The period each calendar year during which *pensioners* have the opportunity to enroll in the plans and programs outlined in this book. Coverage elected during this period will take effect January 1st of the following calendar year or when coverage is approved by the insurance provider, whichever is later.

Hospital

An accredited facility engaged primarily in providing medical care and treatment to ill and injured persons at the patient's expense. To qualify for coverage under the HSM options, a *hospital* must meet the following criteria:

- ➢ Be accredited by the Joint Commission on Accreditation of *Hospitals*;
- ➢ Be qualified to participate and eligible to receive payments under and in accordance with *Medicare*; and
- ➢ Provide the following on its premises
  - – Diagnostic and therapeutic facilities for surgical and medical diagnosis and treatment of sick and injured persons by or under the supervision of a staff of duly qualified physicians,
  - – Continuous 24-hour nursing service under the supervision of a registered nurse, and
  - – Facilities for performing surgery.

## G L O S S A R Y

### Immediate Pension Eligibility

You are eligible for an immediate pension under the 80-Point Pension Formula of the Shell Pension Plan, even if you have been participating in the Alternate Pension Formula for all or part of your employment, if you are at least age 50, and your *eligibility service* plus your age equal at least 80.  You also meet the requirements for an immediate pension under the 80-Point Pension Formula if you terminate employment at age 65 or older, or if you terminate employment with eligibility for a disability pension.  In certain circumstances, 70 Point Eligibility rules may apply.

### Mail-Order Prescription Drug Program

A service that fills up to a 90-day supply of a prescription maintenance medication through a central dispensing location. This service includes most national legend drugs.

### Medicare

The Health Insurance for the Aged and Disabled Program under Title XVIII of the Social Security Act, as amended.

### Non-Notification Penalty

An amount, in addition to the *deductible amount,* incurred by a participant or an *eligible dependent(s)* during a stay in a *hospital* that is not pre-certified. For more information on pre-certification, see "Personal Health Support," page 26.

### Out-of-Pocket Maximum

The maximum amount that a participant or *eligible dependent(s)* will have to pay for covered medical expenses during a calendar year.

### Participant Only Coverage

Coverage for a *pensioner* only.

### Participant Plus Child(ren) Coverage

Coverage for a *pensioner* and his or her child(ren).

### Participant Plus Spouse/*Domestic Partner* Coverage

Coverage for a *pensioner* and his or her spouse or, where applicable, coverage for a *pensioner* and his or her *domestic partner.*

### Participating Company

Throughout this book, these companies also may be referred to as the "Company" or "Shell." From time to time, companies may begin or stop participating in the plans. In this regard, each of the companies may continue or

**G L O S S A R Y**

terminate coverage for their own *employees or pensioners* under the plans. To obtain a complete listing of the names, addresses, and Employee Identification Numbers (EINs) of the companies participating in the plans explained in this book, please contact the Plan Administrator:

> Shell Oil Company
> One Shell Plaza
> 910 Louisiana
> P.O. Box 2463
> Houston, Texas 77252
> EIN 13-1299890

Pensioner

A person who meets the definition of a "Retired Employee" under the Shell Oil Company Comprehensive Welfare Benefits Plan. It generally means a person who terminated employment from a *participating company* with *retiree coverage eligibility.*

Plan

The Shell Oil Company Comprehensive Welfare Benefits Plan.

Point-of-Service (POS) Plan

A medical plan option providing a higher level of benefit reimbursement when care is received from a specified network of providers. *POS* plan participants can choose whether or not to use the provider network each time they require medical care.

Preferred Provider Organization (PPO)

A health care plan option providing access to negotiated-price discounts when plan participants receive care from designated providers.

Qualified Status Change

A *qualified status change* includes the following:

➢ Marriage;

➢ Divorce;

➢ The birth or placement for adoption of a child(ren);

➢ Gaining a *domestic partner* or dependent(s);

➢ The death of a spouse, *domestic partner*, or child(ren); and

➢ Loss of dependent(s) eligibility.

## G L O S S A R Y

A qualified change in your employment status includes:

- ➢  Your retirement;
- ➢  Your returning to active employment after retirement; or
- ➢  The employment or unemployment of your spouse or *domestic partner*.

Other qualified changes include:

- ➢  A change between full-time and part-time status for your spouse or *domestic partner*, provided that the change results in a significant cost or coverage change;
- ➢  A change in your residence that results in a change in available coverage;
- ➢  A significant change in coverage or cost of your spouse's or *domestic partner's* plan;
- ➢  Eligibility of the *employee*, spouse, *domestic partner*, or child(ren) for *Medicare* or Medicaid;

Special enrollment rights include:

- ➢  Exhaustion of your, or your spouse's, domestic partner's or dependent(s)' COBRA coverage;
- ➢  Loss of eligibility for your, your spouse's, domestic partner's or dependent(s)' coverage under another group health plan;
- ➢  Reaching a lifetime limit for all benefits under another group health plan or under that option you are enrolled in under the Medical Benefit Program or Dental Benefit Program, but not all options;
- ➢  Your or your spouse's, domestic partner's or dependent(s)' loss of coverage under Medicaid or a state children's health insurance program ("SCHIP") as the result of loss of eligibility; and
- ➢  Your or your spouse's, domestic partner's or dependent(s)' eligibility for a premium assistance subsidy under Medicaid or SCHIP.

### Regular Full-Time Employee

An *employee* who regularly works the basic workweek for his or her job classification or position, but not less than 20 hours a week, and whose employment is not fixed or limited specifically to 30 consecutive calendar days or less.

### Regular Part-Time Employee

A person reflected in Shell's systems as being scheduled to work less than the basic workweek schedule but at least 20 hours a week on an indefinite basis. Generally, only *employees* who meet these criteria are eligible for the *regular part-time employee* benefits described in this book. Regardless of hours worked, *regular part-time employees* are eligible to participate in the Shell Provident Fund and Shell Pension Plan.

---

**G L O S S A R Y**

---

Retiree

See *pensioner*


Retiree Coverage Eligibility

At your termination of employment you must either:

➢ Have attained at least age 50, and have your *eligibility service* plus your age equal at least 80; or

➢ Terminate employment at age 65 or older; or

➢ Terminate employment with eligibility for a disability pension under the Shell Pension Plan; or

➢ Satisfy the 70-Point Eligibility rules (generally, attainment of age 50 with 20 or more years of *eligibility service* and termination of employment under special circumstances, such as a qualifying severance/reduction in force).


The Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), as amended

A federal law that provides for employment and reemployment rights for those who served, are serving, or plan to serve in the U.S. Armed Forces (including the Army, Navy, Air Force, Marines, and Coast Guard), the Army National Guard, the Air Force National Guard, or the Public Health Service, and any other category of persons designated by the President of the United States in time of war or national emergency.

# I N D E X

**A**
**accredited service, 7, 8, 101, 104**
**activities of daily living, dependence, 77**
**affiliated company, 102, 104**
**ambulatory surgical center, 18, 102**
**amendment or termination, 39, 55, 63**
**annual deductible, 90**
   dental, 45
   medical, 12-16, 33-36
**appeals, 82-95**
**applying for benefits**,
   dental, 52
   long-term care, 77
   medical, 31, 36
   vision, 62
**automobile insurance, 70-71**

**B**
**beneficiary(ies) 8, 39, 97, 102**
**benefit amount, 71, 73-75**
**brain damage, 21, 30**

**C**
**calculation of account credits, 8**
**Centers of Excellence, 16, 24, 34**
**changing coverage,**
   dental, 43
   long-term care insurance program, 72
   medical, 9
   vision, 58
**Cigna Dental, 41-53, 81, 83**
**claims,**
   dental, 52
   health benefits, 83
   other programs, 94
**cognitive impairment, 77**
**coinsurance, 102**
   dental, 44, 46-47
   medical, 12-16, 23-24, 34-35, 38
**complications of pregnancy, 19, 102**
**component program, 99-100, 103**
**convalescent care, 20**

**contact lenses, 21, 29, 56, 59-61**
**continuation of coverage(COBRA), 64**
**contributions, 6-7, 39, 42, 50, 54-55, 57, 63, 80-81**
**coordination of benefits,**
   dental, 53
   long-term care, 78
   medical, 37-38
   vision, 62
**copayment, 103**
   dental, 45-46
   medical, 12-13, 22-24
   vision, 61
**cost,**
   automobile and home insurance, 66
   COBRA, 65
   dental, 43
   long-term care insurance program, 72
   medical, 8
   vision, 58
**covered expenses,**
   dental, 47
   medical, 16, 33
   vision, 60
**custodial care, 20, 30, 35, 103**

**D**
**daily benefit amount, 73**
**death,**
   dental, 54
   long-term care, 75, 79
   medical, 39
   vision, 63
**deductible, 103**
   dental, 44-47
   medical, 12-16, 19, 22, 33-36, 38,
**dental overview, 41**
**dental options, 44**
**dependent(s), 6, 8, 24, 26, 65-66, 97**
**divorce, 64-65, 108**
**domestic partner, 5-6, 8, 19, 29, 38-39, 42-43, 53, 55-57, 62-64, 103-105, 107-109**

**E**
**eligibility,**
   COBRA, 64
   dental, 40, 41, 55
   medical, 5,31, 39
   vision, 56, 63
**eligibility service, 102, 104, 107, 110**
**eligible child(ren), 62, 104**
**eligible dependent(s), 5-6, 8, 31, 39, 41-42, 50, 54-57, 63-66, 105-107**
**eligible employees, 6, 57, 105**
**employee(s), 105**
**Employee Retirement Income Security Act (ERISA), 98, 106**
**enrollment, 4, 6, 9-10, 25, 32, 37, 42-43, 49, 57-58, 65, 70, 74, 106, 109**
**events affecting coverage,**
   dental, 54
   medical, 39
   vision, 63
**exclusions and limitations,**
   automobile and home insurance, 71
**expenses not covered,**
   dental, 50
   long-term care, 76
   medical, 29, 34
   vision, 61
**eyeglasses, 29, 56, 60**

**F**
**failure to pay premiums, 79**
**family coverage, 6, 43, 57, 106**
**Fidelity NetBenefits, 10, 25, 46, 52, 62**
**funding, 74**

**G**
**general plan information, 80**
**group annual enrollment period, 106**
**group automobile and home insurance plan, 70-71**

# I N D E X

**H**
Health Maintenance Organization (HMO), 4-5, 10, 37, 80, 83
Health Rewards Program, 25
hearing aids, 21, 29
HIPAA, 96
home health care, 16, 20, 32, 73
home insurance, 70-71, 81
hospice care, 15-16, 20, 29-30, 34-35, 73
hospital, 4, 11, 14, 16, 18-19, 21, 24-29, 32-34, 36, 51-52, 67, 80-81, 102-103, 106-107
HSM Network, 10, 13
HSM Options, 4, 10-13, 16-25, 27-30, 33-34, 83, 102-103, 106

**I**
immediate pension eligibility, 107
inpatient care, 26-27, 32
inspection of documents, 81

**L**
levels of coverage,
  dental, 43
  medical, 6
  vision, 57
lifetime maximum,
  dental, 47
  long-term care, 73-76
  medical, 28,
long-term care insurance program, 72
loss of eligibility, 39, 55, 63, 109

**M**
mail-order prescription drug program, 22, 107
mammogram, 17
marriage, 104, 108
maternity, 16, 19
medical necessity, 26, 90
medical options, 4, 7, 81
medical overview, 4
Medicare Advantage options, 5, 37

Medicare Complementary benefits, 32-39
Medicare-eligible Participants, 4, 31
Medicare Supplemental options, 5, 37
mental health, 13, 16-17, 23-24, 30-31, 34-35, 103

**N**
Newborns' And Mothers' Health Protection Act, 19
non-forfeiture provision, 73
Non-Medicare eligible Participants, 4, 10
non-notification penalty, 11, 14, 26, 34, 107

**O**
oral surgery, 21, 47-48, 51
orthodontic services, 47, 49-51
out-of-pocket maximum, 12, 16, 22, 34, 38, 107
outpatient care, 23, 32

**P**
part-time employee, 101, 105, 109
participant only coverage, 6, 43, 57, 107
participant plus child(ren) coverage, 6, 43, 57, 107
participant plus spouse/ domestic partner coverage, 6, 43, 57, 107
participating company, 105-108
participation,
  automobile and home insurance, 70
  COBRA, 64
  dental, 41
  medical, 5
  vision, 56
pensioner, 6-7, 17, 19, 25, 30-31, 35, 43, 57, 64, 66, 95, 106-108, 110
Plan, 108

plan administrator, 68, 80-82, 88-89, 96-100, 108
plan year, 98
Point-of-Service (pos) plan, 108
portability, 2, 96
Preferred Provider Organization (PPO), 108
pregnancy, 17, 19, 29, 102-103
prescription drug, 5, 12-13, 15, 22-23, 32-35, 37, 107
prescription drug card, 22
preventive care, 10-11, 14, 16-17, 34
primary care physician, 4, 13
private duty nursing care, 18, 33, 3534

**Q**
Qualified Medical Child Support Order (QMCSO), 40
qualified status change, 6, 9-10, 43-44, 57-58, 108
qualification period, 73, 75, 77-78

**R**
reasonable and customary charges, 28, 44, 60
regular full-time employee, 101, 109
regular part-time employee, 101, 105, 109
rehabilitation, 21, 30, 35, 76
retired employee, 108
retiree, 2, 5-9, 41-42, 56-57, 70-71, 100, 108, 110
retiree coverage eligibility , 5-8, 41-42, 56-57, 70-71, 108, 110
retirement, 2, 6-8, 42, 57, 66, 70-71, 80, 96, 101, 106, 109
right of recovery, 38, 54
room and board, 18, 20, 30

## I N D E X

**S**
**schedule of benefits,**
    dental, 45-46
    medical, 13, 34
    vision, 61-62
**speech therapy, 21, 30**
**statement of health, 79**
**subrogation, 2, 39, 54, 67-68**
**substance abuse, 13, 16-17, 23-24, 30-31, 34-35, 103**
**surgical expenses for dental vision and hearing, 21**

**T**
**transplant resource services, 27**
**transplants, 27-28**
**treatment in progress, 50-51**
**U**
**Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), 110**
**UnitedHealthcare, 10-16, 19-23, 26-28, 30-31, 33-36, 68, 80, 99**

**V**
**ValueOptions, 13, 16-17, 23-24, 29-31, 34, 80, 99**
**Vision, 56-65**
**VSP Network, 56, 58-62, 99**

**X**
**X-rays**
    dental, 46, 48, 51
    medical, 14, 18-19, 34